AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF __Massachusetts__

### APPEARANCE

Case Number: M.J. No. 04-M-221-JLA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

*Anthony Bucci*

I certify that I am admitted to practice in this court.

May 21, 2004
Date

*[Signature]*
Signature

ROBERT D. LEWIN    298080
Print Name                Bar Number

1 Salem St., Ste 202
Address

Malden    MA    02148
City        State    Zip Code

781-322-2228        781-322-6351
Phone Number            Fax Number

FILED
In Open Court
USDC, Mass.
Date 5-21-04
By [signature]
Deputy Clerk