UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) ) ) VS. ) ) ) ANTHONY BUCCI, ) _Defendant._ ) | NO.: 04-M-221-JLA |

**MOTION FOR A DECISION ON DETENTION OR FOR A FURTHER HEARING**

Now comes the Defendant, Anthony Bucci, in the above-entitled matter and requests that this Court either render a decision forthwith in the matter concerning his detention or a hold a hearing immediately to resolve or answer any questions the Court may have.

In support thereof, the Defendant states the following:

1. He was arrested for this offense on May 20, 2004 and has been continuously held since that date.

2. Unfortunately, his two-and-a-half year-old son was present at the time of the arrest, and this has caused the child nightmares and other anxieties.

3. Mr. Bucci is the only Defendant still incarcerated, and yet a review of the evidence shows him being the least culpable of all the parties. In fact, at trial, Mr. Bucci, will prove his innocence.

-2-

4. Mr. Bucci has resided in this area his entire life and lives with his wife and child.

5. His mother is prepared to put up her condominium in Medford. The condominium has a value of three hundred thousand dollars ($300,000.00), with no mortgage. Further, Mr. Bucci is amenable to the bracelet. Appreciating these factors, Mr. Bucci has met conditions that will ensure his appearance and that he is not a danger to the community.

6. Finally, if the the Court requests, Mr. Bucci will meet any other conditions, including weekly appearances at pre-trial services, telephone calls, drug therapy/counseling, and/or any other condition that the Court feels is needed to allow the release of Mr. Bucci.

Respectfully submitted,
FOR THE DEFENDANT

*/s/ Barry P. Wilson*
Barry P. Wilson
BBO# 529680
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street
Suite 5A
Boston, Massachusetts 02109
(617) 248-8979
(617) 523-8700 (Fax)

Dated: 6/28/04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL ACTION NO. |
| VS. ) | M.J..No. 04-221-D |
| ) | |
| ANTHONY BUCCI ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Barry P. Wilson, do hereby certify that I did serve one (1) copy of the within "Motion for a Decision on Detention or for a Further Hearing," by United States Mail, postage pre-paid on Monday, June 7, 2004, to John Farley, A.U.S.A., United States District Court, 1 Courthouse Way, Suite 9200, Boston, MA 02210

Date: 6/28/04

Barry P. Wilson