UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

                                                        CRIMINAL CASE
                V.                                      NO. 04-10194 RCL

ANTHONY BUCCI
DAVID JORDAN
FRANCIS MUOLO
        Defendants

## NOTICE OF ARRAIGNMENT

ALEXANDER, U.S.M.J.

        PLEASE TAKE NOTICE that the above-entitled case has been scheduled for an **arraignment** at **11:45 a.m.** on **Thursday, July 15, 2004,** before Magistrate Judge Joyce London Alexander in Courtroom #24 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

        Please note that the defendant must appear with counsel.


                                        HONORABLE JOYCE LONDON ALEXANDER
                                        U.S. MAGISTRATE JUDGE

                                        By the Court:


July 13, 2004                           /S/ Rex Brown
Date                                    Courtroom Clerk
                                        (617) 748-9238


Notice to:      Barry Wilson, Esq.
                *Via electronic filing*
                Thomas Drechsler, Esq.
                *Via electronic filing*
                Albert Cullen, Esq.
                *Via electronic filing*
                AUSA John Farley, Esq.
                *Via electronic filing*


Enclosures:     Indictment