SCANNED

DATE: 06/17/04

BY: SLY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 JUN 14 P 4: 16
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CRIMINAL ACTION NO. |
| | ) | M.J. No. 04-M-221-JLA |
| | ) | |
| ANTHONY BUCCI | ) | |

## NOTICE OF WITHDRAWAL

TO THE CLERK OF THE COURT:

Please note the withdrawal of Robert D. Lewin, as Attorney for Anthony Bucci, Defendant in the above referenced case.

Pursuant to Local Rule 83.5.2, Attorney Lewin certifies the following to be true:

(1) This notice is preceded by the Notice of Appearance of Barry Wilson, Esq. As attorney for Anthony Bucci;
(2) There are no Motions pending before the Court.
(3) No trial date has been set.
(4) No hearings or conferences are scheduled, and no reports, oral or written are due.

**CERTIFICATION OF SERVICE**

(5) A copy of this notice has this day been mailed via first class mail, postage pre-paid to the following persons:

Anthony Bucci
C/o Essex County Correctional Facility
20 Manning Avenue
P.O. Box 807
Middleton, MA 01949-2807

1

                    John Farley, Esq.  
                    Assistant U.S. Attorney  
                    U.S. Attorney's Office  
                    1 Courthouse Way, Suite 9200  
                    Boston, MA 02210

June 10, 2004

                                                                                   _____  
                                                                                   Robert D. Lewin, Esq.  
                                                                                   One Salem Street, Suite 202  
                                                                                   Malden, MA 02148  
                                                                                   Tel. 781-322-2228  
                                                                                   Fax. 781-322-6351  
                                                                                   BBO# 298080