7/30/04

Dear Judge Alexander,

My name is Salvatore Tenerello, and I am writing to you today on behalf of Anthony Bucci. I am a business owner in the city of Revere, having owned Salvatore's pastry and pasta shop for the past 30 years. As you may know Anthony has owned two pizza shops, and we first met when Anthony started buying bread and italian cuisine from me. I was so impressed with Anthony's genuine and sincere personality that we soon became friends. As a matter of fact one of my delivery drivers had won $2500.00 on a lottery scratch ticket and dropped his wallet at one of Anthony's shop's, paisan's pizza in melrose, Anthony called and returned the money, and from that day on I knew he was an honest gentleman. Upon Anthony's release from federal prison in 2000 he had an immediate impact helping my two sons Brian and Frankie stay clean and off of drugs, and for this he would never let me repay him in any way and I feel telling you how good a man he is is the least I can do. Anthony is a sweetheart of a guy and would give the shirt off his back to just about anyone who needed it. I know first hand he has forgiven at least one of his informants in his last case, and is now a practicing catholic. He personally told me he holds no remorse towards them and I truly respect him for turning the other cheek. As you can clearly see by this, he is not

a danger to society, but rather an asset to the community and wife and family who dearly miss him.

Sincerely,

[signature]