COPY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10194-RCL |
| ) | |
| ANTHONY BUCCI, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

1. On or about January 28, 1998, United States District Judge Patti B. Saris entered a judgment against ANTHONY BUCCI in Criminal No. 97-10269-PBS based upon his conviction by guilty plea of the crime of Conspiracy to Distribute Marijuana in the United States District Court for the District of Massachusetts.

2. ANTHONY BUCCI has been named as a defendant in Criminal No. 04-10194-RCL, an Indictment charging him with conspiracy to distribute, and to possess with intent to distribute, cocaine, in violation of Title 21, United States Code, Section 846. The Indictment also charges him with possession of cocaine with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1).

3. By way of this information, the government notifies ANTHONY BUCCI that he is charged with committing the crimes alleged in said Indictment after having been previously convicted of a felony drug offense as set out in paragraph 1, above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BY: _____
JOHN J. FARLEY
Assistant U.S. Attorney

Dated: July 16, 2004

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing document by first class mail, postage prepaid, upon the following:

Barry P. Wilson, Esq.
240 Commercial Street
Boston, MA 02109
(Counsel for Anthony Bucci)

_____
JOHN J. FARLEY
Assistant U.S. Attorney

July 16, 2004