# LAW OFFICES OF
# BARRY P. WILSON

BARRY P. WILSON
EDWARD N. HARRINGTON

MAILING ADDRESS:
240 COMMERCIAL STREET
SUITE 5A
BOSTON, MASSACHUSETTS 02109
617 248-8979
FAX 617 523-8700

2004 JUL 14 A 11: 08

U.S. DISTRICT COURT
DISTRICT OF MASS.

July 13, 2004

Rex Brown
United States District Court
1 Courthouse Way
Boston, MA 02210

      RE: *United States of America v. Bucci*

      **FAX (617) 748-4584**

Dear Mr. Brown:

    Unfortunately I can not appear for Mr. Bucci's arraignment on July 15, 2004 at 11:45 am as I have to appear before Judge Swartwood in United States of America v. Hubbard concerning a detention hearing. I would respectfully request a hearing on July 15, 2004 any time after 2:30 pm.

    Thank you for your attention to this matter.

                                        Very truly yours,

                                        Barry P. Wilson

BPW/rgd