UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 2004-CR-10194RCL

UNITED STATES

V.

ANTHONY BUCCI

## MOTION TO AMEND ORDER OF RELEASE

Now comes Anthony Bucci, in the above-numbered indictment, and requests that the Court consider amending its Order of Release from custody of his mother, Rosemary Keefe, at 500 Salem Street, Apartment 67, Medford, Massachusetts, to Melissa Bucci, at 6 Maple Road, North Reading, Massachusetts.

In support thereof, the Defendant, although agreeable and appreciative of the Court's Order, asks for this amendment so that he can be home with his wife and two (2) year-old son, as well as the fact that a second phone line has been obtained at this address (978) 664-0532. In addition, the Defendant's mother is presently out of the country and will not return until August 21, 2004. Therefore, the Defendant requests this amendment with the understanding that no matter what, if the Court will not amend its Order, he will abide by the Order.

-2-

Respectfully submitted,
FOR THE DEFENDANT,

/s/ Barry P. Wilson
Barry P. Wilson
BBO# 529680
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street     Suite 5A
Boston, Massachusetts 02109
(617) 248-8979
(617) 523-8700 (Fax)

Dated: 8/16/04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>) | CRIMINAL ACTION NO. |
| VS. )<br>) | M.J..No. 04CR10194RCL |
| ANTHONY BUCCI )<br>    Defendant. ) | |

### CERTIFICATE OF SERVICE

 I, Barry P. Wilson, do hereby certify that I did serve one (1) copy of the within "Motion to Amend Order of Release," by United States Mail, postage pre-paid and fax on Monday, June 7, 2004, to John Farley, A.U.S.A., United States District Court, 1 Courthouse Way, Suite 9200, Boston, MA 02210

Date: 8/14/04

Barry P. Wilson