UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10194 RCL

ANTHONY BUCCI
DAVID JORDAN
FRANCIS MUOLO
        Defendants

NOTICE OF
RE-SCHEDULED STATUS CONFERENCE

ALEXANDER, U.S.M.J.

**PLEASE TAKE NOTICE** that the above-entitled case previously set at 11:15 a.m. on August 20, 2004, has been re-set for a **Initial Status Conference** at **10:45 a.m.** on **Thursday, August 26, 2004,** before Judge Joyce London Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

Please note that the defendants need not appear with counsel.

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

By the Court:

August 23, 2004        /S/ Rex Brown
Date        Courtroom Clerk
        (617) 748-9238

Notice to:   Barry Wilson, Esq.
        *Via electronic filing*
        Thomas Drechsler, Esq.
        *Via electronic filing*
        Michael Bourbeau, Esq.
        *Via electronic filing*
        AUSA John Farley, Esq.
        *Via electronic filing*