FILED
IN CLERKS OFFICE
2004 JUL 27 A 11:21
U.S. DISTRICT COURT
DISTRICT OF MASS

TO: JUDGE JOYCE ALEXANDER

FROM: ANTHONY J. BUCCI

RE: UNITED STATES V. ANTHONY BUCCI

NO. 04-CR-10194-RCL

(1) 4.1

SCANNED
DATE: 7/27/04
BY: M.P.

FILED
IN CLERKS OFFICE
2004 JUL 27 A 11:51
U.S. DISTRICT COURT
DISTRICT OF MASS

Dear Judge Alexander,

First of all I would like to send you my condolences for your loss. I can empathize with you and I have said prayers for you and your family.

I am writing you because is hard for me to remain silent when I listen to the Government lie about me and worst of all my mother. In my eyes that is as low as it gets and not even the richest King could pay me to disrespect and lie about someones mother like that. The only reason I didn't go to trial on the 1997 case was because the Government told my attorney Joe O'teri that if I continued to trial they would indict my mother for money laundering. My mother is my everything so I took the time like a man even though she urged me to go to trial. An informant came forward after I was sentenced because he felt Guilty and said, "the government told him to say my mother held my money in a safety deposit box or else he was going to jail for a long time. It sickens me that they get

away with this crime in this case. Mark Tully wasn't even on the case until January 15th yet he writes about the crime like he knows I am involved. Obviously Jon Minotti is telling him his lying account. Also, Trooper O'neil testifyed and he wasn't even on serveillance that day either. How can they do this? My freedom is on the line and neither one of them was there and all they can say is I was in the vicinity? If someone robbed a bank and you were in there cashing a check and they said you had knowledge would you be in prison like me? This could happen to anyone except I am being punished because I was in prison before. I paid my dues to society and deserve to be treated like anyone else. Jon Minotti has sold more drugs ~~yet he~~ than a Columbian Cartel yet he is

out on bail because Mr. Farley has chosen to reward him for cooperating which isn't up to him. Jon Minotti lost his prison guard job for trading his gun for crack cocaine. He also stuck his gun in someones throat at the Town Line in Malden and Police charged him. Did Mr. Farley present this at his bail hearing? I would consider him a danger to society!!

I am considered a danger to society and everyone of the Governments witnesses at the Grand Jury said I wasn't violent. They even said Jon Minotti was known to carry a gun. I had 3 informants in my last case and <u>none</u> of them ever had a problem from me. Mr. Farley said I ordered a hit which is an absolute 100% untruth and if I lied like that I would have a perjury case. How can he be allowed to lie to the

court like that? It is mind boggling.

Today I was served with Seizure notices for my car which is worth $23,500 and I owe $14,500 and for the $6,500 I had in my briefcase. I work hard for my money fixing and building homes and I cannot believe with <u>no</u> evidence they can just seize my property <u>again</u>. Jon Minotti's house is worth $800,000, which in discovery in taped conversations say he deals drugs out of his home (and his wife has knowledge) has not been seized??? How can they justify not seizing his house? He is being treated like a modern day Whitey Bulger, and I am being treated like a prisoner of war and I am <u>100%</u> innocent.

In conclusion, thank you for reading this letter and I hope and pray you give me a chance to re enter society. My family needs me because financially and mentally

(55)

we are hurting. I am eager to prove my innocence and need your help. I am a good person and nothing like they are trying to make me out to be. I promise once again not to disappoint you if given a chance.

Sincerely,
With Respect,
Anthony Bucci
Anthony Bucci