Dear Rex,

Thank you for reading my letters and passing them on to Judge Alexander. I really appreciate it! God bless you.

With Respect,
Anthony Bucci

FILED
CLERKS OFFICE
2004 JUL 29 A 11:02
U.S. DISTRICT COURT
DISTRICT OF MASS

July 26, 2004

Hello Judge Alexander,

I hope this letter finds you and your family in the best of health. Once again I feel sorry for your loss. Now that I am sober I am having a hard time dealing with the deaths of my family members and shed tears daily.

I am writing you once again because my mother, Rosemarie Keefe, told me she wrote to you and sent you my Private Investigation report. She was really shaken up by Mr. Farleys false accusations of both her and me. As you can see from the report the agents in my 1997 case were dishonest and went outside of the law to get a conviction. What a coincidence a lot of the agents are on this case also and the same pattern of misconduct is going on here. My first day in court they all showed up at my cell thinking it was a big joke. When my civil law suit comes out I will have the last laugh though.

I know you have no personal knowledge of what is being done to me and I am writing you

begging for your help hoping you have the courage to stand up for me since you are well respected among your peers. All I ask is that you look at what I am writing objectively and that someone from the court have some belief in me because I am speaking the 100% truth.

Think about this, my mother is a 71 year old woman who has never even gotten a speeding ticket. She worked for Tufts University for years raising money for the Institution and granting scholarships for students in need. We just lost my step-father and sister in the span of 8 months. Mr. Farley hearing all this, gets up there and disgraces her in front of my whole family and she had to go home and rest because she has a bad heart. In his defense, he may not be aware how agents last case made the informant lie about her safety deposit box, but still, that was very mean.

Then he says I can replace my mothers condo. That is the farthest thing from the

truth. My mother and my step-father lived there for years and all her memories are in that condo. I have done wrong in the past and regret using drugs again from the bottom of my heart, but one thing I am is a good person and a very loving son and would <u>never</u> in a million years cause my mother to lose her home.

I would like to let you know a little about me. I am college educated, having attended Norwich University, a military academy in Vermont. I am not a dangerous person like they are making me out to be. If you talked to me personally you would know I am a sincere loving guy. I got in trouble in the past and don't deny I have made my mistakes. My record indicates my foolish bar fights and brushes with the law but I have tried to turn my life around in the Real Estate business as a builder and developer. I had 3 informants last case who on the street and have been for years and they are all safe and sound. This in itself proves I am

not the person the government is trying to portray. I coach my daughters softball teams. I am right in the middle of building my families dream house and want to have another child to give my 2 year old son Dante a brother or sister.

I would not run or be a danger to anyone if released. All the money in China couldn't make me leave my family and I <u>cannot</u> wait to prove my innocence. All I can say is that you will see I am <u>not Guilty</u> and if you set me free you will be serving justice better. I will just say we have illicit proof of my innocence which will soon be shown when they do voice analisis and see I <u>am not Gino</u>. Thank You once again.

Respectfully,

Anthony B