UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 2004-CR-10194RCL

UNITED STATES

V.

ANTHONY BUCCI

## REQUEST THAT MR. BUCCI BE ALLOWED TO BE PRESENT WITH THE INVESTIGATOR

The Defendant, Anthony Bucci, requests that this Court amend his Order of Release to include his being allowed to be in the presence of the private investigator hired in this matter, Terrence McDonough, without the presence of his attorney.

In support thereof, the Defendant states that it is costly and unproductive to require the presence of his attorney for certain aspects of preparing this case for trial. In that regard, the same rules of notification concerning meetings with the attorney will be followed and all meetings/viewings with the investigator in this regard will be at the specific request of the attorney.

                            Respectfully submitted,
                            FOR THE DEFENDANT,

                            Barry P. Wilson
                            LAW OFFICES OF BARRY P. WILSON
                            240 Commercial Street
                            Suite 5-A
                            Boston, MA  02109
                            617) 248-8979
                            (617) 523- 8700 (Fax)
                            BBO# 529680

Dated: 9/15/04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>VS. )<br>)<br>ANTHONY BUCCI )<br>    Defendant. ) | CRIMINAL ACTION NO.<br>No. 2004-CR-10194RCL |

### CERTIFICATE OF SERVICE

I, Barry P. Wilson, do hereby certify that by hand delivery and fax I did serve one (1) copy of the within "Request that Mr. Bucci be Allowed to be Present with the Investigator," on Wednesday, September 15, 2004, to John Farley, A.U.S.A., United States District Court, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

Date: 9/15/04

Barry P. Wilson