UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10194 RCL

ANTHONY BUCCI (1)
DAVID JORDAN (2)
FRANCIS MUOLO (3)
        Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

      On August 26, 2004, the parties appeared before this Court for an Interim Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. Features of the case that may deserve special attention or modification of the standard schedule include voluminous discovery, including Title III material, and changes in counsel for defendants;

3. Supplemental discovery is anticipated;

4. Discovery concerning any expert witnesses, pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C) will be provided by the government thirty (30) days before trial and fifteen (15) days before trial by the defendants;

5. The applicable periods of excludable delay under the Speedy Trial Act include: July 15, 2004, through August 12, 2004 (28 days); August 12, 2004, through August 24, 2004 (12 days), for a total of forty days as of August 24, 2004. The time period from July 6, 2004, through July 14, 2004 (9 days) has not been excluded by the parties. The government and defense will file a joint motion for any applicable periods of excludable delay prior to the Interim Status Conference date. The total amount of time to proceed to trial is sixty-one (61) days as of August 24, 2004;

6. Trial is anticipated at this time. The estimated duration of a trial is two (2) weeks;

7.  There are no other matters.

    IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has not been established. An **Interim Status Conference** is scheduled at **11:00 a.m.** on **October 12, 2004,** in Courtroom 24, 7th floor.

**Pursuant to LR 116.5 (C), parties shall confer and, not later than three (3) business days before the Final status Conference, prepare and file a joint Final Status Conference Memorandum.**

    HONORABLE JOYCE LONDON ALEXANDER
    U.S. MAGISTRATE JUDGE

    By the Court:

September 24, 2004      /S/ Rex Brown
Date      Courtroom Clerk
     (617) 748-9238