UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| v. | ) | No. 04-cr-10194-RCL |
| | ) | |
| **ANTHONY BUCCI** | ) | |

**APPEARANCE**

To the Clerk:  Kindly enter my appearance on behalf of the defendant in the above-referenced matter.

November 16, 2004                              _____
                                              MICHAEL F. NATOLA
                                              BBO No. 367580
                                              McBRIDE and NATOLA
                                              240 Commercial Street, Suite 2B
                                              Boston, Massachusetts  02109
                                              Tel.  (617) 367-8844
                                              Fax   (617) 523-5153
                                              E-mail  lazslo999@aol.com