UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>)<br>v. )<br>)<br>)<br>ANTHONY BUCCI ) | No. 04-cr-10194-RCL |

**MOTION TO MODIFY TEMPORARILY
TERMS AND CONDITIONS OF RELEASE**

The defendant respectfully moves the Court to modify temporarily the terms and conditions of his release as follows:

By permitting him to spend Thanksgiving Day, Thursday, November 25, 2004, from noon until 8:00 P.M., at his own residence at 6 Maple Road, North Reading, Massachusetts.  Present at the residence, celebrating Thanksgiving, will be the defendant, his wife, his two-year-old son, his three teenaged daughters, his mother (and third-party custodian), Rosemarie Keefe, and his mother-in-law and father-in-law, Randy and Debbie Gonsalves.

Anthony Bucci
By his attorney,

/s/Michael F. Natola
_____

November 16, 2004   MICHAEL F. NATOLA
BBO No.  367580
McBRIDE and NATOLA
240 Commercial Street, Suite 2B
Boston, Massachusetts  02109
Tel.  (617) 367-8844
Fax  (617) 523-5153
E-mail  lazslo999@aol.com