November 18, 2004

To Whom It May Concern,

    I am writing this request on behalf of my family. My husband David has been a wonderful husband to me and a very active father to his three children. Since his arrest and home confinement, along with his inability to work, there has been a tremendous amount of stress placed on us as well as our children.

    In the past, I worked as a part-time school teacher as well as a full- time housewife and mom. With the help of my husband we would manage to shuttle our 3 children from gymnastics, softball, baseball, soccer, and hockey. All has changed now that I must work full-time and still find part time work as a waitress and a home tutor just to pay the bills.

    When our children ask why dad does not attend school and sporting events anymore it breaks my heart, because I have no answer for them. I spend less time with my children and husband and more time working, this is not a healthy situation for my family.

    I respectfully ask you to allow my husband, David Jordan the opportunity to work in order to take some of the financial burden off my family. If my husband was allowed to drive our children to and from sporting events and school, while we attempt to restore some type of normalcy to our lives, we would be extremely grateful.

Sincerely,

*Kristen Jordan*
Kristen Jordan

Enc:
I have enclosed copies of sporting schedules and a school family event. My husband has attended this school event since my son was in kindergarten.