**Stoneham Youth Hockey - Mite 1**
**@ Montvale Skating Arena**

### Mondays
every Monday @ 5:00 - 6:00
at Stoneham Ice Arena

### Wednesdays
every Wed. @ 5:00 - 6:00
at Stoneham Ice Arena

### Thursdays
every Thurs. @ 5:00 - 6:00 at Stoneham Ice Arena

## GAMES AND TOURNAMENTS

November 20th (Sat)  2:20 pm  Winthrop
November 21st (Sun)  10:40 am  Merrimack, MASS.

November 26th (Fri)  9:50 am  Woburn

November 27th (Sat)  7:10 am  Woburn
                     2:10 pm  Merrimack
                     4:20 pm  Woburn

December 4th (Sat)  12:10 pm  Saugus ★   Also, Holiday School Program
                                         ★ Flyer attached

Come celebrate the holiday season at the annual

# Colonial Park School
# HOLIDAY BREAKFAST

## SATURDAY, December 4
### 8:30 ~ 9:30 or 9:45 ~ 10:45

Cost is $4.00 per person; $16.00 maximum per family.
Includes a Hot & Cold buffet and
a picture with Santa or Snowman . (One per family).
There is also a children's show. The Polar Express
Tickets can be purchased for $1.00 at the train station booth.

**\*RESERVE YOUR SEATS NOW!** Seating is limited.
*SORRY~NO TICKETS WILL BE SOLD AT DOOR

Please indicate below your preference time for seating.
Deadline is November 26, 2004

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**COLONIAL PARK SCHOOL HOLIDAY BEAKFAST**

Name: _____  Grade/Teacher_____

Number of Adults:_____   Number of Children _____

Total number of people _____ x$4.00 = total amount encloded $ _____ (Max. $16.00)

☐ 8:30 ~ 9:30    ☐ 9:45 ~ 10:45

**Please make checks payable to Colonial Park PTO.**
Questions? Call XXX XXX at (781)XXX-XXX
This event is being coordinated by the 3rd grade parents.



News    Schedules    Standings    Leagues    Information    FAQ's

# 2004-05 Regular Season Schedules

Team Regular Season

Agawam Bantam 1 Full          Get Schedule

## Stoneham Mite 1

| Position | Name | | | | | Night | |
|---|---|---|---|---|---|---|---|
| President | Mr. Casciato, Tony | | | | | 781-438-1076 | |
| 9764  9/12/2004 | 11:00:00 AM | NAS | 7 | Stoneham Mite 1 | 7 | Billerica Mite 1 | Cc |
| Game Notes: | | | | | | | |
| 9959  9/19/2004 | 7:30:00 AM | NAS | 4 | Billerica Mite 1 | 9 | Stoneham Mite 1 | Cc |
| Game Notes: | | | | | | | |
| 10103  9/25/2004 | 2:10:00 PM | WOB | 3 | Woburn Mite 1 | 3 | Stoneham Mite 1 | Cc |
| Game Notes: | | | | | | | |
| 10399  10/3/2004 | 10:40:00 AM | WOB | 2 | Stoneham Mite 1 | 1 | Woburn Mite 1 | Cc |
| Game Notes: | | | | | | | |
| 10619  10/11/2004 | 11:50:00 AM | Mer | 3 | Medford Mite 1 | 8 | Stoneham Mite 1 | Cc |
| Game Notes: | | | | | | | |
| 10854  10/18/2004 | 6:00:00 PM | PING | 2 | Peabody Mite 1 | 10 | Stoneham Mite 1 | Cc |
| Game Notes: | | | | | | | |
| 10926  10/23/2004 | 1:20:00 PM | Wil | 5 | Stoneham Mite 1 | 2 | Tewksbury Mite 1 | Cc |
| Game Notes: | | | | | | | |
| 12335  11/7/2004 | 6:00:00 AM | MAL | 2 | Stoneham Mite 1 | 7 | Winchester Mite 1 | Cc |
| Game Notes: | | | | | | | |
| 12560  11/14/2004 | 10:40:00 AM | BUR | | Methuen Mite 1 | | Stoneham Mite 1 | Pe |
| Game Notes: | | | | | | | |
| ➤ 13401  11/21/2004 | 10:40:00 AM | MVF | | Stoneham Mite 1 | | Billerica Mite 1 | Pe |
| Game Notes: | | | | | | | |
| ➤ 12829  11/27/2004 | 2:10:00 PM | MVF | | Reading Mite 1 | | Stoneham Mite 1 | Pe |
| Game Notes: | | | | | | | |
| ➤ 13147  12/12/2004 | 6:00:00 AM | MAL | | Stoneham Mite 1 | | Melrose Mite 1 | Pe |
| Game Notes: | | | | | | | |

