# Caruso & McGovern Construction Inc.

General Contractors
ONE INDUSTRIAL WAY
GEORGETOWN, MASSACHUSETTS 01833
(978) 352-3399   FAX (978) 352-3398

November 17, 2004

Mr. Tom Drechsler
Law Office of Finneran, Byrne & Drechsler, L.L.P.
Eastern Harbor Office Park
50 Redfield Street
Boston, MA 02122
617-265-3627 Fax

Dear Mr. Drechsler:

I am writing this letter on behalf of Dave Jordan.

Caruso & McGovern Construction Inc. is a General Contracting firm that has been in business for over twenty years, and we would like to employ Mr. Jordan.

With the construction industry being very busy at this time, it is difficult to find quality workers. We are offering Mr. Jordan a position at this time with Caruso & McGovern Construction Inc. If any additional information is required, please call me at 978-352-3399.

Sincerely,

CARUSO & MCGOVERN CONSTRUCTION INC.

Steven J. Caruso
Treasurer

SJC:rl

80 WENTWORTH ST
MALDEN, MA 02148

# SCOTT M. FITZPATRICK
# GENERAL CONTRACTORS INC.

November 18, 2004

To: Whom it may concern

I am willing to employee David Jordan on our construction crew. Our current work hours are Monday thru Friday 7am to approximately 5:30 pm on site weather permitting plus travel time which varies by job location. If there are any questions I may be reached in my office at 781-321-0627

Sincerely,

Scott M. Fitzpatrick
President

*SPECILIZING IN CUSTOM HOUSE FRAMING*