UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>)<br>v. )<br>)<br>)<br>ANTHONY BUCCI ) | No. 04-cr-10194-RCL |

## WAIVER OF MOTION TO AMEND ORDER OF RELEASE

The defendant respectfully waives and withdraws his Motion to Amend Order of Release (Docket No. 73).

Anthony Bucci
By his attorney,

/s/Michael F. Natola
_____

December 13, 2004    MICHAEL F. NATOLA
BBO No. 367580
McBRIDE and NATOLA
240 Commercial Street, Suite 2B
Boston, Massachusetts 02109
Tel. (617) 367-8844
Fax (617) 523-5153
E-mail MFNatola@aol.com

## CERTIFICATE OF SERVICE

I, Michael F. Natola, attorney for the defendant herein, hereby certify that a true copy of the foregoing was served the above date upon the following person electronically:

John T. McNeil, Esquire
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210

/s/Michael F. Natola
_____
MICHAEL F. NATOLA