## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| ) | |
| v.  ) | No. 04-cr-10194-RCL |
| ) | |
| ) | |
| **ANTHONY BUCCI** ) | |

## MOTION TO MODIFY TEMPORARILY
## TERMS AND CONDITIONS OF RELEASE

The defendant respectfully moves the Court to modify temporarily the terms and conditions of his release as follows:

By permitting him to spend Christmas Day, Saturday, December 25, 2004, from 8:15 A.M. until 5:45 P.M., at his own residence at 6 Maple Road, North Reading, Massachusetts, telephone number (978) 276-0086.  Present at the residence, celebrating Christmas, will be the defendant, his wife, Melissa, his two-year-old son, Dante, his three teenaged daughters, Talena, Tamar, and Karissa, his mother (and third-party custodian), Rosemarie Keefe, his father, Anthony Bucci, and his step-mother, Eleanor Bucci.

        Anthony Bucci
        By his attorney,


    /s/Michael F. Natola
    _____
December 16, 2004    MICHAEL F. NATOLA
    BBO No.  367580
    McBRIDE and NATOLA
    240 Commercial Street, Suite 2B
    Boston, Massachusetts  02109
    Tel.  (617) 367-8844
    Fax  (617) 523-5153
    E-mail  MFNatola@aol.com

## CERTIFICATE OF SERVICE

I, Michael F. Natola, attorney for the defendant herein, hereby certify that a true copy of the foregoing was served the above date upon the following person electronically:

John T. McNeil, Esquire
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA  02210

Mr. David Picozzi
Pretrial Services Office
One Courthouse Way
Boston, MA  02210


/s/Michael F. Natola
_____
MICHAEL F. NATOLA