UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v.     )<br>)<br>**ANTHONY BUCCI, et al.,** )<br>)<br>**Defendants.** ) | **Criminal No. 04-10194-RCL** |

### PROTECTIVE ORDER

Motion having been made by the parties for a protective order restricting the disclosure and dissemination of certain discovery material to be voluntarily provided by the government to defense counsel in advance of its obligations under law, it is hereby ORDERED as follows:

1.  With respect to all materials voluntarily disclosed by the government under this order, until 21 days before trial, access to such materials and information contained therein shall be limited to defense counsel of record in this case, and members of counsels' offices who are directly engaged in assisting the defense of this case (defined to include partners, associates, and employees of defense counsels' law firms). On the 21st day before trial and thereafter, the materials may be further disclosed to the defendants and any other person retained by defense counsel for assistance in defending this case (defined to include private investigators and experts).

2.  The defendants shall have no contact, direct or indirect, with persons named in the material disclosed under this Order. However, this prohibition shall not prevent contact by counsel, or persons retained by counsel, with such persons for purposes of defending this case, provided such contact is not otherwise prohibited by law or applicable ethical rules.

3.  Materials disclosed by the government under this order shall be used solely in connection with defending this case. Neither the defendants nor their counsel, nor any person assisting in the defense of this case, shall disseminate the material, or any information contained therein, to any other person.

4.  Each person receiving material disclosed under this Order, shall indicate their acknowledgment of the terms of this Order and their agreement to comply with its terms, by signing a copy of this Order and filing such copies with the Court under seal. For good cause shown, such executed copies may be filed *ex parte*. Counsel for the defendants shall fully explain the terms of this Order to the defendants and other persons assisting in the defense of this case before obtaining such signatures and making disclosure of the material.

5.  This Order shall take effect only after acknowledged and countersigned copies of this Order have been filed with the Court by counsel for each defendant.

REGINALD C. LINDSAY
UNITED STATES DISTRICT JUDGE

Dated: 1/31/05