# *Michael F. Natola,* Attorney at Law

240 Commercial Street, Suite 2B  
Boston, Massachusetts 02109

Tel. (617) 367-8911  
Fax (617) 523-5155  
E-mail MFNatola@aol.com

February 22, 2005

Clerk's Office, Intake  
United States District Court  
One Courthouse Way  
Boston, Massachusetts 02210

Re: Criminal No. 04-10194-RCL  
**<u>United States v. Anthony Bucci</u>**

Greetings:

Enclosed herewith are two attachments to the defendant's <u>Motion to Modify Terms and Conditions of Release</u> dated February 22, 2005 which have not been electronically filed with the motion.

Thank you for your kind attention to this matter.

Very truly yours,

MICHAEL F. NATOLA

Enclosures

cc:  AUSA J. McNeil



# CERTIFICATE OF USE & OCCUPANCY

Building Permit Number _BP 2003-0646_

The building located on _26 Upland Road_

may be occupied as _Single Family Dwelling_

In accordance with the provisions of the Massachusetts State Building Code and all applicable zoning bylaws of the Town of Wakefield.

Certificate Issued to _Anthony Bacci_

Address _26 Upland Road_

Inspector of Buildings _John Roberts_

Date _Feb 16, 2005_

February 20, 2005

Mrs. Rosemarie K. Keefe
500 Salem Street, Unit 607
Medford, MA 02155

Dear Judge Alexander,

I would like to take this opportunity to let you know how very grateful I am that you allowed my son Anthony Bucci to be released into my custody. In the past several months, he has been seeking counseling and has been attending meetings on a regular basis to help him fight the battle of addiction. Anthony has been adhering to all the stipulations outlined by the pre-trial officers and is doing very well.

As you know, Anthony has not been allowed out to work and earn a living for himself and his family. As you can imagine, this has created a huge financial burden for the entire family. I am totally convinced of my son's innocence and believe, in this country, one is innocent until proven guilty beyond a reasonable doubt. However, how does one prove their innocence unless they are able to earn the money to hire the best defense they can afford?

Anthony and I have had to sell most of our assets and have depleted our savings accounts. I personally have borrowed to the fullest against the equity on my condominium in order to help my son and his family. Due to my age and failing health, I am unable to seek employment and rely solely on my social security benefits and small pension for my income.

I am at this time requesting a change of address for Anthony and myself. I ask that we both be allowed to move to his house in Wakefield. This move will make it possible for me to rent my condominium. My girlfriend is anxious to rent my unit and this move will generate some much needed income. I fully understand that I will continue to be Anthony's third party custodian and expect to follow the guidelines previously outlined by the court.

Thank you.

Respectfully,

*Rosemarie K. Keefe*
Rosemarie K. Keefe