**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 04-10194-RCL** |
| | ) | |
| **ANTHONY BUCCI, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT FINAL STATUS REPORT**

The United States of America and the defendants, by and through their respective counsel, hereby submit this joint final status report.

1.      There are no features of case that deserve special attention or modification of the standard schedule.

2.      There are no pending discovery motions.  The government continues to provide automatic discovery as that information becomes available.  In addition, the government has provided early discovery of Jencks and other material under a protective order, and continues to provide that information as it becomes available.   Defendant Jordan has requested records of the calls he allegedly placed to the Malden Police Department on December 24, 2003.  To the extent those records exist, the government will provide them.  Defendant Muolo has made a request for certain investigatory material regarding a cooperating witness. The government is seeking to determine whether the information sought by Defendant Muolo exists.

3.      The government and the defendants plan to exchange expert discovery before trial.  The government will provide its expert discovery 30 days before trial.  The defendants will provide their expert discovery 21 days before trial.

4.    With the exception of a nine day period between July 6, 2004, and July 14, 2004,
the Court has excluded from the Speedy Trial Act calculation all time from the
date of the Indictment through December 14, 2004.  There is currently a motion
pending to exclude time through the Final Status Conference on March 17, 2005.
The defendants intend to file the following motions which will further toll the
Speedy Trial clock: Motion to  Dismiss, Motion to  Suppress, Motion for Relief
from Prejudicial Joinder, and Motions in  Limine.

5.    No defendant intends to raise a defense of insanity.  No defendant intends to raise
a defense of public authority.

6.    The Government has not requested a notice of alibi from any defendant.

7.    Anticipated defense motions, outlined in paragraph 4, will be filed by April 19,
2005.

8.    There is no need to schedule any matter in the case other than trial and hearings
on defense motions.

9.    It is likely that this case will proceed to trial.

10.    It is anticipated that the trial will take 15 trial days.

                        Respectfully Submitted,

                        MICHAEL J. SULLIVAN
                        UNITED STATES ATTORNEY


            By:    /s/ John T. McNeil
                        JOHN T.  McNEIL
                        Assistant U.S. Attorney
                        (617) 748-3252

                        /s/ John T. McNeil for
                        MICHAEL NATOLA

Counsel for Defendant BUCCI

*/s/ John T. McNeil for*

THOMAS DRECHSLER
Counsel for Defendant JORDAN

*/s/ John T. McNeil for*

KEVIN L. BARRON
Counsel for Defendant MUOLO

Dated: March 16, 2005