UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| ) | |
| v.  ) | No. 04-cr-10194-RCL |
| ) | |
| ) | |
| **ANTHONY BUCCI** ) | |

### NOTICE OF CHANGE OF ADDRESS

Counsel for the defendant hereby gives notice to the Court and the Commonwealth of a change of his address to that shown below, effective immediately.

                          Anthony Bucci
                          By his attorney,

                          /s/Michael F. Natola
                          _____
March 24, 2005          MICHAEL F. NATOLA
                          BBO No. 367580
                          63 Atlantic Avenue
                          Boston, Massachusetts 02110
                          Tel. (617) 367-1199
                          Fax (617) 227-3384
                          E-mail MFNatola@aol.com

### CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing motion has been served the above date electronically upon Assistant U.S. Attorney John T. McNeil.

                          /s/ Michael F. Natola
                          _____