# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10194-RCL |
| | ) | |
| ANTHONY BUCCI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION FOR EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT

In accordance with the Court's request at the Final Status Conference held on March 17, 2005, the United States of America and the defendants, by and through their respective counsel, hereby submit this joint motion for the exclusion of time under the Speedy Trial Act.

With the exception of a nine day period between July 6, 2004, and July 14, 2004, the Court has excluded from the Speedy Trial Act calculation all time from the date of the Indictment through March 17, 2005. On that date the defendants notified the Court that they intended to file dispositive motions and requested until May 2, 2005, to file such motions. The parties agree that it is in the interests of justice to exclude from the Speedy Trial Act calculation the period from March 17, 2005, through May 2, 2005, and therefore request the Court to so exclude the time pursuant to 18 U.S.C. § 3161(h).

Respectfully Submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By:     /s/ John T. McNeil

JOHN T. McNEIL
Assistant U.S. Attorney
(617) 748-3252

/s/ John T. McNeil for
MICHAEL NATOLA
Counsel for Defendant BUCCI

/s/ John T. McNeil for
THOMAS DRECHSLER
Counsel for Defendant JORDAN

/s/ John T. McNeil for
KEVIN L. BARRON
Counsel for Defendant MUOLO

Dated: April 5, 2005