UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| ) | |
| v. ) | No. 04-cr-10194-RCL |
| ) | |
| ) | |
| **ANTHONY BUCCI** ) | |

## MOTION TO EXTEND TIME

The defendant respectfully moves the Court to extend the time for the filing of his substantive motions from May 2, 2005 to May 9, 2005.

On April 25, 2005, Assistant United States Attorney John T. McNeil told counsel for the defendant that the United States did not oppose the instant motion.

                                  Anthony Bucci
                                  By his attorney,

April 26, 2005

/s/Michael F. Natola
_____
MICHAEL F. NATOLA
BBO No. 367580
63 Atlantic Avenue
Boston, Massachusetts 02110
Tel. (617) 367-1199
Fax (617) 227-3384
E-mail  MFNatola@aol.com

**CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the foregoing motion has been served the above date, electronically, upon Assistant U.S. Attorney John T. McNeil and counsel for the co-defendants.

                                        /s/ Michael F. Natola
                                        _____