UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10194-RCL |
| | ) | |
| ANTHONY BUCCI | ) | |

**Government's Conditional Assent to Defendant Bucci's Amended Motion to Substitute Property to Secure Bond**

The United States of America, by and through Assistant United States Attorney John T. McNeil, respectfully submits this conditional assent to Defendant Bucci's Amended Motion to Substitute Property to Secure Bond (Docket No.116). Defendant Bucci seeks to amend the appearance bond condition of pretrial release to substitute the real property he owns at 26 Upland Road in Wakefield, Massachusetts, for the real property he owns at 6 Maple Road in North Reading, Massachusetts. The government does not object to this motion, subject to the government's review as to form of the final documents to be submitted to the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: April 29, 2005

By: /S/ *John T. McNeil*
JOHN T. MCNEIL
Assistant U.S. Attorney