UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| v. | ) | No. 04-cr-10194-RCL |
| | ) | |
| **ANTHONY BUCCI** | ) | |

## MOTION FOR DISCHARGE OF MORTGAGE

The defendant respectfully moves the Court to order the Clerk to issue to Anthony Bucci a discharge of the mortgage on 6 Maple Road, North Reading, Massachusetts in the amount of $100,000.00 given by him to the Clerk as collateral for his release on conditions the instant action.

Assistant United States Attorney John T. McNeil has told counsel for the defendant that the government has no objection to the instant motion conditioned upon the Court's allowance of the defendant's <u>Amended Motion to Substitute Property to Secure Bond</u> dated April 5, 2005.

                        Anthony Bucci
                        By his attorney,

                        /s/Michael F. Natola
                        _____

May 4, 2005            MICHAEL F. NATOLA
                                      BBO No. 367580
                                      63 Atlantic Avenue
                                      Boston, Massachusetts 02110
                                      Tel. (617) 367-1199
                                      Fax (617) 227-3384
                                      E-mail MFNatola@aol.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing motion has been served the above date, electronically, upon Assistant U.S. Attorney John T. McNeil.

      /s/ Michael F. Natola
      _____