# Law Offices of Michael F. Natola

---

The Prince Building  
63 Atlantic Avenue  
Boston, Massachusetts  02110

Tel.  (617) 367-1199  
Fax  (617) 227-3384  
E-mail  MFNatola@aol.com

May 4, 2005

Mr. Rex Brown  
Clerk's Office, United States District Court  
One Courthouse Way  
Boston, Massachusetts  02210

Re:   Criminal No.  04-10194-RCL  
      **United States v. Anthony Bucci**

Dear Mr. Brown:

I have previously filed an Amended Motion to Substitute Property to Secure Bond, and today I electronically filed a Motion for Discharge of Mortgage, to which the government has no objection, conditioned upon the Court's allowance of the first motion.

Mr. Bucci's North Reading property is under a purchase and sale agreement, and it is imperative that the closing occur as soon as possible.  In order for that to happen, the Court must act on the two pending motions.

Accordingly, would you kindly bring the motions, and the supporting documents which I filed in hand at the Clerk's office yesterday, to the immediate attention of Magistrate Judge Alexander for her action.

Please feel free to contact me if you have any questions.  Thank you in advance for your kind attention to this matter.

Very truly yours,

/s/ Michael F. Natola  
MICHAEL F. NATOLA

cc:   AUSA J. McNeil