UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | No. 04-cr-10194-RCL |
| ) | |
| ANTHONY BUCCI ) | |

### MOTION FOR RELIEF FROM PREJUDICIAL JOINDER

The defendant respectfully moves the Court, pursuant to Fed. R. Crim. P., Rule 14(a), to sever the defendants' trials in the above-referenced action.

In support hereof, the defendant respectfully says that the government shall introduce evidence at trial of post-conspiracy statements of the co-defendants that will not be admissible at a joint trial with the defendant under the principles of *Bruton v. United States,* 391 U.S. 123, 88 S.Ct. 1620, 20 L.Ed.2d 476 (1968).

### REQUEST FOR HEARING

The defendant respectfully requests a hearing on this motion, and estimates that the length thereof will not exceed one hour.

### REQUEST FOR FINDINGS AND RULINGS

The defendant respectfully requests that the Court enter written findings of fact and rulings of law with respect to its determination of the instant motion.

        Anthony Bucci
        By his attorney,

        /s/Michael F. Natola
        _____

May 6, 2005        MICHAEL F. NATOLA
        BBO No. 367580
        63 Atlantic Avenue
        Boston, Massachusetts 02110
        Tel. (617) 367-1199
        Fax (617) 227-3384
        E-mail MFNatola@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion has been served the above date, electronically, upon Assistant U.S. Attorney John T. McNeil.

        /s/ Michael F. Natola
        _____