UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| v. | ) | No. 04-cr-10194-RCL |
| | ) | |
| **ANTHONY BUCCI** | ) | |

**AFFIDAVIT IN SUPPORT OF MOTION
TO SUPPRESS EVIDENCE ILLEGALLY SEIZED**

Now comes Anthony Bucci and hereby deposes and says:

1. I am the defendant in the above-entitled action, and I make this affidavit in support of my Motion to Suppress Evidence Illegally Seized.

2. I am the owner of Hollywood Tanning located at 1006 Eastern Avenue, Malden, Massachusetts.

3. On May 20, 2004 I arrived at the tanning salon at approximately 5:00 o'clock in the afternoon in my black Mercedes Benz automobile.

4. I parked the car in front of the salon.

5. At about 5:20 o'clock in the afternoon I was outside, in front of the salon, with my two-year-old son, Dante.

6. My wife, Melissa, was inside the salon.

7. Suddenly I was set upon by as many as eight men who wrestled me to the ground and hit me in the back of the neck with what I believe was the butt of a handgun.

8. As I fell to the ground I lost possession of the key to my car, which also ended up on the ground.

1

9. I was held face-down on the ground, and was handcuffed behind my back.

10. My wife, Melissa came running out of the salon, grabbed my son, brought him back into the salon, and ran back out to see what was happening to me.

11. Melissa told the officers who arrested me that she was my wife, that she would take responsibility for my car, and she demanded the car keys from them.

12. The officers refused to give her the keys to the car, but, instead, unlocked the car with my key, drove it off, and searched it.

13. After I was arrested I was transported to a federal building in Boston, where I was advised of the so-called *Miranda* warnings.

14. I began to feel ill while I was at the federal building but I was able to invoke my rights to remain silent and to speak to an attorney.

15. Shortly thereafter I was taken to the Braintree Police Department where I was detained.

16. Later that evening I was rushed to Quincy Medical Center where I spent the night under observation for a possible heart attack.

17. The government is seeking to introduce into evidence at trial various items found during the search of my car and statements the government alleges I made after my arrest.

Sworn to and subscribed under the pains and penalties of perjury this 6th day of May, 2005.

/s/ Anthony Bucci
_____
Anthony Bucci

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing affidavit has been served the above date, electronically, upon Assistant U.S. Attorney John T. McNeil.

    /s/ Michael F. Natola
    _____