**BRUCE H. NOVAK**
ATTORNEY AT LAW
10 MOORE DRIVE
SHIRLEY, MA   01464-2829

*TITLE CERT*

TEL 617-320-9898                                    FAX 978-

*CRO4-10194 RCL*

To:    Rossi & Associates, PC
       Attorneys at Law
       75 Williams Street
       Chelsea, MA   02150

PROPERTY ADDRESS:    Lot 4, Upland Road, Wakefield

Dear Attorney Rossi:

McDonough & Novak, Inc. has examined the title in the records of the  Middlesex County Registry of Deeds and Probate Court for a period from the deed into the  prior owner with reference to the premises described in a certain deed to Anthony J. Bucci & Melissa J. Bucci dated Feb. 11, 2003 and recorded on Feb 28, 2003 in the Middlesex County Registry of Deeds, and find record title to be in the name of:

**Anthony J. Bucci & Melissa J. Bucci, husband & wife, tenants by the entirety.**

via a  quitclaim deed from  Upland Estates LLC, a limited liability company.

Said owner holds a good, clear and marketable record title free from all encumbrances, which would materially affect title, and excepting only matters which are expressly stated on report sheet herein attached.

This certificate of title is effective from August 30th, 2002 thru April 11th, 2005 by

                                                   Bruce H Novak, Esquire
                                                   10 Moore Drive
                                                   Shirley, MA 01464-2829

**NOTE:** I do not certify as to fee in streets, violations of subdivision control laws, or planning board regulations; conservation commission and environmental control questions, if any; zoning; bankruptcy; accuracy of descriptions or surveys; right of parties in possession; any matters which would be disclosed by an accurate survey and/or inspection; whether or not restrictions have been violated; disposition of any redevelopment authority; pending any federal or state liens not of record; usurious provisions; variable rates of repayment or rewrite provisions of mortgages; Indian tribal land claims; validity of corporate or other type existence; unpaid taxes; municipal assessments or any other matters not of record at the Registry of Deeds or Registry of Probate or the subsequent owners; matters suffered or created by the purchaser or mortgagee.  Liability is limited to matters appearing of record during the period of examination, and only to the parties to whom the certificate is issued.

**McDONOUGH & NOVAK, INC.**
57 PROVIDENCE HIGHWAY, 2ND FLOOR, BOX 9
NORWOOD MA 02062 FAX NO. 781-440-6659

**REPORT**                                                    Sheet#

ESTATE: _Lot 4 Upland Road, Wakefield_

_Book 1264 Page 197 Cert. 226947_

OWNERS: _Anthony J. Bucci and_  Deed _Doc. 1256673_  __9__
_Melissa J. Bucci_    T.B.E.    Dated _2/11/03_

DESCRIPTION: _Lot 4    Plan 29144 B Book 1257 Page 120_

**SAID ESTATE SUBJECT TO:**

Mortgages: _1) 2/26/03 Middlesex Federal Savings, FA   Doc. 1256674   12_
_450,000_

_2) 3/7/05   New Century Mortgage Corp   Doc. 1366996   17_
_$ 650,000 —_

Easements, Takings, Restrictions, Covenants: _See Deed_
_10/10/84   Sewer Easement_    _Doc. 669581   5_
_4/28/04   Notice of Contract_    _Doc. 1321815 : 15_

Other:

Tax Liens:

NOTE-Bankruptcies no longer available at registries
REMARKS: _* Current Certificates not made up._

MY EXAMINATION BEGINS: _8/30/02_   AND ENDS: _4/11/05_   Initials: _TC_

DOC. 1256673



COPY OF
DEED INTO
SURETY

## QUITCLAIM DEED

**Upland Estates LLC,** a limited liability company duly organized and existing under the laws of the Commonwealth of Massachusetts, and having its principal place of business at 4 McDonald Farm Road, Wakefield, Massachusetts,

for consideration of Two Hundred Twenty–Five Thousand ($225,000.00) Dollars,

grants to: Anthony J. Bucci and Melissa J. Bucci husband and wife as tenants by the entirety of 6 Maple Road N. Reading, Massachusetts

**WITH QUITCLAIM COVENANTS,**

The land with the buildings thereon situated in Wakefield, in the County of Middlesex, and the Commonwealth of Massachusetts, shown as Lot 4 Upland Road on a plan entitled " Subdivision plan of Land in Wakefield Mass" prepared by Hayes Engineering Inc., dated August 22,2001, filed with Middlesex South District Land Registration Office as Plan 29144B.

So much of the above-described land as is included within the limits of said Upland Road is subject to the rights of all persons lawfully entitled thereto in and over the same; and to a water-pipe easement as set forth in a Taking by the Town of Wakefield, dated July 20, 1927, duly recorded in Book 4124, Page 143.

All of said boundaries are determined by the Court to be located as shown on the aforesaid plan, as modified and approved by the Court, filed in the Land Registration Office, a copy of a portion of which is filed in the Registry of Deeds for the Southern Registry District of Middlesex County, as Plan No. 29144B with Certificate of Title No. 225470.

So much of the above-described land as is included within the limits of Shady Avenue and said way twenty-five feet wide, is subject to the rights of all persons lawfully entitled thereto in and over the same and there is appurtenant to the above-described land the rights to use the whole of said Shady Avenue to said Upland Road, the right to use the whole of said Upland Road to Dillaway Street, and the right to use the whole of said way twenty-five wide, as shown on said plan, in common with all other persons lawfully entitled thereto.

