# ACORD INSURANCE BINDER

OP ID JA  
DATE 04/29/05

**THIS BINDER IS A TEMPORARY INSURANCE CONTRACT, SUBJECT TO THE CONDITIONS SHOWN ON THE REVERSE SIDE OF THIS FORM.**

| PRODUCER | COMPANY |
|---|---|
| PHONE (A/C, No, Ext): 781-322-2800 / 781-321-2414 | Vermont Mutual |
| Supino Insurance Agency, Inc.<br>1012 Eastern Ave/Rt 60<br>Malden MA 02148 | BINDER # 3533 |
| Supino Insurance Agency, Inc. | EFFECTIVE DATE 04/29/05  TIME 12:01 [X] AM / PM |
| CODE: 20023   SUB CODE: | EXPIRATION DATE 05/29/05  TIME [X] 12:01 AM / NOON |
| AGENCY CUSTOMER ID: BUCCME1 | THIS BINDER IS ISSUED TO EXTEND COVERAGE IN THE ABOVE NAMED COMPANY PER EXPIRING POLICY #: HO1 0012225 |

**INSURED**  
Melissa Jean Bucci  
Anthony Bucci  
26 Upland Rd  
Wakefield MA 01880

**DESCRIPTION OF OPERATIONS/VEHICLES/PROPERTY (Including Location)**  
H03   Policy Period 04/02/05 - 04/02/06

## COVERAGES

| TYPE OF INSURANCE | COVERAGE/FORMS | DEDUCTIBLE | COINS % | AMOUNT |
|---|---|---|---|---|
| **PROPERTY**  CAUSES OF LOSS: BASIC / BROAD / [X] SPEC | A. Dwelling<br>B. Other Structures<br>C. Personal Property<br>E. Pers Liability Ea Occur | 500 | 150 | 412000<br>41200<br>288400<br>500000 |
| **GENERAL LIABILITY**<br>COMMERCIAL GENERAL LIABILITY<br>CLAIMS MADE / OCCUR | RETRO DATE FOR CLAIMS MADE: | EACH OCCURRENCE<br>FIRE DAMAGE (Any one fire)<br>MED EXP (Any one person)<br>PERSONAL & ADV INJURY<br>GENERAL AGGREGATE<br>PRODUCTS - COMP/OP AGG | | $<br>$<br>$<br>$<br>$<br>$ |
| **AUTOMOBILE LIABILITY**<br>ANY AUTO<br>ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>HIRED AUTOS<br>NON-OWNED AUTOS | | COMBINED SINGLE LIMIT<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE<br>MEDICAL PAYMENTS<br>PERSONAL INJURY PROT<br>UNINSURED MOTORIST | | $<br>$<br>$<br>$<br>$<br>$<br>$ |
| **AUTO PHYSICAL DAMAGE**  DEDUCTIBLE<br>ALL VEHICLES / SCHEDULED VEHICLES<br>COLLISION:<br>OTHER THAN COL: | | ACTUAL CAS<br>STATED AMO<br>OTHER | | |
| **GARAGE LIABILITY**<br>ANY AUTO | | AUTO ONLY - EA AC<br>OTHER THAN AUTO<br>EACH AC<br>AGGR | | |
| **EXCESS LIABILITY**<br>UMBRELLA FORM<br>OTHER THAN UMBRELLA FORM | RETRO DATE FOR CLAIMS MADE: | EACH OCCURRENCE<br>AGGREGATE<br>SELF-INSURED RETEN | | |
| **WORKER'S COMPENSATION AND EMPLOYER'S LIABILITY** | | WC STATUTORY<br>E.L. EACH ACCIDENT<br>E.L. DISEASE - EA EMPLOYEE<br>E.L. DISEASE - POLICY LIMIT | | $<br>$<br>$ |
| **SPECIAL CONDITIONS/OTHER COVERAGES** | | FEES<br>TAXES<br>ESTIMATED TOTAL PREMIUM | | $<br>$<br>$ |

(5)  
PROOF OF INSURANCE

**NAME & ADDRESS**

MORTGAGEE / [X] LOSS PAYEE / ADDITIONAL INSURED  
LOAN #

Clerk, US District Court  
1 Court House Way  
Boston MA

**AUTHORIZED REPRESENTATIVE**  
Supino Insurance Agency, Inc.

ACORD 75-S (1/98)   NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE   © ACORD CORPORATION 1993