UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | No. 04-cr-10194-RCL     LIEN AFFID. |
| | ) | |
| ANTHONY BUCCI | ) | |

### AFFIDAVIT OF ANTHONY BUCCI RE: UNPAID CONTRACTORS

Now comes Anthony Bucci and hereby deposes and says:

1. I am the defendant in the above-entitled action, and I have filed a motion with the Court seeking to substitute as partial security for my appearance bond the property located at 26 Upland Road, Wakefield, Massachusetts.

2. That house, which I own together with my wife, and in which my family and I reside, was newly constructed.

3. The developer of the subdivision and all the subcontractors who performed work on the house, with the exception of two, have been paid in full.

4. The only subcontractors that have not been paid are Floor Choice, the finish tile contractor, who is owed a total of $4,600.00, and Regis Refrigeration and Air Conditioning, who is owed a total of $5,000.00.

5. There are no contractor's or mechanic's liens on the property.

6. There is over $300,000.00 in equity in the property, which is far more than would be necessary to secure my appearance bond and to pay the two subcontractors who have not yet been paid.

Sworn to and subscribed under the pains and penalties of perjury this 6th day of April, 2005.

_____
Anthony Bucci

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion has been served the above date, electronically, upon Assistant U.S. Attorney John T. McNeil.

/s/ Michael F. Natola