# DISCHARGE OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS that THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS, whose address is 1 Courthouse Way, Boston, Massachusetts 02210, holder of a certa͏͏ whose parties, dates and recording information are below, acknowledge satisfaction of same, and in consideration thereof, cancel and discharge said Mortgage.

⑨ MORTGAGE DISCHARGE

*Original Mortgagor: Anthony Bucci*
*Original Mortgagee: Clerk of the United States District Court for 1 MA*
*Property Address: 6 Maple Road, North Reading, Middl̶e̶s̶e̶x̶ ̶C̶o̶u̶n̶t̶y̶, Commonwealth of Massachusetts*
*Date Executed: August 26th, 2004*
*Date Recorded: September 1st, 2004 in the Middlesex South Registry of Deeds at Book 43638, Page 184*

IN WITNESS WHEREOF, the United States District Court for the District of Massachusetts has caused this Discharge of Mortgage to be duly executed on this the ___day of March, 2005, by and through its authorized agent,_____, its_____.

United States District Court for the District of Massachusetts

By:_____

Name:_____

Title:_____

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss

On this ____day of march, 2005, before me, the undersigned notary public, personally appeared _____, duly authorized _____of the United States District Court for the District of Massachusetts who proved to me through satisfactory evidence of identification, which was _____, to be the person whose name is signed on the foregoing instrument, and acknowledged that they signed it voluntarily for its stated purpose.

_____
Notary Public
My Commission Expires: