# Law Offices of Michael F. Natola

---

The Prince Building  
63 Atlantic Avenue  
Boston, Massachusetts  02110

Tel.  (617) 367-1199  
Fax  (617) 227-3384  
E-mail  MFNatola@aol.com

May 18, 2005

Honorable Joyce London Alexander  
United States District Court  
One Courthouse Way  
Boston, Massachusetts  02210

Re:   Criminal No.  04-10194-RCL  
      **_United States v. Anthony Bucci_**

Your Honor:

    Mr. Bucci is desperate to have your ruling on his Motion for Discharge of Mortgage which was filed on May 4th, and to which the government has no opposition. Mr. Bucci's North Reading property is under a purchase and sale agreement, and that agreement is in jeopardy if the motion is not allowed very soon.

    Accordingly, would you kindly rule on the motion as soon as possible and have your ruling entered into the PACER system so that I may obtain a discharge of the mortgage from the Clerk's office.

    Thank you in advance for your kind attention to this matter.

                                          Very truly yours,

                                          /s/ Michael F. Natola  
                                          MICHAEL F. NATOLA

cc:   AUSA J. McNeil