## DISCHARGE OF MORTGAGE

I, SARAH A. THORNTON, Clerk of the United States District Court for the District of Massachusetts, holder of a mortgage from Anthony Bucci to the Clerk of the United States District Court for the District of Massachusetts for property located at 6 Maple Road, North Reading, Massachusetts, dated August 26, 2004, recorded in the official records book of the Middlesex South Registry of Deeds at Book 43638, Page 184, acknowledge satisfaction of the same.

Witness my hand and seal this 26 day of May, 2005.

_Sarah A. Thornton_
SARAH A. THORNTON, Clerk
United States District Court
District of Massachusetts

Commonwealth of Massachusetts

Suffolk, SS.                                          Date: MAY 26, 2005

Then personally appeared the above-named SARAH A. THORNTON, Clerk, and acknowledged the foregoing Discharge of Mortgage to be her free act and deed.

_____
Notary Public
My Commission Expires:



DEBORAH JEANNE KEEFE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 9, 2012