**FLORENTINA RESTAURANT**
143 MAIN STREET
CAMBRIDGE, MA. 02142
617-577-8300

To Whom it May Concern:

    We, at the Florentina, would like to employee Mr. Anthony Bucci. We have a part-time position available at $8.00 an hour. The hours for this postion arc Monday thru Friday 10:00 am to 3:00 pm (25 hours per week). Mr Bucci's duties will be mainly pizza prep and baking. Mr Bucci's previous experience in the restaurant business was the main reason this job is offered to him. If you have any questions, feel free to contact me anytime.

Yours truly,

*[signature]*

James Turner
President

# Law Offices of Michael F. Natola

The Prince Building
63 Atlantic Avenue
Boston, Massachusetts 02110

Tel. (617) 367-1199
Fax (617) 227-3384
E-mail MFNatola@aol.com

May 31, 2005

Clerk's Office, Intake
United States District Court
One Courthouse Way
Boston, Massachusetts 02210

Re: Criminal No. 04-10194-RCL
**United States v. Anthony Bucci**

Greetings:

Enclosed herewith is an attachment to the defendant's Motion to Modify Terms and Conditions of Release dated May 31, 2005 which have not been electronically filed with the motion.

Kindly process this attachment in your usual manner.

Thank you for your kind attention to this matter.

Very truly yours,

MICHAEL F. NATOLA

Enclosure

cc: AUSA J. McNeil