UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10194-RCL |
| | ) | |
| ANTHONY BUCCI, | ) | |
| DAVID JORDAN | ) | |
| FRANCIS MUOLO | ) | |
| Defendants. | ) | |

**Government's Assented-to Motion for Enlargement of Time**

The United States of America, by and through Assistant United States Attorney John T. McNeil, respectfully submits this assented-to motion for an enlargement of time – until June 13, 2005 – to file its responses to Defendant Muolo's motion to suppress and motion for severance. See D.134, D.135, D.136, and D.137.

In the first week of May 2005, Defendants Bucci, Jordan, and Muolo filed a series of dispositive motions. The government will complete and file by June 6, 2005, responses to the motions filed by Defendants Bucci and Jordan.

Because of the number and complexity of the defense motions, the government respectfully moves for an enlargement of time – until June 13, 2005 – to file its responses to Defendant Muolo's motions. The defendant, through counsel, has assented to this motion.

Respectfully Submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

Date: June 3, 2005     By:   /s/ John T. McNeil
JOHN T. McNEIL
Assistant U.S. Attorney
(617) 748-3252