```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-10194-RCL |
| ) | |
| v.   ) | |
| ) | |
| ANTHONY BUCCI, et al   ) | |

### NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby respectfully gives notice for the appearance of the undersigned co-counsel for the government TO BE NOTICED ELECTRONICALLY REGARDING ALL FILINGS.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                    By:  /s/ S. Theodore Merritt
                         S. THEODORE MERRITT
                         Assistant U.S. Attorney
```