Perry Appraisal Services

File No. wak26up  Page #2
wak26up

# UNIFORM RESIDENTIAL APPRAISAL REPORT

File No. wak26up

## Property Description / SUBJECT

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Property Address | 26 Upland Rd | City | Wakefield | State MA  Zip Code 01880 | |
| Legal Description | Book 1264 Pg 197 | | | County Middlesex | |
| Assessor's Parcel No. | Map 21-22-WS4 | Tax Year 2005 | R.E. Taxes $ 4,367.83 | Special Assessments $ 0.00 | |
| Borrower | Bucci | Current Owner | Bucci | Occupant: [X] Owner  [ ] Tenant  [ ] Vacant | |
| Property rights appraised | [X] Fee Simple  [ ] Leasehold | Project Type | [ ] PUD  [ ] Condominium (HUD/VA only) | HOA $ N/A /Mo. | |
| Neighborhood or Project Name | N/A | | Map Reference Map 21-22-WS4 | Census Tract 3353.00 | |
| Sale Price $ | Refi | Date of Sale N/A | Description and $ amount of loan charges/concessions to be paid by seller N/A | | |
| Lender/Client | Lendia, Wakefield | Address | 472 Lincoln St, Worcester, MA 01605 | | |
| Appraiser | Maureen Perry | Address | 158 Old Groveland Rd, Bradford, MA 01835 | | |

## NEIGHBORHOOD

| Location | [ ] Urban  [X] Suburban  [ ] Rural | Predominant occupancy | Single family housing PRICE $(000) / AGE (yrs) | Present land use % | Land use change |
|---|---|---|---|---|---|
| Built up | [X] Over 75%  [ ] 25-75%  [ ] Under 25% | | 300 Low New | One family 85 | [X] Not likely  [ ] Likely |
| Growth rate | [ ] Rapid  [X] Stable  [ ] Slow | [X] Owner | 1,200 High 200 | 2-4 family | [ ] In process |
| Property values | [ ] Increasing  [X] Stable  [ ] Declining | [ ] Tenant | Predominant | Multi-family | To: |
| Demand/supply | [ ] Shortage  [X] In balance  [ ] Over supply | [X] Vacant (0-5%) | 840  50 | Commercial | |
| Marketing time | [ ] Under 3 mos.  [X] 3-6 mos.  [ ] Over 6 mos. | [ ] Vac.(over 5%) | | Land 15 | |

Note: Race and the racial composition of the neighborhood are not appraisal factors.

Neighborhood boundaries and characteristics: Subj neighborhood is bounded to the north by Round Park, east by Holland Rd, south by Oak St, and west by Main St.

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.): Subject is located in a new neighborhood of similar size and style homes with easy access to shopping, schools, employment and mass transportation. Employment is stable and appeal to the market is good.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time -- such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.): Market conditions in the neighborhood are currently stable with supply and demand evidencing balance. Appropriately priced dwellings in average or better repair are exhibiting a marketing time of approximately one to three months. Concessions are minimal but may occasionally consist of sellers paying closing costs.

## PUD

Project Information for PUDs (If applicable) - - Is the developer/builder in control of the Home Owners' Association (HOA)?  [ ] Yes  [ ] No
Approximate total number of units in the subject project ____  Approximate total number of units for sale in the subject project ____
Describe common elements and recreational facilities:

## SITE

| Field | Value | Field | Value |
|---|---|---|---|
| Dimensions | See Deed | Topography | Level to Steeply Sloping |
| Site area | 1.3 Acres | Size | 1.3 Acres |
| Corner Lot | [ ] Yes  [X] No | Shape | Irregular |
| Specific zoning classification and description | SR/12,000 SF min lot/100 FF | Drainage | Appears Adequate |
| Zoning compliance | [X] Legal  [ ] Legal nonconforming (Grandfathered use)  [ ] Illegal  [ ] No zoning | View | Woods/Neigh/Good |
| Highest & best use as improved | [X] Present use  [ ] Other use (explain) | Landscaping | Graded only |

| Utilities | Public | Other | Off-site improvements | Type | Public | Private | | |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Street | Paved Asphalt | [X] | | Driveway Surface | Asphalt |
| Gas | [ ] | Oil | Curb/gutter | Granite | [X] | | Apparent easements | None apparent |
| Water | [X] | | Sidewalk | None | | | FEMA Special Flood Hazard Area | [ ] Yes [X] No |
| Sanitary sewer | [X] | | Street lights | Incandescent | [X] | | FEMA Zone C  Map Date 9/2/1988 | |
| Storm sewer | [X] | | Alley | None | | | FEMA Map No. 2502210005B | |

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning use, etc.): No adverse easements or encroachments were noted or reported as of the date of this inspection.

