# AFFIDAVIT
# ROSEMARIE KEEFE

I, Rosemarie Keefe, do hereby state under the pains and penalties of perjury the following:

1. I currently reside at 500 Salem Street, Unit 607, Medford, MA.
2. I am the mother of Anthony J. Bucci.
3. I am seventy one years old and recently widowed when my husband, George Bernard Keefe, passed away on July 4th, 2003.
4. I previously placed a mortgage in the amount of Two Hundred Fifty Thousand ($250,000.00) Dollars to the United States District Court (MA) on my residence at 500 Salem Street, Unit 607, Medford, MA, to secure the release of my son Anthony J. Bucci on bail.
5. I have also loaned Anthony J. Bucci the sum of Thirty Thousand (30,000.00) Dollars to enable him to support his family while on bail.
6. I am on a fixed income and unable to provide my son any further financial support.
7. I am also unable to refinance my property at 500 Salem Street, Unit 607, Medford, MA due to the aforementioned mortgage to the United States District Court (MA).

Signed under the pains and penalties of perjury on this the 1st day of December, 2005.

_Rosemarie Keefe_
Rosemarie Keefe