# AFFIDAVIT
# MELISSA J. BUCCI

I, Melissa J. Bucci, do hereby state under the pains and penalties of perjury the following:

1. I currently reside at 26 Upland Road, Wakefield, MA;
2. I reside at the residence with my husband, Anthony J. Bucci and three year old son, Dante Bucci;
3. My only current income is from a tanning salon ("Hollywood Sun") I co-own and operate with my husband. Said salon is located at 1006 Eastern Avenue, Malden, MA. The salon is currently listed for sale with Re/Max.
4. This is the slow season for the salon and for past several months it has been barely breaking even. Even though I serve as manager of the salon, I have not been able to draw a salary since this summer.
5. The tanning salon has been listed for sale for three months. During this time we have reduced the price twice with no offers.
6. My only assets are the equity in my residence and co-ownership of the tanning salon.
7. I need to refinance my residence in order to support my family and pay for the continued legal defense of my husband until the time of trial.

Signed under the pains and penalties of perjury on this the 6th day of December, 2005.

_Melissa J. Bucci_
Melissa J. Bucci