# AFFIDAVIT
# ANTHONY J. BUCCI

I, Anthony Bucci, do hereby state under the pains and penalties of perjury the following:

1. I current reside at 26 Upland Road, Wakefield, MA;
2. I reside at the residence with my wife, Melissa Bucci and three year old son, Dante Bucci;
3. I have not been able to work for the past eighteen months (four months incarceration, fourteen months house arrest) due to the conditions of my probation.
4. Since I have been confined on house arrest, I have been forced to sell three rental properties (69 Rose Street, Revere, MA; 14 Marie Lane, Lawrence, MA; 105 Winter Street, Revere, MA) in order to support my family.
5. My only current income is from a tanning salon I own and operate with my wife. Said salon is located at 1006 Eastern Avenue, Malden, MA. The salon is currently listed for sale with Re/Max.
6. This is the slow season for the salon and for past several months it has been barely breaking even.
7. The tanning salon has been listed for sale for three months. During this time I have reduced the price twice with no offers.
8. I have sold or depleted all my liquid assets in the last eighteen months.
9. I have further borrowed Thirty Thousand ($30,000.00) Dollars from my mother, Rosemary Keefe, in the last eighteen months to support my family.
10. My mother is unable to further assist in the support of my family as she is a widow, on a fixed income and has already placed a Two Hundred Fifty Thousand ($250,000.00) Dollar mortgage on her primary residence to secure my release on bail.
11. My only remaining assets are the equity in my residence and ownership of the tanning salon.
12. I have three daughters from a prior marriage and currently pay child support of Fifteen Hundred ($1,500.00) Dollars a month. If I am unable to refinance my residence I will be unable to continue with this obligation.
13. I need to refinance my residence in order to support my family until the time of trial and pay for my continued legal defense.

Signed under the pains and penalties of perjury on this the 1st day of December, 2005.

_____
Anthony J. Bucci

# FINANCIAL STATEMENT
# ANTHONY J. BUCCI

### Gross Monthly Income From All Sources:

| | |
|---|---|
| a) Base Pay from Tanning Salon[1] | $3,000.00 |

### Deductions From Gross Monthly Income:

| | |
|---|---|
| a) Federal and State Taxes, F.I.C.A.[2] | $ 600.00 |

### Adjusted Net Monthly Income                $2,400.00

### Monthly Expenses:

| | |
|---|---|
| a) Mortgage | $3,385.00 |
| b) Insurance | $ 100.00 |
| c) Taxes | $ 600.00 |
| c) Maintenance / Repair | $ 50.00 |
| d) Heat (oil) | $ 400.00 |
| e) Electricity | $ 100.00 |
| f) Telephone | $ 110.00 |
| g) Food | $ 500.00 |
| h) Clothing | $ 200.00 |
| i) Motor Vehicle Expense | $1,000.00 |
| j) Pre-school tuition | $ 600.00 |
| k) Child Support | $1,500.00 |
| l) Revolving Debt Payments | $ 500.00 |

### Total Monthly Expenses                $9,045.00[3]

Signed under the pains and penalties of perjury on this the 1st day of December, 2005.

*[signature]*
Anthony J. Bucci

---

[1] This is an estimate of the average of the monthly income for the Tanning Salon as full documentation was not available at the time of document preparation. The Salon generates an average yearly income of approximately $36,000.00.
[2] This is an estimate of the average of the monthly deductions as full documentation was not available at the time of document preparation.
[3] All the monthly expenses are estimates to the best of the affiants recollection.