# SUBORDINATION AGREEMENT

KNOW ALL MEN BY THESE PRESENTS, that the United States District Court for the District of Massachusetts, holder of that certain mortgage on the property known and numbered as 26 Upland Road, Wakefield, Middlesex County, Commonwealth of Massachusetts from Anthony J. Bucci and Melissa J. Bucci, in the original principal amount of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS, dated April 25th, 2005, recorded with Middlesex South District Registry of Deeds (Registered Land) as Certificate#: 226947, in Book 1264, Page 197, for consideration, the receipt and sufficiency of which is hereby acknowledged, does hereby subordinate the lien of said mortgage to the lien of that certain mortgage from Countrywide Financial to Anthony J. Bucci and Melissa J. Bucci, in the original principal amount of SEVEN HUNDRED FORTY EIGHT THOUSAND ($748,000.00) DOLLARS dated January___, 2006, to be recorded herewith.

IN WITNESS WHEREOF, the United States District Court for the District of Massachusetts, has caused this Subordination Agreement to be duly executed on this the _13_ day of January, 2006, by and through its authorized agent _Sarah Allison Thornton_, its _Clerk of Court_.

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSTTS

By: _Sarah Allison Thornton_
Name: _SARAH ALLISON THORNTON_
Its: _Clerk of Court_

Witness: _DEBORAH J. KEEFE_

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss

On this the _13_ day of January, 2006, before me, the undersigned notary public, personally appeared the above named _SARAH A THORNTON_, a duly authorized _CLERK OF COURT_ of the United States District Court for the District of Massachusetts, who proved to me through satisfactory evidence of identification, which was _PERSONALLY KNOWN_, to be the person whose name is signed on the foregoing instrument, and acknowledged that _SHE_ signed it voluntarily for its stated purpose.

_____
Notary Public
My Commission Expires:



DEBORAH JEANNE KEEFE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 9, 2012