UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) | |
| V. | ) | No. 04-cr-10194-RCL |
| ANTHONY BUCCI | ) | |

### DEFENDANT'S MOTION FOR PRODUCTION OF MIRANDA FORM SIGNED DURING HIS ARREST BOOKING PROCESS

Now comes the defendant in the above entitled matter and moves this Honorable Court to order the government to produce and allow copying of the Miranda form he signed during his arrest booking which should include some form of indication by him that he was asserting his right to counsel, " United States V. Christian, 571 F2d 64, 66-70 (1st Cir 1978)(the defendants testimony specific details concerning signing of Miranda form and the form exhibit itself are crucial to First Circuit reversing denial of motion to suppress where the defendant indicated he asserted his right to counsel while signing the form).

In support of this motion the defendant states that he was not provided with a copy of such usual booking procedure form in discovery and draws this Court's attention to the affidavit of Anthony Bucci filed in support of the motion to Suppress uncounselled statements filed herewith.

                                        Anthony Bucci
                                        By his attorney,

February 14, 2006                  _/s/ Michael F. Natola____
                                        MICHAEL F. NATOLA
                                        63 Atlantic Avenue
                                        Boston, Massachusetts 02110
                                        Tel. (617) 367-1199
                                        Fax (617) 227-3384
                                        E-mail MFNatola@aol.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing motion has been served the above date, electronically and by first class mail, upon Assistant U.S. Attorney John T. McNeil.

                                        _/s/ Michael F. Natola____
                                        MICHAEL F. NATOLA