UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No. 04-10194-RCL** |
| ) | |
| **ANTHONY BUCCI,** ) | |
| **DAVID JORDAN** ) | |
| **Defendants.** ) | |

### Government's Response to Defendant Bucci's Motion for Production of Miranda Form

The United States of America, by and through Assistant United States Attorney John T. McNeil, respectfully submits this response to Defendant Bucci's "Motion for Production of Miranda Form Signed During His Arrest Booking Process." [Doc.No. 186]. The government does not oppose this motion. Such written statements by a defendant are produced during automatic discovery. The government is aware of no evidence which supports Mr. Bucci's contention that he was given such a form and that he executed such a form upon his arrest and booking in this case.

Respectfully Submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

Date: February 27, 2006    By:    /s/ John T. McNeil
JOHN T. McNEIL
Assistant U.S. Attorney
(617) 748-3252

### CERTIFICATE OF SERVICE

I, John T. McNeil, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

/s/ John T. McNeil
JOHN T. MCNEIL
Assistant U.S. Attorney