UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10194-RCL |
| ) | |
| DAVID JORDAN ) | |
|     and ) | |
| ANTHONY BUCCI, ) | |
|         Defendants ) | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE**
**MEMORANDA IN EXCESS OF 20 PAGES**

Pursuant to Local Rule 7.1(B)(4), the United States hereby requests leave of the Court to file trial memorandum in excess of 20 pages.

As grounds therefor, the government asserts that an explanation of the facts, charges in the indictment, and potential evidentiary issues necessitate the additional pages sought by the government to fully address them.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

dated: March 6, 2006     By:     /s/ S. Theodore Merritt
S. THEODORE MERRITT
JOHN T. MCNEIL
Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I, S. Theodore Merritt, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

/s/ S. Theodore Merritt
S. THEODORE MERRITT
Assistant U.S. Attorney