## MIRANDA ADVISEMENT

Place: _NFA Boston_

Date: _5-20-04_

Time: _3:55 PM_

- Before we ask you any questions, you must understand your rights.

- You have the right to remain silent.

- Anything you say can be used against you in court.

- You have the right to talk to a lawyer for advise before we ask you questions, and to have a lawyer with you during questioning.

- If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

- If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.

## WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

Signed _Frances A. Murphy_

Witness: _[signature]_

Witness: _[signature]_

Time: _3:55 PM_

1279

EXHIBIT B