

*U.S. Department of Justice*

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*   *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*


March 8, 2006


Ms. Lisa Hourihan
Deputy Clerk
United States District Court
District of Massachusetts
United States Courthouse, Suite 2300
1 Courthouse Way
Boston, MA 02210


        Re:    United States v. David Jordan & Anthony Bucci
                  <u>Crim. No. 04-10194-RCL</u>


Dear Ms. Hourihan:

      The Pretrial Order entered in this case on November 22, 2005, requires the parties to provide notice of any "requests for special arrangements," for the upcoming trial. The government has made two requests which this letter memorializes. First, the government has requested that a monitor reflecting the running transcript be made available at sidebar for sidebar conferences. (I have found it difficult to hear the Court at sidebar in past proceedings.) I have spoken with Ms. Joyce about this, and she has indicated that this could readily be accomplished.

      Second, the government requests the use of the electronic overhead equipment, including the use of a touch-screen for witnesses on the witness stand. I understand that there have been problems with the touch screen in the past. If those problems persist, please notify me so that I can arrange to have some of the government's exhibits enlarged for use at trial.

      Finally, by way of notice, the government intends to play recordings contained on compact disks. We will bring a portable CD player to be used in the courtroom and by the jury during deliberations.

Thank you for your assistance in this matter. If you have any questions regarding this, please call me at 617-748-3242.

>Very truly yours,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By: *John T. McNeil*
>JOHN T. McNEIL
>Assistant U.S. Attorney

cc.

Thomas Drechsler, Esq.
Finneran, Byrne & Drechsler, LLP
Eastern Harbor Office Park
50 Redfield Street
Boston, MA 02122

Michael F. Natola, Esq.
63 Atlantic Ave, 3rd Floor
Boston, MA 02110

Ms. Debra Joyce
Court Reporter

## CERTIFICATE OF SERVICE

I, John T. McNeil, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

>/s/ *John T. McNeil*
>JOHN T. McNEIL
>Assistant U.S. Attorney