UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | No. 04-cr-10194-RCL |
| | ) | |
| ANTHONY BUCCI | ) | |

### DEFENDANT BUCCI'S REQUEST FOR JURY INSTRUCTIONS

The defendant joins in co-defendant Jordan's request for jury instructions (Document 213), and respectfully requests that the Court, in addition, instruct the jury with respect to Count 5 on the lesser included offense of possession of cocaine.

          Anthony Bucci
          By his attorney,

          /s/Michael F. Natola
          _____

March 6, 2005
          MICHAEL F. NATOLA
          BBO No. 367580
          63 Atlantic Avenue
          Boston, Massachusetts 02110
          Tel. (617) 367-1199
          Fax (617) 227-3384
          E-mail MFNatola@aol.com

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing affidavit has been served the above date, electronically, upon Assistant U.S. Attorney John T. McNeil.

          /s/ Michael F. Natola
          _____
          MICHAEL F. NATOLA

1