UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10194-RCL |
| | ) | |
| DAVID JORDAN | ) | |
| and | ) | |
| ANTHONY BUCCI, | ) | |
| Defendants | ) | |

**GOVERNMENT'S LIST OF PROSPECTIVE TRIAL WITNESSES**

The United States of America, by and through Assistant United States Attorneys John T. McNeil and S. Theodore Merritt, respectfully submit the following list of prospective trial witnesses. In keeping with the Court's Pretrial Order, if the government subsequently decides to offer the testimony of any additional witness in its case in chief, it will promptly notify the defendants.

1. Jon Minotti, Stoneham, Massachusetts;

2. Francis Muolo, Stoneham, Massachusetts;

3. Brian Raftery, Stoneham, Massachusetts;

4. Mark Muir, Stoneham, Massachusetts;

5. Carlos Ruiz, Peabody, Massachusetts;

6. Armando Lobos, Lynn, Massachusetts;

7. S/A Mark Tully, U.S. Drug Enforcement Administration;

8. S/A Jean Drouin, U.S. Drug Enforcement Administration;

9. S/A James Doyle, U.S. Drug Enforcement Administration;

10. S/A Damien Farley, U.S. Drug Enforcement Administration;

11. S/A Kevin Hersey, U.S. Drug Enforcement Administration;

12. S/A Edward Mastrocola, U.S. Drug Enforcement Administration;

13. Forensic Chemist Ken Fuentecilla, DEA, New York, NY;

14. S/A John Mercer, U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives;

15. Lt. Dennis Brooks, Massachusetts State Police;

16. Sgt. John (Jack) Henley, Massachusetts State Police;

17. Sgt. Thomas Quin, Massachusetts State Police

18. Trooper Jamie Cepero, Massachusetts State Police;

19. Trooper Kevin O'Neil, Massachusetts State Police;

20. Trooper Bryan Joyce, Massachusetts State Police;

21. Trooper Marion Fletcher, Massachusetts State Police;

22. Officer James Piccardi, Revere Police Department;

23. Det. Paul Norton, Stoneham Police Department;

24. Officer Christopher Dalis, Stoneham Police Department;

25. Officer Kenneth Wilkins, Stoneham Police Department;

26. Sgt. Paul Skiffington, Malden Police Department;

27. Captain Michael Caggiano, Malden Police Department;

28. Officer Mark Gatcomb, Malden Police Department.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: March 13, 2006        By: /s/ John T. McNeil
                                JOHN T. McNEIL
                                S. THEODORE MERRITT
                                Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

      I, John T. McNeil, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

/s/ John T. McNeil
JOHN T. McNEIL
Assistant U.S. Attorney