UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10194-RCL |
| ) | |
| DAVID JORDAN ) | |
| and ) | |
| ANTHONY BUCCI, ) | |
| Defendants ) | |

## APPLICATION

Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby applies to this Court, pursuant to Title 18, United States Code, Section 6003, for an Order requiring Bryan Raftery to testify or provide other information at the trial of the above-captioned case. In support of this application, the Government respectfully alleges as follows:

1. The trial of the above-captioned criminal proceeding is scheduled to commence on March 20, 2006, and Bryan Raftery has been served with a subpoena to appear and testify at the trial.

2. Bryan Raftery, through his attorney Bernard Grossberg, has indicated that he would refuse to testify or provide other information on the basis of his privilege against self-incrimination.

3. In the judgment of the United States Attorney, the testimony of Bryan Raftery may be necessary to the public interest.

4. This Application is made with the approval of Laura H. Parsky, Deputy Assistant Attorney General of the Criminal Division of the United States Department of Justice, pursuant to the authority vested in her by Title 18, United States Code, Section 6003(b) and 28 C.F.R. Section

1

0.175(a). A copy of the letter from the Deputy Assistant Attorney General expressing such approval is attached hereto, and incorporated herein.

WHEREFORE, the United States Attorney requests that this Court issue an Order pursuant to Sections 6002 and 6003 of Title 18, United States Code, requiring Bryan Raftery to give testimony and provide other information relating to all matters about which he may be examined at the above-captioned trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: 3-13-06



**U.S. Department of Justice**

Criminal Division

*Office of the Assistant Attorney General*                    Washington, DC 20530-0001

MAR - 8 2006

The Honorable Michael J. Sullivan
United States Attorney
District of Massachusetts
Boston, Massachusetts 02210

Attention:    S. Theodore Merritt
                  Assistant United States Attorney

Re:    <u>United States v. David Jordan, et al.</u>

Dear Mr. Sullivan:

      Pursuant to the authority vested in me by 18 U.S.C. 6003(b) and 28 C.F.R. 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the District of Massachusetts for an order pursuant to 18 U.S.C. 6002-6003 requiring Bryan Raftery to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

                              Sincerely,

                              Alice S. Fisher
                              Assistant Attorney General

                              *[signature: Laura H. Parsky]*

                              Laura H. Parsky
                              Deputy Assistant Attorney General
                              Criminal Division