UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| ) | |
| v. ) | No. 04-cr-10194-RCL |
| ) | |
| ) | |
| ANTHONY BUCCI ) | |

**DEFENDANT BUCCI'S REVISED LIST OF PROSPECTIVE TRIAL EXHIBITS**

1. Call, Jon Minotti to Sal Mele; 3/4/04, 1:53 P.M.
2. Call, Sal Mele to Jon Minotti; 3/4/04, 1:56 P.M.
3. Call, Jon Minotti to Sal Mele; 3/4/04, 6:35 P.M.
4. Call, Jon Minotti to Sal Mele; 3/6/04, 10:10 A.M.
5. Call, Jon Minotti to Sal Mele; 3/8/04, 4:03 P.M.
6. Call, Sal Mele to Jon Minotti; 3/8/04, 4:58 P.M.
7. Call, Sal Mele to Jon Minotti; 3/9/04, 9:03 A.M.
8. Call, Jon Minotti to Carlos Seijo; 3/9/04, 1:08 P.M.
9. Call, Jon Minotti to Carlos Seijo; 3/9/04, 2:43 P.M.
10. Call, Jon Minotti to Sal Mele; 3/9/04 ,12:35P.M.
11. Call, Jon Minotti to Sal Mele; 3/9/04, 1:49 P.M.
12. Call, Jon Minotti to Sal Mele; 3/9/04, 3:44 P.M.
13. Call, Jon Minotti to Sal Mele; 3/10/04, 11:16 A.M.
14. Call Steve Foley to Jon Minotti; 3/11/04, 1:03 A.M.
15. Call, Sal Mele to Jon Minotti; 3/11/04, 1:24 P.M.-Oxy's
16. Call, Joey O'Melia to Jon Minotti; 3/12/04,9:14 A.M..
17. Call, Pete LNU to Jon Minotti; 3/12/04 , 2:48 P.M.

18. Call Paul Norton (Stoneham PD) to Jon Minotti; 3/12/04, 5:48 P.M.

19. Call, Michelle Minotti to Jon Minotti; 3/12/04, 5:14 P.M.

20. Call, Sal Mele to Jon Minotti; 3/12/04, 4:32 P.M.

21. Interview, between Jon Minotti, State Trooper Dennis Brooks and Detective Norton of the Stoneham Police.

22. U.S. Marshals booking photograph of Anthony Bucci.

23. D.E.A. booking photograph of Anthony Bucci.

24. Certified copy, deed to 105 Winter Street, Saugus, Massachusetts.

25. Certified copies of Massachusetts Registry of Motor Vehicles records concerning 1990 Buick Riviera owned by Mark Muir.

26. Various recordings of telephone calls from detention facilities by Carlos Ruiz, Jon Minotti, and Francis Muolo.

27. Sections of United States Attorneys' Manual on "ccoperation agreements."

28. Reports from Stoneham and Reading, Massachusetts police departments regarding Jon Minotti's prior activity as an informant.

29. Various un-redacted DEA 6 reports.

30. Bank records of Jon and Michelle Minotti.

31. Recording of meeting of Detective Norton, Trooper Brooks, and Jon Minotti.

32. Recording of consensually monitored call between Detective Norton and Jon Minotti.

                Anthony Bucci
                By his attorney,

                /s/Michael F. Natola
                _____

March 20, 2005          MICHAEL F. NATOLA
                BBO No. 367580
                63 Atlantic Avenue
                Boston, Massachusetts 02110
                Tel. (617) 367-1199
                Fax (617) 227-3384
                E-mail MFNatola@aol.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing affidavit has been served the above date, electronically, upon Assistant U.S. Attorney John T. McNeil.

      /s/ Michael F. Natola
      _____
      MICHAEL F. NATOLA