## UNITED STATES DISTRICT COURT

*Filed 3-20-06 /nH*

CRIMINAL NO. 04-10194-RCL

*********************************
UNITED STATES OF AMERICA
             PLAINTIFF

v.

ANTHONY BUCCI
         DEFENDANT
*********************************

## NOTICE OF APPEARANCE

I, Anthony J. Rossi of 75 Williams Street, Chelsea, Massachusetts respectfully enter my appearance for the above listed defendant, Anthony Bucci,

Respectfully,

Anthony J. Rossi, Esq.
ROSSI & ASSOCIATES, P.C.
75 Williams Street
Chelsea, MAA 02150
BBO # 639053
(617)889-3366 Tel
(617)889-3389 Fax