UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>DAVID JORDAN & ANTHONY BUCCI )<br>)<br>Defendants.    ) | Criminal No. 04-10194-RCL |

ORDER

The United States Marshal for the District of Massachusetts shall permit those witnesses currently in Marshal's custody and who are to testify in the case captioned above to appear in Court to the marshal service wearing clothing other than prison garb. Such clothing may be provided by counsel ~~to those witnesses, family members or law enforcement officials, and need not be provided by the United States Marshal.~~

Dated: 3/23/06

REGINALD C. LINDSAY
UNITED STATES DISTRICT JUDGE