UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____  )
                                )
UNITED STATES OF AMERICA        )
                                )
                                )
v.                              )   CRIMINAL NO. 04-10194-RCL
                                )
DAVID JORDAN                    )
    and                         )
ANTHONY BUCCI,                  )
                                )
        Defendants.             )
                                )
_____  )

ORDER FOR RELEASE OF WITNESS

The court hereby directs the U.S. Marshals Service forthwith to release Brian Raftery, now in custody for civil contempt for violating an order of the court that he testify in the above matter.

SO ORDERED.

                                /s/ REGINALD C. LINDSAY
                                United States District Judge

DATED: April 7, 2006