UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2006 APR 13 A 9: 28
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES | ) |
| v. | ) No. 04-cr-10194-RCL |
| ANTHONY BUCCI | ) |

**AFFIDAVIT OF ROSS MINOTTI IN SUPPORT OF DEFENDANT BUCCI'S MOTION TO CONTINUE BAIL AND NEW TRIAL MOTION**

I, Ross Minotti, Hereby depose and state of my own personal knowledge,
Under pain and penalty of perjury, that:

1) I was present in the United States District Courthouse on April 4, 2006 ready to testify for Anthony Bucci's defense.

2) Following his arrest, my brother, Jon Minotti, attempted to recruit me as a law enforcement informant and help him set up drug dealers to help my brother get a substantially reduced sentence.

3) Additionally, following my brothers arrest, I recall having three or four conversations with my brother Jon. During these conversations my brother told me that "that junky Bucci fucked me in that land deal, so I'm using him as my ticket out of prison", when he explained to me that "Bucci was only there to buy coke for himself", and "had nothing to do with the rip off of Ruiz".

4) I also observed my brother Jon regularly used cocaine while on bail in 2004 and 2005 which he bragged about not being tested often and having a way to beat urinalysis while calling the pretrial Officers "fools".

April 10, 2006                                              Ross Minotti