UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** )<br>)<br>)<br>v.  )<br>)<br>)<br>**ANTHONY BUCCI** ) | No. 04-cr-10194-RCL |

## MOTION FOR LEAVE TO WITHDRAW

Now comes Michael F. Natola, and respectfully moves the Court for leave to withdraw as attorney for the defendant.

In support hereof, the moving party respectfully says that the defendant has filed a document entitled <u>Defendant Bucci's Motion to Continue Bail Pending Sentencing and for Assignment of CJA Counsel</u> (Document 260) and a document entitled <u>Affidavit of Anthony Bucci in Support of Defendant Bucci's Motion to Continue Bail and New Trial Motion</u> (Document 262), in which he has made outrageous and baseless accusations of ineffective assistance of counsel and other improper and unethical conduct against the moving party. In addition, in those documents, the defendant has asked the Court to appoint appellate counsel for him.

/s/ Michael F. Natola
_____
April 18, 2006         MICHAEL F. NATOLA
BBO No. 367580
63 Atlantic Avenue
Boston, Massachusetts  02110
Tel. (617) 367-1199
Fax (617) 227-3384
E-mail  MFNatola@aol.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing motion has been served the above date, electronically, upon Assistant U.S. Attorney John T. McNeil, and by first class mail upon the defendant.

                                          /s/ Michael F. Natola
                                          _____