UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America
        Plaintiff                     CIVIL ACTION

V.                     NO. 1:04-cv-10194 RCL

Anthony Bucci
        Defendant

## ORDER RETURNING PLEADINGS

Lindsay    D.J.

On  04/18/2006  the Clerk received your  ( 267)  Verified Motion for a new trial, full evidentiary hearing and for assignment of CJA counsel, with included memorandum of law.

for filing in the above-entitled action, however, it is hereby ORDERED that the above document(s) be returned for the reason(s) checked below:

( )  The certificate of service does not conform to Local Rule 5.2(b)(2) because it is not on the bottom of, or in the margin, of the last page of the paper to which it relates or is not single-spaced.

( )  The papers or documents do not conform to Local Rule 5.1(a) because:

    ( )  Board of Bar Overseers Registration Number has not been provided.

    ( )  8 1/2" x 11" paper has not been used.

    ( )  A backer is attached.

    ( )  The documents are not properly bound.

    ( )  The text is not double-spaced.

    ( )  The discovery request or response text is not single-spaced.

( )  Motion to amend to add party is not accompanied by certificate regarding service on new party pursuant to Local Rule 15.1(B).

( )  Discovery documents are not to be filed with the Court pursuant to Local Rule 26.6(A).

( )  The discovery motion(s) is/are not accompanied by the certification of personal consultation required by Local Rule 7.1(A)(2), 26.2(C) and 37.1(B).

(X)  Other  This motion is being returned because it exceeds the twenty (20) pages and leave to filed file a brief in excess of twenty (20) pages was not obtained.


 04/24/2006                                 /s/    Reginald C. Lindsay
    DATE                                 UNITED STATES DISTRICT JUDGE

(Retndocs.ord - 09/92)                                                                        [o.]