UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
                                    )                 FILED
UNITED STATES                       )              IN CLERKS OFFICE
                                    )
                                    )              2006 APR 28  A 11: 28
        v.                          )   No. 04-cr-10194-RCL
                                    )              U.S. DISTRICT COURT
                                    )              DISTRICT OF MASS.
ANTHONY BUCCI                       )
                                    )
```

**DEFENDANT BUCCI'S OBJECTIONS TO MISAPPLICATION OF UNAPPROVED LOCAL RULE 7.1(B)(4) MEMORANDUM PAGE LIMIT TO AN APPROVED CRIMINAL RULE 33 NEW TRIAL MOTION WITH INCORPORATED MEMORANDUM NOT EXCEEDING JUDGE LINDSAY'S STANDARD HOLMES V. PEPE 40 PAGE PLEADING LIMIT, OR FOR NUNC PRO TUNC LEAVE TO FILE 36 PAGE MOTION**

Now comes the defendant, objecting to the unconstitutional April 25, 2006 return of his timely filed Fed. Crim.P. Rule 33 new tiral motion, where Rule 33 does not contain a page limit and has been approved by the only congrssionaly authorized body, the Suprme Court, pursuant to 28 USC 2072, and local rule 7.1(B)(4) does not contain a page limit for a new trial motion but only limits memoranda to 20 pages, was intended for civil cases not criminal cases, has not been approved by the Supreme Court as required by 28 USC 2072, and the 36 pages fell within the normal up to 20 page motion, 20 page memo, Lindsay,J forty (40) page limit which, when liberty is at stake resulted in Judge Lindsay allowing a motion requesting local rule 7.1 to be held unconstitutional in a habeas corpus post-conviction posture, Holmes V. Pepe,
#00-     -RCL 4/8/02 allowing 44 pages docket entry #61; or this Court must allow nunc pro tunc filing of the 36 page motion.

RESPECTFULLY SUBMITTED,

Anthony Bucci  Pro Se
26 Long Pond Road
Plymouth, MA
02360

April 26, 2006 copy served on AUSA's
S.Thoedore Merritt & John McNeil by mail