UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 04-10194-RCL |
| ) | |
| ) | |
| ANTHONY BUCCI ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance in the above-named matter.

    Respectfully submitted,
    By his attorney,

    /s/ Robert Sheketoff
    Robert Sheketoff
    BBO# 457340
    One McKinley Square
    Boston, MA 02119
    (617)-367-3449