## Other Orders/Judgments

1:04-cr-10194-RCL USA v. Bucci et al

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Hourihan, Lisa entered on 5/3/2006 at 3:16 PM EDT and filed on 5/3/2006

**Case Name:**       USA v. Bucci et al
**Case Number:**    1:04-cr-10194
**Filer:**
**Document Number:**

**Docket Text:**
Judge Reginald C. Lindsay : Electronic ORDER entered. as to Anthony Bucci re [270] Objection (unrelated to a motion), Objection (unrelated to a motion). Although the motion and the paper supporting it do not meet the requirement of LR 7.1, the Court will accept them for refiling so long as they are refiled not later than 5/12/06. (Hourihan, Lisa)

The following document(s) are associated with this transaction:

**1:04-cr-10194-1 Notice will be electronically mailed to:**

Kevin L. Barron     k@lawyerbarron.com

Thomas Drechsler     firm@fbdlegal.com

Bernard Grossberg     bgrossberg@grossberglaw.com, ckeenan@grossberglaw.com

Maria A. Luise     maluise@balliro.net

John T. McNeil     john.mcneil@usdoj.gov, usama.ecf@usdoj.gov; laura.graham@usdoj.gov

S. Theodore Merritt     theodore.merritt@usdoj.gov, usama.ecf@usdoj.gov; laura.graham@usdoj.gov

**1:04-cr-10194-1 Notice will not be electronically mailed to:**

# Orders on Motions

1:04-cr-10194-RCL USA v. Bucci et al

## United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Hourihan, Lisa entered on 5/3/2006 at 3:09 PM EDT and filed on 5/3/2006

**Case Name:**       USA v. Bucci et al
**Case Number:**       1:04-cr-10194
**Filer:**
**Document Number:**

**Docket Text:**
Judge Reginald C. Lindsay : Electronic ORDER entered granting in part and denying in part [260] Motion to Continue as to Anthony Bucci (1); Motion to Continnue to Bail Pending Sentencing DENIED, motion for appointment of counsel ALLOWED; granting [264] Motion to Withdraw as Attorney. as to Anthony Bucci (1); granting [265] Motion to Withdraw as Attorney. as to Anthony Bucci (1) (Hourihan, Lisa)

The following document(s) are associated with this transaction:

**1:04-cr-10194-1 Notice will be electronically mailed to:**

Kevin L. Barron    k@lawyerbarron.com

Thomas Drechsler    firm@fbdlegal.com

Bernard Grossberg    bgrossberg@grossberglaw.com, ckeenan@grossberglaw.com

Maria A. Luise    maluise@balliro.net

John T. McNeil    john.mcneil@usdoj.gov, usama.ecf@usdoj.gov; laura.graham@usdoj.gov

S. Theodore Merritt    theodore.merritt@usdoj.gov, usama.ecf@usdoj.gov; laura.graham@usdoj.gov

Michael F. Natola    MFNatola@aol.com

**1:04-cr-10194-1 Notice will not be electronically mailed to:**

Anthony J. Rossi
Rossi & Blaisdell, P.A.
516 Broadway
Everett, MA 02149