UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10194-RCL |
| | ) | |
| DAVID JORDAN | ) | |
|     and | ) | |
| ANTHONY BUCCI, | ) | |
|         Defendants | ) | |

**GOVERNMENT'S MOTION TO UNSEAL TRANSCRIPT**

The United States hereby moves this Court to unseal the transcript of the voir dire of witness Bryan Raftery, which occurred on March 31, 2006 in the above-captioned case.

As grounds therefor, the government submits that because the trial of the above-captioned case has concluded, there is no need for the transcript to remain sealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: May 16, 2006                    By: /s/ S. Theodore Merritt
                                       S. THEODORE MERRITT
                                       JOHN T. MCNEIL
                                       Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I, S. Theodore Merritt, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

/s/ S. Theodore Merritt
S. THEODORE MERRITT
Assistant U.S. Attorney