UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**UNITED STATES**

**v.**                                                     **CRIMINAL NO. 04-10194-RCL**

**ANTHONY BUCCI**
**Defendant**

## MOTION TO WITHDRAW APPEARANCE

    Now comes James S. Dilday, attorney for defendant in the above matter, and respectfully requests that he be allowed to withdraw his appearance in this matter and for reason states that after he was appointed by the Court, defendant has retained new counsel, Robert Sheketoff, who has filed an appearance in this matter.

                                               /s/ James S. Dilday
                                               James S. Dilday
                                               Grayer & Dilday
                                               27 School Street, Suite 400
                                               Boston, MA 02108
                                               (617) 227-3470
                                               BBO# 124360

Dated: 6/13/06