UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  04-10194-RCL |
| | ) | |
| | ) | |
| ANTHONY BUCCI | ) | |

**SECOND MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE SUBSTITUTE PLEADING**

Now comes the defendant in the above-named case and respectfully moves this Honorable Court to extend the time in which he may file a substitute Rule 33 motion.  In support thereof the defendant says:

1. That his initial Rule 33 motion was timely filed pro se.

2. That this Court subsequently ordered that said motion be struck because it did not comply with the local rules.  Thereafter, this Court ordered that the motion would be accepted if refiled by May 12, 2006.  On motion by new counsel this Court extended the time for said refilling to June 30, 2006.

3. New counsel has ordered the trial transcript, but it is not yet fully available.  In addition, new counsel was on trial from June 1, 2006 to June 27, 2001 in Providence, Rhode Island.

4. A further extension is requested so that new counsel can determine what if anything should be raised in a Rule 33 motion.

The government takes no position on this motion at this time.

                    Respectfully submitted,
                    By his attorney,

                    /s/ Robert Sheketoff
                    Robert Sheketoff
                    BBO# 457340
                    One McKinley Square
                    Boston, MA 02119
                    (617)-367-3449