\* Denotes League Make Up

Nov 04 · Page 1 of 2

# SYH Practice — November 2004 — Schedules Are Subject To Change

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | **1 Skills**<br>5:00 PM<br>Mite 1, 2, 3, Squirt 5<br>6:00 PM<br>Squirt 1, 2, 3, 4<br>7:00 PM<br>Girls 1, 2 PeeWee 1, 2<br>8:00 PM<br>Bantam 1, 2 Midget 3 | **2**<br>5:00 PM<br>6:00 PM<br>7:00 PM<br>Squirt 3, 4<br>8:00 PM<br>All Midgets | **3**<br>5:00 PM<br>Mite 1, 2<br>6:00 PM<br>Mite 3, Squirt 5<br>7:00 PM<br>Girls 1, 2<br>8:00 PM<br>Bantam 1, 2 | **4**<br>5:00 PM<br>Mite 1, 3<br>6:00 PM<br>Squirt 1, 2<br>7:00 PM<br>PeeWee 1, 2<br>8:00 PM<br>Bantam 1, 2 | **5**<br>5:00 PM<br>Mite 2, Squirt 5<br>6:00 PM<br>Squirt 3, 4<br>7:00 PM<br>PeeWee 1, 2<br>8:00 PM | **6**<br>10:00 AM<br>Squirt 1, 2<br>2:00 PM<br>LTS<br>3:00 PM<br>In-House Green / Gold<br>4:00 PM<br>In-House Red / Blue |
| **7**<br>SKILLS<br>$10 for SYH<br>6:00 PM<br>Mites Squirt<br>7:00 PM<br>PeeWee Bantam<br>8:00 PM<br>High School | **8 Skills**<br>5:00 PM<br>Mite 1, 2, 3, Squirt 5<br>6:00 PM<br>Squirt 1, 2, 3, 4<br>7:00 PM<br>Girls 1, 2 PeeWee 1, 2<br>8:00 PM<br>Bantam 1, 2 Midget 3 | **9**<br>5:00 PM<br>6:00 PM<br>7:00 PM<br>Squirt 3, 4<br>8:00 PM<br>All Midgets | **10**<br>5:00 PM<br>Mite 1, 2<br>6:00 PM<br>Girls 1, 2<br>7:00 PM<br>PeeWee 1, 2<br>8:00 PM<br>Bantam 1, 2 | **11**<br>5:00 PM<br>Mite 1, 3<br>6:00 PM<br>Squirt 1, 2<br>7:00 PM<br>Squirt 4, 5<br>8:00 PM<br>Bantam 1, 2 | **12**<br>5:00 PM<br>Mite 2, 3<br>6:00 PM<br>Squirt 3, 5<br>7:00 PM<br>Squirt 1, 2<br>8:00 PM | **13**<br>2:00 PM<br>LTS<br>3:00 PM<br>Mite In-House |
| **14**<br>SKILLS<br>$10 for SYH<br>7:00 PM<br>Mites Squirt<br>8:00 PM<br>PeeWee Bantam HSchool | **15 Skills**<br>5:00 PM<br>Mite 1, 2, 3, Squirt 5<br>6:00 PM<br>Squirt 1, 2, 3, 4<br>7:00 PM<br>Girls 1, 2 PeeWee 1, 2<br>8:00 PM<br>Bantam 1, 2 Midget 3 | **16**<br>5:00 PM<br>6:00 PM<br>7:00 PM<br>Squirt 3, 4<br>8:00 PM<br>All Midgets | **17**<br>5:00 PM<br>Mite 1, 2<br>6:00 PM<br>7:00 PM<br>PeeWee 1, 2<br>8:00 PM<br>All Midgets | **18**<br>5:00 PM<br>Mite 1, 3<br>6:00 PM<br>Squirt 1, 2<br>7:00 PM<br>PeeWee 1, 2<br>8:00 PM<br>Bantam 1, 2 | **19**<br>5:00 PM<br>Mite 2, 3<br>6:00 PM<br>Squirt 1, 2<br>7:00 PM<br>Squirt 4, 5<br>8:00 PM<br>Bantam 1, 2 | **20**<br>2:00 PM<br>LTS<br>3:00 PM<br>In-House Green / Gold<br>4:00 PM<br>In-House Red / Blue<br>5:00 PM<br>Girls 1, 2 |
| **21**<br>SKILLS<br>$10 for SYH<br>6:00 PM<br>Mites Squirt<br>7:00 PM<br>PeeWee Bantam<br>8:00 PM<br>High School | **22 Skills**<br>5:00 PM<br>Mite 1, 2, 3, Squirt 5<br>6:00 PM<br>Squirt 1, 2, 3, 4<br>7:00 PM<br>Girls 1, 2 PeeWee 1, 2<br>8:00 PM<br>Bantam 1, 2 Midget 3 | **23**<br>7:00 PM<br>Squirt 3, 4<br>8:00 PM<br>All Midgets<br>9:00 PM<br>All Midgets | **24**<br>5:00 PM<br>Mite 1, 2<br>6:00 PM<br>Girls 1, 2<br>7:00 PM<br>COACHES SKATE<br>8:00 PM<br>COACHES SKATE | **25** | **26**<br>5:00 PM<br>Mite 3, Squirt 5<br>6:00 PM<br>Squirt 1, 2<br>7:00 PM<br>PeeWee 1, 2<br>8:00 PM<br>Bantam 1, 2 | **27**<br>2:00 PM<br>LTS<br>3:00 PM<br>In-House Green / Gold<br>4:00 PM<br>In-House Red / Blue<br>5:00 PM<br>All Midgets |
| **28** | **29**<br>5:00 PM<br>Mite 1, 2 | **30**<br>6:00 PM<br>Squirt 3, 4 | | | | |