Subject to a 10 Foot Wide permanent Highway Easement as shown on Said Plan.
Subject to an Order of taking by the Board of Public Works Town of Wakefield recorded with the Middlesex South District Registry of Deeds in Book 15835 Page 513 and Registered Land Division as Document No. 669581.

Being a portion of the land transferred to the grantor by deed dated August 9 2002, from Callislos M. Woods to Upland Estates LLC recorded on August 30,2002 as instrument no

C + F 225470    Book 1257 | 120.    Doc 1225786

IN WITNESS WHEREOF, the said Upland Estates LLC has caused its seal to be hereto affixed and these presents to be signed, in its name and behalf by Robert W. Casaletto, Sr, Grace Casaletto and Anthony Bucci, its Managers, this 12th day of _____ , 2003.

Upland Estates LLC,
By

✓ _____
Robert W. Casaletto, Sr., Manager

X _____
Grace Casaletto, Manager

✓ _____
Anthony Bucci, Manager


## COMMONWEALTH OF MASSACHUSETTS

Essex    ss.                                   2/11/ , 2003

Then personally appeared the above-named Robert W. Casaletto, Sr., Manager as aforesaid, and acknowledged the foregoing instrument to be the free act and deed of Upland Estates LLC, before me,

_____
Notary Public    Stephen P. Maio
My commission expires:
8/5/06


## COMMONWEALTH OF MASSACHUSETTS

Essex    ss.                                   2/11/ .2003

Then personally appeared the above-named Grace Casaletto, Manager as aforesaid, and acknowledged the foregoing instrument to be the free act and deed of Upland Estates LLC, before me,

_____
Notary Public    Stephen P. Maio
My commission expires:
8/5/05

2

10

## COMMONWEALTH OF MASSACHUSETTS

Middsex ss.                                    February 26 , 2003

Then personally appeared the above-named Anthony Bucci, Manager as aforesaid, and acknowledged the foregoing instrument to be the free act and deed of Upland Estates LLC, before me,

Notary Public    Robert M. Costello Jr.
My commission expires: Dec 1, 2006

3

Perry Appraisal Services

File No. wake731main92304.stf  Page #1

**FROM:**

Maureen Perry
Perry Appraisal Services
158 Old Groveland Rd
Bradford, MA 01835

Telephone Number: 978-374-7268     Fax Number: 978-945-8810

# INVOICE

| INVOICE NUMBER |
| --- |
| Wak26upl021505.smp |

| DATE |
| --- |
| 2/18/2005 |

**TO:**

Boston Mortgage Group
Baldwin Green Common #207
Woburn, MA 01801

Telephone Number: 781-938-0890     Fax Number: 781-938-0661
Alternate Number:     E-Mail:

| REFERENCE | |
| --- | --- |
| Internal Order #: | Wak26upl021505.smp |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | wake731main923 |
| Other File # on form: | wake731main9230 |
| Federal Tax ID: | |
| Employer ID: | |

③

APPRAISAL

## DESCRIPTION

| | | | |
| --- | --- | --- | --- |
| **Lender:** Boston Mortgage Group | | **Client:** Boston Mortgage Group | |
| **Purchaser/Borrower:** Bucci | | | |
| **Property Address:** 26 Upland Rd | | | |
| **City:** Wakefield | | | |
| **County:** Middlesex | **State:** MA | | **Zip:** 01880 |
| **Legal Description:** Book 1264 Pg 197 | | | |

| FEES | AMOUNT |
| --- | --- |
| | 500.00 |
| **SUBTOTAL** | 500.00 |

| PAYMENTS | | AMOUNT |
| --- | --- | --- |
| Check #:     Date:     Description: | | |
| Check #:     Date:     Description: | | |
| Check #:     Date:     Description: | | |
| **SUBTOTAL** | | 0.00 |
| **TOTAL DUE** | $ | 500.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - Please Return This Portion With Your Payment - - - - - - - - - - - - - - - - - - - - - - - - - - -

**FROM:**

Boston Mortgage Group
Baldwin Green Common #207
Woburn, MA 01801

Telephone Number: 781-938-0890     Fax Number: 781-938-0661
Alternate Number:     E-Mail:

**TO:**
Maureen Perry
Perry Appraisal Services
158 Old Groveland Rd
Bradford, MA 01835

| AMOUNT DUE: | $ | 500.00 |
| --- | --- | --- |
| AMOUNT ENCLOSED: | $ | |

| INVOICE NUMBER |
| --- |
| Wak26upl021505.smp |

| DATE |
| --- |
| 2/18/2005 |

| REFERENCE | |
| --- | --- |
| Internal Order #: | Wak26upl021505.smp |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | wake731main92304.stf |
| Other File # on form: | wake731main92304.stf |
| Federal Tax ID: | |
| Employer ID: | |

Form NIV1 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

Perry Appraisal Services

File No. wake731main92304.stf Page #2

wake731main92304.st

# UNIFORM RESIDENTIAL APPRAISAL REPORT    File No. wake731main92304.st

| Property Description | | | | | |
|---|---|---|---|---|---|
| Property Address 26 Upland Rd | | City Wakefield | | State MA | Zip Code 01880 |
| Legal Description Book 1264 Pg 197 | | | County Middlesex | | |
| Assessor's Parcel No. Map 21-22-WS4 | | Tax Year 2005 | R.E. Taxes $ 4,367.83 | | Special Assessments $ 0.00 |
| Borrower Bucci | | Current Owner Bucci | | Occupant ☒ Owner ☐ Tenant ☐ Vacant | |
| Property rights appraised ☒ Fee Simple ☐ Leasehold | | Project Type ☐ PUD ☐ Condominium (HUD/VA only) | | HOA $ N/A | /Mo. |
| Neighborhood or Project Name N/A | | Map Reference Map 21-22-WS4 | | Census Tract 3353.00 | |
| Sale Price $ Refi | Date of Sale N/A | Description and $ amount of loan charges/concessions to be paid by seller N/A | | | |
| Lender/Client Boston Mortgage Group | | Address Baldwin Green Common #207, Woburn, MA 01801 | | | |
| Appraiser Maureen Perry | | Address 158 Old Groveland Rd, Bradford, MA 01835 | | | |