## DESCRIPTION OF IMPROVEMENTS

| GENERAL DESCRIPTION | | EXTERIOR DESCRIPTION | | FOUNDATION | | BASEMENT | | INSULATION | |
|---|---|---|---|---|---|---|---|---|---|
| No. of Units | 1 | Foundation | Concrete | Slab | None | Area Sq. Ft. | 1,968 | Roof | |
| No. of Stories | 2 | Exterior Walls | Vinyl | Crawl Space | None | % Finished | Unfinished | Ceiling | |
| Type (Det./Att.) | Det | Roof Surface | Asphalt Shingle | Basement | Full | Ceiling | Drywall | Walls | |
| Design (Style) | Colonial | Gutters & Dwnspts. | Alum/Alum | Sump Pump | None noted | Walls | Drywall | Floor | |
| Existing/Proposed | Exist | Window Type | Doublehung | Dampness | None noted | Floor | WW/Tile | None | |
| Age (Yrs.) | New | Storm/Screens | Thermo | Settlement | None noted | Outside Entry | * | Unknown | * [X] |
| Effective Age (Yrs.) | New | Manufactured House | N/A | Infestation | None noted | *Walkout Daylight | | * Concealed | |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | | | 1,968 |
| Level 1 | 1 | 1 | 1 | 1 | 1 | | | | .5 | X | | 1,968 |
| Level 2 | | | | | | | | 5 | 2 | | | 2,091 |

Finished area above grade contains:   9 Rooms;   5 Bedroom(s);   2.5 Bath(s);   4,059 Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING | | KITCHEN EQUIP. | | ATTIC | | AMENITIES | | CAR STORAGE: | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | WW/Hdwd/New | Type | FHW | Refrigerator | [P] | None | | Fireplace(s) # 1 FP | [X] | None | [ ] |
| Walls | Plaster/Good | Fuel | Oil | Range/Oven | [X] | Stairs | | Patio | | Garage | # of cars |
| Trim/Finish | Pine/Good | Condition | New | Disposal | [X] | Drop Stair | | Deck Wood | [X] | Attached | 2 |
| Bath Floor | Marble/Good | COOLING | | Dishwasher | [X] | Scuttle | | Porch | | Detached | |
| Bath Wainscot | Fbrgls/Tile/Good | Central | Yes | Fan/Hood | [X] | Floor | | Fence | | Built-In | |
| Doors | Panel/Good | Other | None | Microwave | | Heated | | Pool | | Carport | |
| | | Condition | New | Washer/Dryer | [P] | Finished | | Balcony | [X] | Driveway | Asphalt |

Additional features (special energy efficient items, etc.): The subject has standard items for a home in this price range.

## COMMENTS

Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction, remodeling/additions, etc.: Subject is new construction and in excellent condition.

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property.: See attached addendum regarding environmental issues.

Freddie Mac Form 70  6/93                        PAGE 1 OF 2                                                Fannie Mae Form 1004  6/93
Form UA2 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

SCANNED DATE: 11/6/05  BY: M.C.

File No. wak26up   Page #3
wak26up

## UNIFORM RESIDENTIAL APPRAISAL REPORT

File No. wak26up

**Valuation Section**

### COST APPROACH

| | | |
|---|---|---|
| ESTIMATED SITE VALUE | = $ | 275,000 |
| ESTIMATED REPRODUCTION COST-NEW-OF IMPROVEMENTS: | | |
| Dwelling 4,059 Sq. Ft. @$ 130.00 = $ | | 527,670 |
| 1,968 Sq. Ft. @$ 45.00 = | | 88,560 |
| Appliances/Deck/Balcony/Fireplaces = | | 35,000 |
| Garage/Carport 576 Sq. Ft. @$ 35.00 = | | 20,160 |
| Total Estimated Cost New = $ | | 671,390 |
| Less   Physical   Functional   External | | |
| Depreciation | = $ | |
| Depreciated Value of Improvements | = $ | 671,390 |
| "As-Is" Value of Site Improvements | = $ | 5,000 |
| INDICATED VALUE BY COST APPROACH | = $ | 951,390 |

Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and for HUD, VA and FmHA, the estimated remaining economic life of the property): The Cost Approach was derived by using the "Marshall and Swift Residential Cost Handbook". No functional or external obsolescence noted. No Physical depreciation calculated due to being new construction.
Remaining Economic Life: 60 Yrs

### SALES COMPARISON ANALYSIS

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 26 Upland Rd Wakefield | 5 Rugato Way Wakefield | | 1 Rugato Way Wakefield | | 65 Andrews Rd Wakefield | |
| Proximity to Subject | | 1.74 miles | | 1.70 miles | | 1.41 miles | |
| Sales Price | $ Refi | $ | 855,000 | $ | 867,065 | $ | 908,000 |
| Price/Gross Living Area | $ | $ 227.39 | | $ 221.36 | | $ 245.01 | |
| Data and/or Verification Source | Inspection Assessor | MLS Assessor | | MLS Assessor | | MLS Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjust. | DESCRIPTION | +(-)$ Adjust. | DESCRIPTION | +(-)$ Adjust. |
| Sales or Financing Concessions | | None noted Conv fin | | None noted Conv fin | | None noted Conv fin | |
| Date of Sale/Time | | 08/15/05 | | 09/01/05 | | 11/12/04 | |
| Location | Good | Good | | Good | | Good | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 1.3 Acres | .55 Acres | +30,000 | .35 Acres | +30,000 | .36 Acres | +30,000 |
| View | Panoramic/Good | Neigh/Good | | Neigh/Good | | Neigh/Good | |
| Design and Appeal | Colonial | Col/Avg | | Col/Avg | | Col/Avg | |
| Quality of Construction | Good | Good | | Good | | Good | |
| Age | 7 Months | New | | New | | 9 yrs | +20,000 |
| Condition | Good | Good | | Good | | Good | |
| Above Grade Room Count | Total Bdrms Baths 9 5 2.5 | Total Bdrms Baths 10 5 2.5 | | Total Bdrms Baths 10 4 2.5 | | Total Bdrms Baths 7 4 3 | -10,000 |
| Gross Living Area | 4,059 Sq. Ft. | 3,760 Sq. Ft. | +17,900 | 3,917 Sq. Ft. | +8,500 | 3,706 Sq. Ft. | +21,200 |
| Basement & Finished Rooms Below Grade | Full Au Pair Suite | Full Unfinished | +30,000 | Full Family Room | +25,000 | Full Unfinished | +30,000 |
| Functional Utility | Good | Good | | Good | | Average | |
| Heating/Cooling | FHW/CAC | FHW/CAC | | FHA/CAC | | FHA/CAC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | 2 Attached | 4 BuiltIn | | 2 BuiltIn | +5,000 | 2 Attached | |
| Porch, Patio, Deck, | Deck/Balcony | 2 Decks | | Deck | +2,000 | None | +4,000 |
| Fireplace(s), etc. | 1 FP | 1 FP | | 1 FP | | 2 FP | -5,000 |
| Fence, Pool, etc. | Fence | None | +1,000 | None | +1,000 | None | +1,000 |
| Net Adj. (total) | | ☒ + ☐ - $ | 78,900 | ☒ + ☐ - $ | 71,500 | ☒ + ☐ - $ | 91,200 |
| Adjusted Sales Price of Comparable | | Net 9.2 % Gross 9.2 % $ | 933,900 | Net 8.2 % Gross 8.2 % $ | 938,565 | Net 10.0 % Gross 13.3 % $ | 999,200 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): Comps are adjusted for differences in GLA over 100 SF at $60 SF rounded, bedrooms included, half baths at $10000.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source, for prior sales within year of appraisal | None noted in B & T past 36 mos | None noted in B & T past 36 mos | None noted in B & T past 36 mos | None noted in B & T past 36 mos |

Analysis of any current agreement of sale, option, or listing of subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal: To the best of the appraisers knowledge and during routine research, no current agreement of sale, option, or listing was disclosed on the subject in the last 12 months.