# northsuburbanhockey.org

NSHL Office: 781-231-4030
Kasabuski Arena: 781-231-4183

North Suburban Hockey League

2004 - 2005 Season Schedules by Division

| Game # | Date |  | Day | Time | Location | Division | Teams |
|---|---|---|---|---|---|---|---|

**Mite Red Division**

| Game # | Date |  | Day | Time | Location | Division | Teams |
|---|---|---|---|---|---|---|---|
| → 13 | NOV | 6 | 4 SAT | 12:10pm | Kasabuski | MiteRed | 1 Peabody1 VS Stoneham |
| 22 | NOV | 6 | 4 SAT | 2:20pm | Winthrop | MiteRed | 1 N. Reading VS Revere |
| → 56 | NOV | 13 | 4 SAT | 2:20pm | Winthrop | MiteRed | 2 Stoneham VS Saugus |
| 82 | NOV | 20 | 4 SAT | 12:10pm | Kasabuski | MiteRed | 3 Saugus VS N. Reading |
| → 90 | NOV | 20 | 4 SAT | 2:20pm | Winthrop | MiteRed | 3 Stoneham VS Revere |
| 116 | NOV | 27 | 4 SAT | 12:10pm | Kasabuski | MiteRed | 4 Revere VS Saugus |
| 124 | NOV | 27 | 4 SAT | 2:20pm | Winthrop | MiteRed | 4 Peabody1 VS N. Reading |
| → 150 | DEC | 4 | 4 SAT | 12:10pm | Kasabuski | MiteRed | 5 N. Reading VS Stoneham |
| 160 | DEC | 4 | 4 SAT | 2:20pm | Winthrop | MiteRed | 5 Saugus VS Peabody1 |

# Turkey Day Classic

## Master Schedule

| "A" Division | "B" Division | "C" Division |
|---|---|---|
| **Campbell Conference** | Lexington "B" | Burlington "C" |
| Stoneham "A" | Stoneham "B" | Gardner "C" |
| Winthrop "A" | Winthrop "B" | Greater Lowell "C" |
| Lexington "A" | Woburn "B" | Woburn "C" |
| **Wales Conference** | | |
| Arlington "A" | | |
| Greater Lowell "A" | | |
| Woburn "A" | | |

### Friday November 26, 2004

| Time | | | |
|---|---|---|---|
| 7:30 AM | Woburn "B" | VS. | Lexington "B" |
| 8:40 AM | Winchester "B" | VS. | Stoneham "B" |
| 9:50 AM | Stoneham "A" | VS. | Arlington "A" |
| 11:00 AM | Woburn "A" | VS. | Greater Lowell "A" |
| 12:10 PM | Winthrop "A" | VS. | Lexington "A" |
| 1:20 PM | Woburn "C" | VS. | Burlington "C" |
| 2:30 PM | Gardner "C" | VS. | Greater Lowell "C" |
| 3:40 PM | Woburn "B" | VS. | Winthrop "B" |
| 4:50 PM | Lexington "B" | VS. | Stoneham "B" |
| 6:00 PM | Arlington "A" | VS. | Winthrop "A" |




### Saturday November 27, 2004

| Time | | | |
|---|---|---|---|
| 6:00 AM | Woburn "A" | VS. | Lexington "A" |
| 7:10 AM | Greater Lowell "A" | VS. | Stoneham "A" |
| 8:20 AM | Woburn "C" | VS. | Gardner "C" |
| 9:30 AM | Burlington "C" | VS. | Greater Lowell "C" |
| 10:40 AM | Woburn "B" | VS. | Stoneham "B" |
| 11:50 AM | Lexington "B" | VS. | Winthrop "B" |
| 2:10 PM | Arlington "A" | VS. | Lexington "A" |
| 3:10 PM | Greater Lowell "A" | VS. | Winthrop "A" |
| 4:20 PM | Woburn "A" | VS. | Stoneham "A" |
| 5:30 PM | Woburn "C" | VS. | Greater Lowell "C" |
| 6:40 PM | Gardener "C" | VS. | Burlington "C" |

### Sunday November 28, 2004

| Time | | | | | |
|---|---|---|---|---|---|
| 7:10 AM | "A" Division | 5 | VS. | 6 | |
| 10:40 AM | "A" Division | 3 | VS. | 4 | |
| 11:50 AM | "A" Division | 1 | VS. | 2 | |
| 2:10 PM | "B" Division | 3 | VS. | 4 | |
| 3:20 PM | "B" Division | 1 | VS. | 2 | |
| 4:30 PM | "C" Division | 3 | VS. | 4 | |
| 5:40 PM | "C" Division | 1 | VS. | 2 | |