Location ☐ Urban ☒ Suburban ☐ Rural
Built up ☒ Over 75% ☐ 25-75% ☐ Under 25%
Growth rate ☐ Rapid ☒ Stable ☐ Slow
Property values ☐ Increasing ☒ Stable ☐ Declining
Demand/supply ☐ Shortage ☒ In balance ☐ Over supply
Marketing time ☐ Under 3 mos. ☒ 3-6 mos. ☐ Over 6 mos.

Predominant occupancy ☒ Owner ☐ Tenant ☒ Vacant (0-5%) ☐ Vac.(over 5%)

Single family housing
PRICE $(000) / AGE (YRS)
Low 300 New
High 1,200 200
Predominant 840 50

Present land use %
One family 85
2-4 family
Multi-family
Commercial
Land 15

Land use change
☒ Not likely ☐ Likely
☐ In process
To:

Note: Race and the racial composition of the neighborhood are not appraisal factors.
Neighborhood boundaries and characteristics: Subj neighborhood is bounded to the north by Round Park, east by Holland Rd, south by Oak St, and west by Main St.

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.): Subject is located in a new neighborhood of similar size and style homes with easy access to shopping, schools, employment and mass transportation. Employment is stable and appeal to the market is good.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time -- such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.): Market conditions in the neighborhood are currently stable with supply and demand evidencing balance. Appropriately priced dwellings in average or better repair are exhibiting a marketing time of approximately one to three months. Concessions are minimal but may occasionally consist of sellers paying closing costs.

Project Information for PUDs (If applicable) - - Is the developer/builder in control of the Home Owners' Association (HOA)? ☐ Yes ☐ No
Approximate total number of units in the subject project _____ Approximate total number of units for sale in the subject project _____
Describe common elements and recreational facilities:

| | | | | |
|---|---|---|---|---|
| Dimensions See Deed | | | Topography | Level to Steeply Sloping |
| Site area 1.3 Acres | Corner Lot ☐ Yes ☒ No | | Size | 1.3 Acres |
| Specific zoning classification and description SR/12,000 SF min lot/100 FF | | | Shape | Irregular |
| Zoning compliance ☒ Legal ☐ Legal nonconforming (Grandfathered use) ☐ Illegal ☐ No zoning | | | Drainage | Appears Adequate |
| Highest & best use as improved ☒ Present use ☐ Other use (explain) | | | View | Woods/Neigh/Good |
| Utilities Public Other | Off-site improvements Type Public Private | | Landscaping | Graded only |
| Electricity ☒ | Street Paved Asphalt ☒ ☐ | | Driveway Surface | Asphalt |
| Gas ☐ Oil | Curb/gutter Granite ☒ ☐ | | Apparent easements | None apparent |
| Water ☒ | Sidewalk None ☐ ☐ | | FEMA Special Flood Hazard Area | ☐ Yes ☒ No |
| Sanitary sewer ☒ | Street lights Incandescent ☒ ☐ | | FEMA Zone C | Map Date 9/2/1988 |
| Storm sewer ☒ | Alley None ☐ ☐ | | FEMA Map No. 2502210005B | |

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning use, etc.): No adverse easements or encroachments were noted or reported as of the date of this inspection.

| GENERAL DESCRIPTION | EXTERIOR DESCRIPTION | FOUNDATION | BASEMENT | INSULATION |
|---|---|---|---|---|
| No. of Units 1 | Foundation Concrete | Slab None | Area Sq. Ft. 1,968 | Roof ☐ |
| No. of Stories 2 | Exterior Walls Vinyl | Crawl Space None | % Finished Unfinished | Ceiling ☐ |
| Type (Det./Att.) Det | Roof Surface Asphalt Shingle | Basement Full | Ceiling Drywall | Walls ☐ |
| Design (Style) Colonial | Gutters & Dwnspts. Alum/Alum | Sump Pump None noted | Walls Drywall | Floor ☐ |
| Existing/Proposed Exist | Window Type Doublehung | Dampness None noted | Floor WW/Tile | None ☐ |
| Age (Yrs.) New | Storm/Screens Thermo | Settlement None noted | Outside Entry * | Unknown * ☒ |
| Effective Age (Yrs.) New | Manufactured House N/A | Infestation None noted | *Walkout Daylight | * Concealed |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | 1 | | | | | | 1 | | 1 | 1,968 |
| Level 1 | 1 | 1 | 1 | 1 | | 1 | | | .5 | X | | 1,968 |
| Level 2 | | | | | | | | 5 | 2 | | | 2,091 |

Finished area above grade contains: 9 Rooms; 5 Bedroom(s); 2.5 Bath(s); 4,059 Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING | KITCHEN EQUIP. | ATTIC | AMENITIES | CAR STORAGE: |
|---|---|---|---|---|---|---|
| Floors | WW/Hdwd/New | Type FHW | Refrigerator ☐ P | None ☐ | Fireplace(s) # 1 FP ☒ | None ☐ |
| Walls | Plaster/Good | Fuel Oil | Range/Oven ☒ | Stairs ☐ | Patio ☐ | Garage # of cars |
| Trim/Finish | Pine/Good | Condition New | Disposal ☒ | Drop Stair ☐ | Deck Wood ☒ | Attached 2 |
| Bath Floor | Marble/Good | COOLING | Dishwasher ☒ | Scuttle ☒ | Porch ☐ | Detached |
| Bath Wainscot | Fbrgls/Tile/Good | Central Yes | Fan/Hood ☒ | Floor ☐ | Fence ☐ | Built-In |
| Doors | Panel/Good | Other None | Microwave ☐ | Heated ☐ | Pool ☐ | Carport |
| | | Condition New | Washer/Dryer ☐ P | Finished ☐ | Balcony ☒ | Driveway Asphalt |

Additional features (special energy efficient items, etc.): The subject has standard items for a home in this price range.

Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction, remodeling/additions, etc.: Subject is new construction and in excellent condition.

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property.: See attached addendum regarding environmental issues.

Freddie Mac Form 70 6/93

PAGE 1 OF 2

Form UA2 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

Fannie Mae Form 1004 6/93

Fie No. wake731main92304.stf Page #3
wake731main92304.st

# UNIFORM RESIDENTIAL APPRAISAL REPORT

File No.  wake731main92304.st

**Valuation Section**

| | | | | |
|---|---|---|---|---|
| ESTIMATED SITE VALUE | | = $ 275,000 | Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and for HUD, VA and FmHA, the estimated remaining economic life of the property):  The Cost Approach was derived by using the "Marshall and Swift Residential Cost Handbook". No functional or external obsolescence noted. No Physical depreciation calculated due to being new construction. Remaining Economic Life:  60 Yrs | |
| ESTIMATED REPRODUCTION COST-NEW-OF IMPROVEMENTS: | | | | |
| Dwelling  4,059 Sq. Ft. @$ 130.00 = $ 527,670 | | | | |
| 1,968 Sq. Ft. @$ 45.00 = 88,560 | | | | |
| Appliances/Deck/Balcony/Fireplaces = 35,000 | | | | |
| Garage/Carport 576 Sq. Ft. @$ 35.00 = 20,160 | | | | |
| Total Estimated Cost New = $ 671,390 | | | | |
| Less    Physical    Functional    External | | | | |
| Depreciation = $ | | | | |
| Depreciated Value of Improvements = $ 671,390 | | | | |
| "As-is" Value of Site Improvements = $ 5,000 | | | | |
| INDICATED VALUE BY COST APPROACH = $ 951,390 | | | | |

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 26 Upland Rd Wakefield | 22 Upland Rd Wakefield | | 100 Harrison Ave Wakefield | | 65 Andrews Rd Wakefield | |
| Proximity to Subject | | 0.00 miles | | 0.98 miles | | 1.42 miles | |
| Sales Price | $ Ref | $ 833,000 | | $ 844,000 | | $ 908,000 | |
| Price/Gross Living Area | $ | $ 205.78 | | $ 235.36 | | $ 245.01 | |
| Data and/or | Inspection | MLS | | MLS | | MLS | |
| Verification Source | Assessor | Assessor | | Assessor | | Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. |
| Sales or Financing | | None noted | | None noted | | None noted | |
| Concessions | | Conv fin | | Conv fin | | Conv fin | |
| Date of Sale/Time | | 07/24/04 | | 11/12/04 | | 11/12/04 | |
| Location | Good | Good | | Good | | Good | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 1.3 Acres | .51 Acres | +30,000 | .27 Acres | +30,000 | .36 Acres | +30,000 |
| View | Panoramic/Good | Neigh/Good | | Neigh/Good | | Neigh/Good | |
| Design and Appeal | Colonial | Col/Avg | | Col/Avg | | Col/Avg | |
| Quality of Construction | Good | Good | | Good | | Good | |
| Age | New | New | | 4 yrs | +10,000 | 9 yrs | +20,000 |
| Condition | Good | Good | | Good | | Good | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 9  5  2.5 | 8  4  2.5 | | 10  4  2.5 | | 7  4  3 | −5,000 |
| Gross Living Area | 4,059 Sq. Ft. | 4,048 Sq. Ft. | 0 | 3,586 Sq. Ft. | +30,700 | 3,706 Sq. Ft. | +22,900 |
| Basement & Finished | Full | Full | | Full | | Full | |
| Rooms Below Grade | Au Pair Suite | Unfinished | +30,000 | Family Room | +25,000 | Unfinished | +30,000 |
| Functional Utility | Good | Good | | Good | | Average | |
| Heating/Cooling | FHW/CAC | FHW/CAC | | FHA/CAC | | FHA/CAC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | 2 Attached | 2 Attached | | 2 Builtin | +5,000 | 2 Attached | |
| Porch, Patio, Deck, | Deck/Balcony | Deck/Patio | | Deck/Patio | +1,000 | None | +4,000 |
| Fireplace(s), etc. | 1 FP | 1 FP | | 2 FP | −3,500 | 2 FP | −3,500 |
| Fence, Pool, etc. | None | None | | Sprk/CVac/Fence | −4,000 | None | |
| Landscaping | None | Typical | −5,000 | Typical | −5,000 | Typical | −5,000 |
| Net Adj. (total) | | [X] + [ ] − $ 55,000 | | [X] + [ ] − $ 89,200 | | [X] + [ ] − $ 93,400 | |
| Adjusted Sales Price | | Net 6.6 % | | Net 10.5 % | | Net 10.3 % | |
| of Comparable | | Gross 7.9 % $ 888,000 | | Gross 13.5 % $ 933,200 | | Gross 13.3 % $ 1,001,400 | |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): Comps are adjusted for differences in GLA over 100 SF at $60  SF included, bedrooms included,half  baths at $5000. Subject has 1.3 acres of land but approximately .75 acres of it is usable, the adjacent property has .5 acres and it appears to have approximately .25 acre of usable land and all other comps have more or less complete use, and have been adjusted accordingly, as has the lack of landscaping which can't be done til spring, along the painting the trim around the front door. (Dumpster is to be removed shortly.) Weighted towards the more recent sales.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data | None noted | None noted | None noted | None noted |
| Source, for prior sales | in B & T | in B & T | in B & T | in B & T |
| within year of appraisal | past 36 mos | past 36 mos | past 36 mos | past 36 mos |

Analysis of any current agreement of sale, option, or listing of subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal: Subject is new construction landscaping to be done, can not be done until weather is warmer, cost to cure $5000 as indicated in grid.

| | | |
|---|---|---|
| INDICATED VALUE BY SALES COMPARISON APPROACH | | $ 935,000 |
| INDICATED VALUE BY INCOME APPROACH (if Applicable)  Estimated Market Rent $ N/A /Mo. x Gross Rent Multiplier N/A = $ | | |

This appraisal is made [X] "as is" [ ] subject to the repairs, alterations, inspections or conditions listed below [ ] subject to completion per plans & specifications.
Conditions of Appraisal: This appraisal is made "as is." All sales were confirmed closed. All sales are considered reliable market indicators for the subject.
Final Reconciliation: The Sales Comparison Analysis is considered the most reliable method of estimating value. Less weight is given to the Cost App due to subj's age. The Income Appr. was considered but not utilized due to a lack of rental data.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/FNMA form 1004B (Revised    10/94 ).
I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF    02/18/05
(WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $ 935,000

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED): | |
|---|---|---|
| Signature | Signature | [ ] Did [ ] Did Not |
| Name  Maureen | Name | Inspect Property |
| Date Report Signed  02/24/05 | Date Report Signed | |
| State Certification #  MACR 4030        State MA | State Certification # | State |
| Or State License #  MACR 4030 | Or State License # | State |

Freddie Mac Form 70  6/93          PAGE 2 OF 2          Fannie Mae Form 1004  6-93

## UNIFORM RESIDENTIAL APPRAISAL REPORT
## MARKET DATA ANALYSIS

These recent sales of properties are most similar and proximate to subject and have been considered in the market analysis. The description includes a dollar adjustment, reflecting market reaction to those items of significant variation between the subject and comparable properties. If a significant item in the comparable property is superior to, or more favorable than, the subject property, a minus (-) adjustment is made, thus reducing the indicated value of the subject. If a significant item in the comparable is inferior to, or less favorable than, the subject property, a plus (+) adjustment is made, thus increasing the indicated value of the subject.

| ITEM | SUBJECT | COMPARABLE NO. 4 | +(-)$ Adjust. | COMPARABLE NO. 5 | +(-)$ Adjust. | COMPARABLE NO. 6 | +(-)$ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 26 Upland Rd Wakefield | 129 Chestnut St Wakefield | | 58 Andrews Rd Wakefield | | | |
| Proximity to Subject | | 1.27 miles | | 1.43 miles | | | |
| Sales Price | $ Refi | $ | 1,195,000 | $ | 1,249,000 | $ | |
| Price/Gross Living Area | $ | $ 337.00 | | $ 223.84 | | $ | |
| Data and/or Verification Sources | Inspection Assessor | MLS Assessor | | MLS Assessor | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjust. | DESCRIPTION | +(-)$ Adjust. | DESCRIPTION | +(-)$ Adjust. |
| Sales or Financing Concessions | | N/A | | N/A | | | |
| Date of Sale/Time | | Listing | -100,000 | Listing | -100,000 | | |
| Location | Good | Good | | Good | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 1.3 Acres | .24 Acres | | .39 Acres | +30,000 | | |
| View | Panoramic/Good | Neigh/Good | | Neigh/Good | | | |
| Design and Appeal | Colonial | Col/Avg | | Col/Avg | | | |
| Quality of Construction | Good | Good | | Superior | -50,000 | | |
| Age | New | 6 yrs | +10,000 | 9 yrs | +20,000 | | |
| Condition | Good | Good | | Good | | | |
| Above Grade Room Count | Total: 9 Bdrms: 5 Baths 2.5 | Total: 8 Bdrms: 4 Baths 3.5 | -10,000 | Total: 11 Bdrms: 5 Baths 2.5 | | Total: Bdrms: Baths | |
| Gross Living Area | 4,059 Sq. Ft. | 3,546 Sq. Ft. | +33,300 | 5,580 Sq. Ft. | -98,900 | Sq. Ft. | 0 |
| Basement & Finished Rooms Below Grade | Full Au Pair Suite | Full Au Pair Suite | | Full Au Pair Suite | | | |
| Functional Utility | Good | Good | | Average | | | |
| Heating/Cooling | FHW/CAC | FHW/CAC | | FHA/CAC | | | |
| Energy Efficient Items | Standard | Standard | | Standard | | | |
| Garage/Carport | 2 Attached | 3 Attached | -10,000 | 2 Attached | | | |
| Porch, Patio, Deck, etc. | Deck/Balcony | Deck/Patio | +1,000 | Deck | +2,000 | | |
| Fireplace(s), etc. | 1 FP | 3 FP | -7,000 | 3 FP | -7,000 | | |
| Fence, Pool, etc. | None | Sprinkler/Fence | -3,000 | IG Pool | -10,000 | | |
| LAndscaping | None | Typical | -5,000 | Extensive | -10,000 | | |
| Net Adj. (total) | | + ☒ - $ | 90,700 | + ☒ - $ | 223,900 | + ☐ - $ | |
| Adjusted Sales Price of Comparable | | Net 7.6 % Gross 15.0 % $ | 1,104,300 | Net 17.9 % Gross 26.3 % $ | 1,025,100 | Net % Gross % $ | |
| Date, Price and Data Source for prior sales within year of appraisal | None noted in B & T past 36 mos | None noted in B & T past 36 mos | | None noted in B & T past 36 mos | | | |

Comments:   Comps 4 and 5 are utilized to show values over $900,000 in Wakefield. COmp 5 is adjusted for quality due to being brick frame.

Market Data Analysis 6-93

## Supplemental Addendum

File No. wake731main92304.stl Page #5
File No.    wake731main92304.st

| Borrower/Client | Bucci | | | | |
|---|---|---|---|---|---|
| Property Address | 26 Upland Rd | | | | |
| City | Wakefield | County | Middlesex | State | MA | Zip Code | 01880 |
| Lender | Boston Mortgage Group | | | | |

**APPRAISAL DEVELOPMENT AND REPORTING PROCESS**
This is a summary Appraisal Report which is intended to comply with the reporting requirements set forth under Standard Rule2-2b of the Uniform Standards of Professional Practice (USPAP) for a Summary Appraisal Report. As such, it presents only summary discussions of the data, reasoning and analysis which were applied in the development of the appraisal process and my opinion of value. In addition to the information contained within the report, supporting documentation relative to data collection and analysis has been retained within the work file.
The depth & discussion contained within this report is specific to the needs of the client ( BMG) and their intended use of the report (mortgage lending purposes). I am not responsible for any unauthorized use of this report. In order to develop an opinion of value, I have performed a Complete Appraisal process as defined by USPAP (i.e. no departures from Standard Rule 1 were invoked).

**COMMENTS REGARDING MARKET CONDITIONS**
Market appears stabilized /gradual modest appreciation. Local and regional economic recovery and expansion continue with low unemployment, consist demand for housing and diminishing inventory. Local agents reported shortened marketing periods for competitively priced properties. Appropriately priced improvements in average or better condition, are exhibiting marketing times  three to six months.

**ENVIRONMENTAL 21E**
At the time of inspection, this appraiser did not observe any apparent environmental deficiencies. Although the appraiser is not knowledgeable in environmental or 21E laws, a general observation was made, and none were apparent. Environmental items such as radon gas, UFFI foam insulation, lead paint, soil contamination, etc., are not determinable from this appraiser's inspection and would be identified through a qualified-licensed person engaged in said business.

**OIL TANK**
Oil tank is located above grade in the basement . No seepage or odor present at the time of inspection.

**SALES GREATER THAN 1 MILE**
The Appraiser had researched the market for comparables within a one mile radius of the subject. Due to the ongoing market conditions, there were a limited number of sales of comparable properties with the preferred one mile radius and therefore, it was necessary to utilize sales greater than 1 mile away. The comparables that were utilized were carefully selected as they best represented competing harmonious neighborhoods comprised of properties offering similar attributes. The typical purchaser would not limit their search to a 1 mile area particularly when competing areas offer like amenities.

**COMPARABLE SALES OVER 6 MONTHS**
Due to the current economic conditions there were a limited number of sales of similar properties available to the appraiser. After researching MLS, Banker & Tradesman, etc. it is not considered to be unreasonable in instances of a lack of more recent sales to utilize comparables which sold over the preferred 6 month time frame.

**TAXES**
The subject property's annual taxes are considered reasonable as compared to other similar improvements in this community based on size, style and location of the subject.  No significant change in the tax base is anticipated in the near future.

**PREVIOUS SALES HISTORY OF SUBJECT AND COMPARABLES**
The appraiser has researched the 3 year sales history of the subject. There has no sale of the subject in the past year. Per MLS and Assessors records there have been no previous sales of the comparables in the past 3 years other than the sales dates utilized in this report.

**PERSONAL PROPERTY**
No personal property was taken into consideration in the preparation of this report.

**RECONCILIATION**
The first step in the appraisal process is the reconciliation  of the available market data. In reconciling this data, the appraiser takes into account the type of property being appraised and the adequacy of the data gathered. The appraiser does not obtain his final estimation of value by averaging the three individual indicators of value. The appraiser instead , takes the three preliminary values and examines the spread between the minimum and maximum figures. The appraisers places the most emphasis on the approach which appears to be the most reliable as in an indication of the answer to the specific appraisal problem. The appraiser then tempers this value in accordance with his judgement and general experience as a real estate appraiser to arrive at his final estimation of value for the subject property.
The subject's value has been estimated by placing the most emphasis on the Sales Comparison Approach. When valuing income properties the Income Approach is given secondary emphasis and supports the estimated value as a result of the Sales Comparison Approach. The Cost Approach is utilized to support the Sales Comparison Approach when the subject is at the beginning of its physical life cycle. Less emphasis is given this approach when when the subject property is older due to the subjectivity  of estimating depreciation.

**APPRAISERS SIGNATURE**
The appraiser(s) utilizes a digital signature for the purposes of EDI transmission of the appraisal to the lender. The digital signature will effectively replace any handwritten signatures. The digital signature is protected by a password.

File No. wake731main92304.srf Page #6

## Building Sketch (Page - 1)

| Borrower/Client | Bucci | | | |
|---|---|---|---|---|
| Property Address | 26 Upland Rd | | | |
| City Wakefield | County Middlesex | State MA | Zip Code 01880 | |
| Lender Boston Mortgage Group | | | | |



Sketch by Apex IV™

Comments:

| | AREA CALCULATIONS SUMMARY | | |
|---|---|---|---|
| Code | Description | Size | Net Totals |
| GLA1 | First Floor | 1968.00 | 1968.00 |
| GLA2 | Second Floor | 2090.90 | 2090.90 |
| | | | |
| | TOTAL LIVABLE (rounded) | | 4059 |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| First Floor | | |
| | 16.0 x 28.0 | 448.00 |
| | 2.0 x 16.0 | 32.00 |
| | 9.0 x 32.0 | 288.00 |
| | 2.0 x 7.0 | 14.00 |
| 0.5 x | 1.0 x 2.0 | 1.00 |
| 0.5 x | 1.0 x 2.0 | 1.00 |
| | 2.0 x 32.0 | 64.00 |
| | 32.0 x 35.0 | 1120.00 |
| Second Floor | | |
| | 2.0 x 46.0 | 92.00 |
| 0.5 x | 0.2 x 28.0 | 2.88 |
| 0.5 x | 0.2 x 18.0 | 1.85 |
| | 14.0 x 46.0 | 641.82 |
| | 15.0 x 16.0 | 240.00 |
| | 15.0 x 16.0 | 240.00 |
| | 18.0 x 24.0 | 430.86 |
| | 15.8 x 28.0 | 441.48 |
| 16 Calculations Total (rounded) | | 4059 |

File No. wake731main92304.stf| Page #7

## Subject Photo Page

| | | | |
|---|---|---|---|
| Borrower/Client Bucci | | | |
| Property Address 26 Upland Rd | | | |
| City Wakefield | County Middlesex | State MA | Zip Code 01880 |
| Lender Boston Mortgage Group | | | |



**Subject Front**

| | |
|---|---|
| 26 Upland Rd | |
| Sales Price | Refi |
| Gross Living Area | 4,059 |
| Total Rooms | 9 |
| Total Bedrooms | 5 |
| Total Bathrooms | 2.5 |
| Location | Good |
| View | Panoramic/Good |
| Site | 1.3 Acres |
| Quality | Good |
| Age | New |



**Subject Rear**



**Subject Street**

File No. wake731main92304.sti| Page #8

## Subject Interior Photo Page

| | | | |
|---|---|---|---|
| Borrower/Client  Bucci | | | |
| Property Address  26 Upland Rd | | | |
| City  Wakefield | County  Middlesex | State  MA | Zip Code  01880 |
| Lender  Boston Mortgage Group | | | |



### Subject Interior

26 Upland Rd

| | |
|---|---|
| Sales Price | Refi |
| Gross Living Area | 4,059 |
| Total Rooms | 9 |
| Total Bedrooms | 5 |
| Total Bathrooms | 2.5 |
| Location | Good |
| View | Panoramic/Good |
| Site | 1.3 Acres |
| Quality | Good |
| Age | New |



### Subject Interior



### Subject Interior

File No. wake731main92304.stf| Page #9

## Subject Interior Photo Page

| | | | |
|---|---|---|---|
| Borrower/Client  Bucci | | | |
| Property Address  26 Upland Rd | | | |
| City  Wakefield | County  Middlesex | State  MA | Zip Code  01880 |
| Lender  Boston Mortgage Group | | | |



**Subject Interior**

26 Upland Rd

| | |
|---|---|
| Sales Price | Refi |
| Gross Living Area | 4,059 |
| Total Rooms | 9 |
| Total Bedrooms | 5 |
| Total Bathrooms | 2.5 |
| Location | Good |
| View | Panoramic/Good |
| Site | 1.3 Acres |
| Quality | Good |
| Age | New |



**Subject Interior**



**Subject Interior**

Form PICPIX.SI — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. wake731main92304.stf| Page #10|

## Subject Interior Photo Page

| Borrower/Client | Bucci | | | | |
|---|---|---|---|---|---|
| Property Address | 26 Upland Rd | | | | |
| City | Wakefield | County | Middlesex | State | MA | Zip Code | 01880 |
| Lender | Boston Mortgage Group | | | | |



**Subject Interior**

26 Upland Rd
| | |
|---|---|
| Sales Price | Refi |
| Gross Living Area | 4,059 |
| Total Rooms | 9 |
| Total Bedrooms | 5 |
| Total Bathrooms | 2.5 |
| Location | Good |
| View | Panoramic/Good |
| Site | 1.3 Acres |
| Quality | Good |
| Age | New |



**Subject Interior**



**Subject Interior**

File No. wake731main:92304.stf| Page #11

## Comparable Photo Page

| | | | | |
|---|---|---|---|---|
| Borrower/Client   Bucci | | | | |
| Property Address  26 Upland Rd | | | | |
| City   Wakefield | County  Middlesex | | State  MA | Zip Code  01880 |
| Lender   Boston Mortgage Group | | | | |



### Comparable 1

22 Upland Rd

| | |
|---|---|
| Prox. to Subject | 0.00 miles |
| Sale Price | 833,000 |
| Gross Living Area | 4,048 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | Good |
| View | Neigh/Good |
| Site | .51 Acres |
| Quality | Good |
| Age | New |



### Comparable 2

100 Harrison Ave

| | |
|---|---|
| Prox. to Subject | 0.98 miles |
| Sale Price | 844,000 |
| Gross Living Area | 3,586 |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | Good |
| View | Neigh/Good |
| Site | .27 Acres |
| Quality | Good |
| Age | 4 yrs |



### Comparable 3

65 Andrews Rd

| | |
|---|---|
| Prox. to Subject | 1.42 miles |
| Sale Price | 908,000 |
| Gross Living Area | 3,706 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3 |
| Location | Good |
| View | Neigh/Good |
| Site | .36 Acres |
| Quality | Good |
| Age | 9 yrs |

File No. wake731main92304.srtl  Page #12

## Comparable Photo Page

| | | | |
|---|---|---|---|
| Borrower/Client  Bucci | | | |
| Property Address  26 Upland Rd | | | |
| City  Wakefield | County  Middlesex | State  MA | Zip Code  01880 |
| Lender  Boston Mortgage Group | | | |



**Comparable 4**

129 Chestnut St
| | |
|---|---|
| Prox. to Subject | 1.27 miles |
| Sale Price | 1,195,000 |
| Gross Living Area | 3,546 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.5 |
| Location | Good |
| View | Neigh/Good |
| Site | .24 Acres |
| Quality | Good |
| Age | 6 yrs |



**Comparable 5**

58 Andrews Rd
| | |
|---|---|
| Prox. to Subject | 1.43 miles |
| Sale Price | 1,249,000 |
| Gross Living Area | 5,580 |
| Total Rooms | 11 |
| Total Bedrooms | 5 |
| Total Bathrooms | 2.5 |
| Location | Good |
| View | Neigh/Good |
| Site | .39 Acres |
| Quality | Superior |
| Age | 9 yrs |

**Comparable 6**

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

File No. wake731main92304.stf Page #13

## Location Map

| Borrower/Client | Bucci | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 26 Upland Rd | | | | | |
| City | Wakefield | County | Middlesex | State | MA | |
| Lender | Boston Mortgage Group | | | | Zip Code | 01880 |



**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

File wake731main92304.stf Page #15

**APPRAISER'S CERTIFICATION:** The appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:** If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:** 26 Upland Rd, Wakefield, MA 01880

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: | Signature: |
| Name: Maureen P_____ cell | Name: |
| Date Signed: 02/21/05 | Date Signed: |
| State Certification #: MACR 4030 | State Certification #: |
| or State License #: MACR 4030 | or State License #: |
| State: MA | State: |
| Expiration Date of Certification or License: 11/21/2007 | Expiration Date of Certification or License: |
| | ☐ Did    ☐ Did Not Inspect Property |

Form ACR_DEFD — *TOTAL for Windows* appraisal software by a la mode, inc. — 1-800-ALAMODE

| | |
|---|---|
| Borrower Bucci | File No. wake731main92304.stf |
| Property Address 26 Upland Rd | |
| City Wakefield    County Middlesex    State MA    Zip Code 01880 | |
| Lender Boston Mortgage Group | |

## APPRAISAL AND REPORT IDENTIFICATION

**This appraisal conforms to one of the following definitions:**

☐ **Complete Appraisal**    (The act or process of estimating value, or an opinion of value, performed without invoking the Departure Rule.)

☐ **Limited Appraisal**    (The act or process of estimating value, or an opinion of value, performed under and resulting from invoking the Departure Rule.)

**This report is one of the following types:**

☐ **Self Contained**    (A written report prepared under Standards Rule 2-2(a) of a Complete or Limited Appraisal performed under STANDARD 1.)

☐ **Summary**    (A written report prepared under Standards Rule 2-2(b) of a Complete or Limited Appraisal performed under STANDARD 1.)

☐ **Restricted**    (A written report prepared under Standards Rule 2-2(c) of a Complete or Limited Appraisal performed under STANDARD 1, restricted to the stated intended use by the specified client or intended user.)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:

The statements of fact contained in this report are true and correct.

The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions and conclusions.

I have no (or the specified) present or prospective interest in the property that is the subject of this report, and no (or the specified) personal interest with respect to the parties involved.

I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.

My engagement in this assignment was not contingent upon developing or reporting predetermined results.

My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

My analyses, opinions and conclusions were developed and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

I have (or have not) made a personal inspection of the property that is the subject of this report.

No one provided significant real property appraisal assistance to the person signing this certification. (If there are exceptions, the name of each individual providing significant real property appraisal assistance must be stated.)

## Comments on Appraisal and Report Identification
Note any departures from Standards Rules 1-3 and 1-4, plus any USPAP-related issues requiring disclosure:

**APPRAISER:**

Signature:

Name: Maureen Perry

Date Signed: 02/21/05

State Certification #: MACR 4030

or State License #: MACR 4030

State: MA

Expiration Date of Certification or License: 11/21/2007

**SUPERVISORY APPRAISER (only if required):**

Signature:

Name:

Date Signed:

State Certification #:

or State License #:

State:

Expiration Date of Certification or License:

☐ Did    ☐ Did Not    Inspect Property



**COMMONWEALTH OF MASSACHUSETTS**

DIVISION OF PROFESSIONAL LICENSURE

OF REAL ESTATE APPRAISER
CERT RES. REAL ESTATE APPRAISER

ISSUES THIS LICENSE TO

MAUREEN L PERRY

158 OLD GROVELAND RD

BRADFORD          MA 01835-8245

4030      11/21/07      063099

LICENSE NO.    EXPIRATION DATE    SERIAL NO.

Fold, Then Detach Along All Perforations