INDICATED VALUE BY SALES COMPARISON APPROACH ........................................................... $ 937,000
INDICATED VALUE BY INCOME APPROACH (If Applicable)   Estimated Market Rent $ N/A /Mo. x Gross Rent Multiplier N/A = $
This appraisal is made ☒ "as is" ☐ subject to the repairs, alterations, inspections or conditions listed below ☐ subject to completion per plans & specifications.
Conditions of Appraisal: This appraisal is made "as is." All sales were confirmed closed. All sales are considered reliable market indicators for the subject.
Final Reconciliation: The Sales Comparison Analysis is considered the most reliable method of estimating value. Less weight is given to the Cost App due to subj's age. The income Appr. was considered but not utilized due to a lack of rental data.

### RECONCILIATION

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/FNMA form 1004B (Revised 10/94 ).
I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF 02/18/05
(WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $ 937,000

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED): | |
|---|---|---|
| Signature | Signature | ☐ Did ☐ Did Not |
| Name Maureen ... | Name | Inspect Property |
| Date Report Signed 02/21/05 | Date Report Signed | |
| State Certification # MACR 4030   State MA | State Certification # | State |
| Or State License # MACR 4030   State MA | Or State License # | State |

Freddie Mac Form 70 6/93          PAGE 2 OF 2          Fannie Mae Form 1004 6-93
Form UA2 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

# UNIFORM RESIDENTIAL APPRAISAL REPORT
## MARKET DATA ANALYSIS

These recent sales of properties are most similar and proximate to subject and have been considered in the market analysis. The description includes a dollar adjustment, reflecting market reaction to those items of significant variation between the subject and comparable properties. If a significant item in the comparable property is superior to, or more favorable than, the subject property, a minus (-) adjustment is made, thus reducing the indicated value of the subject. If a significant item in the comparable is inferior to, or less favorable than, the subject property, a plus (+) adjustment is made, thus increasing the indicated value of the subject.

| ITEM | SUBJECT | COMPARABLE NO. 4 | +(−)$ Adjust. | COMPARABLE NO. 5 | +(−)$ Adjust. | COMPARABLE NO. 6 | +(−)$ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 26 Upland Rd Wakefield | 267 Vernon St Wakefield | | | | | |
| Proximity to Subject | | 1.80 miles | | | | | |
| Sales Price | $ Refi | $ 979,000 | | $ | | $ | |
| Price/Gross Living Area | $ | $ 437.44 | | $ | | $ | |
| Data and/or Verification Sources | Inspection Assessor | MLS Assessor | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. |
| Sales or Financing Concessions | | N/A | | | | | |
| Date of Sale/Time | | UAG | −100,000 | | | | |
| Location | Good | Good | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 1.3 Acres | 2.39 Acres | −50,000 | | | | |
| View | Panoramic/Good | Neigh/Good | | | | | |
| Design and Appeal | Colonial | Cape | | | | | |
| Quality of Construction | Good | Average | +50,000 | | | | |
| Age | 7 Months | 65 yrs | +10,000 | | | | |
| Condition | Good | Good | | | | | |
| Above Grade Room Count | Total 9 Bdrms 5 Baths 2.5 | Total 6 Bdrms 4 Baths 2.5 | | Total Bdrms Baths | | Total Bdrms Baths | |
| Gross Living Area | 4,059 Sq. Ft. | 2,238 Sq. Ft. | +109,300 | Sq. Ft. | 0 | Sq. Ft. | 0 |
| Basement & Finished Rooms Below Grade | Full Au Pair Suite | Full Au Pair Suite | | | | | |
| Functional Utility | Good | Good | | | | | |
| Heating/Cooling | FHW/CAC | FHW/None | +3,000 | | | | |
| Energy Efficient Items | Standard | Standard | | | | | |
| Garage/Carport | 2 Attached | None | +5,000 | | | | |
| Porch, Patio, Deck, Fireplace(s), etc. | Deck/Balcony 1 FP | 2 Decks 1 FP | | | | | |
| Fence, Pool, etc. | Fence | None | +1,000 | | | | |
| Net Adj. (total) | | ☒ + ☐ − $ | 28,300 | ☐ + ☐ − $ | | ☐ + ☐ − $ | |
| Adjusted Sales Price of Comparable | | Net 2.9 % Gross 33.5 % $ | 1,007,300 | Net % Gross % $ | | Net % Gross % $ | |
| Date, Price and Data Source for prior sales within year of appraisal | None noted in B & T past 36 mos | None noted in B & T past 36 mos | | | | | |

Comments: Comp 4 is utilized to show a sale with more than an acre of land, adjusted $100,000 for possible difference between list and sale price.

Market Data Analysis 6-93

Form UA2.(AC) — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE