July 8, 2006

The Honorable Judge Reginald Lindsey
United States District Court
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Boston, MA 02210

ATTN: Lisa Hourihan, Clerk of Justice Reginald Lindsey

RE: Magistrate Judge case # 1:04-MJ-00221-JLA

Dear Judge Lindsey:

Allow me to introduce myself. My name is Rosemarie K. Keefe and I am the mother of Anthony J. Bucci. I am writing to you to address the preliminary forfeiture notices I have read in the Boston Herald for the past three (3) weeks. I am having major surgery on July 19, 2006, at the Mass General Hospital, and feel that this might be the only time I will have the opportunity to express what I know and feel to be the truth.

First of all, the 1997 Mercedes-Benz being seized by the Government is owned by the Mercedes-Benz Credit Corporation and not my son. At the time of Anthony's arrest he owed $14,500.00 on the car that was purchased for $20,000.00. The equity in the car was just $5,500.00. A number of times, Anthony, through his attorney, tried to have the Government make his monthly car payments of $360.00 or pay off the amount still owed on the vehicle since they had possession of it. The Government refused. Anthony then reported the seizure to the Mercedes-Benz Credit Corporation and their representative contacted Asst. D.A. John McNeil. He was told by the representative that Mr. McNeil refused to take responsibility for the payments and would not even return the license plate to him. As a result, Anthony was forced to make 18 monthly payment of $360.00 while the vehicle was in the possession of the Government, in order to maintain his excellent credit rating. He also had to pay over $375.00 for two (2) years of excise taxes and over $1,0000 per year for car insurance. This amount of over $8,000.00 I feel should be returned to Anthony because it is a form of extortion and the Government shouldn't be able to have it both ways.

To further strengthen my ascertainment is the disturbing fact that Jon Minotti's Ford Avalanche was worth approximately $35,000.00, with no lien holder, was not seized by the Government. The vehicle was admittedly used in the trafficking of various drug dealings yet the Government has chosen to reward Jon Minotti for all his documented lies and has made no effort to seize that vehicle. Even more appalling to everyone is the "fact" that Jon Minotti made dozens of drug deals out of his home with his children present. All this came up in the trial and he is also heard on wiretaps doing these drug

deals. His home, who our private investigator found out, had a mortgage of approximately $250,000 at the time of his arrest and was appraised for approximately $800,000. The fact that there was approximately $585,000 in equity not seized from Jon Minotti and $5,500 seized from my son is enough to shock and abhor any tax paying citizen. This is absolutely and positively an unmistakable breach of good faith and the Governments highly prejudicial treatment of my son because he chose to remain silent.

Your Honor, I am a woman of strong religious convictions, and will swear under oath that the night of the alleged robbery Anthony was in Lynn at his dying sister's apartment the whole night. He never left the apartment to supposedly drop off money to Jon Minotti's house as Jon Minotti testified to at the trial. It is impossible to be in two places at once. In attendance at my daughter's apartment that night were Anthony's father, step mother Ann, his three (3) daughters Talena 19, Tamar 18 and Karissa 15, Anthony's late sister Grace, his brother-in-law Mohammed, wife Melissa, son Dante 4, cousin Wendy and myself. We are all willing to testify under oath to this fact. We are all positive of this fact because my daughter Grace was gravely ill and was in the final stages of her bout with Ovarian Cancer.

If you remember correctly Jon Minotti lied and told the Agents Anthony dropped off five (5) different amounts of money that night. Anyone with common sense realizes the truth never changes so it is obvious Minotti is setting up my son to be his fall guy in order to get less time and a sweet deal and law enforcement agents are going along with it to get a conviction and meet their quota. You are a very intelligent man and you yourself said at the trial that Jon Minotti was uncredible.

There was absolutely not one shred of evidence against my son that was factual. Everyone in that courtroom said the only reason Anthony was convicted was because of the damaging body wire tape the Government played over and over and over again, even though it was not supposed to be used against Anthony. All one heard was Bucci, Bucci, Bucci. It was devastating and I'm convinced it was done deliberately to convict him because the Government had no evidence against him.

Jon Minotti lied and the jury heard "Anthony was waiting for a truckload of Pot" and may have gotten arrested. They also heard Anthony may have gotten caught selling oxycontins out of his tanning salon. These statement were 100% lies made up by Jon Minotti and the State Police and should have never been played to the jury. The whole body wire tape should never been played over and over again as the Government abused their privilege. Judge Lindsey you said you didn't sever the trial and the body wire tape bothered you from the beginning and the consequences had to be dealt with. No disrespect your honor but the only one dealing with the consequences of a guilty verdict because the body wire tape was so devasting is my son Anthony, his four (4) wonderful children, his devoted wife, supportive extended family and friends and myself.

I lost my beloved husband on July 4th, 2003, my only beloved daughter on Feb. 2, 2004 and my loving and caring son with his arrest on May 20th, 2004. Anthony is all I have left your honor. I am a 72 year old woman with a heart condition who is scheduled to

have a tumor removed from my spinal canal on July 19th. I am told the tumor is quite rare and the surgery serious and risky. At best I will be bedridden for many months.

I ask, even implore you to carefully review and weigh all the injustices that were thrust upon my son. The honorable court released him on bail and he proved everything the Government claimed about him was not true. In all the time he was under house arrest he never violated any rule or regulation that was stipulated by the court. Anthony is a warm caring person who has proven to be an asset to the community since his release from prison in 1999. Anthony has a great knowledge of business and has bought and sold over 11 properties in less than five (5) years. He is an unbelievable father and is being punished for a crime everyone knows he is innocent of. Please act in good faith and just take the time to evaluate the fact that the body wire tape was highly prejudicial and the jury definitely should not have been able to hear it especially since it was choreographed by the Government Agents and Jon Minotti was lying though out the whole conversation. In closing Your Honor, I felt compelled to write to you before I am hospitalized to get things off my chest. My husband served with honor and distinction in world war II, my two (2) brothers both were in the Korean war as well as Anthony's father (my first Husband) my first cousin was an Air Force Pilot in World War II was shot down twice over Berlin and later sent to a concentration camp. He has been awarded many medals including two (2) Purple Hearts. I myself do not smoke, drink, do drugs, nor have I ever been arrested in my life. From 1990 until 2003 I worked at Tufts University in their Matching Gift Fund Raising Program as Matching Gifts Coordinator. I personally have raised over Five (5) Million Dollars a year for their Financial Aid Program. (Scholarships for needy students) What I resent is the Governments implying that because my son's last name ends in a vowel ( that "Italian Kid" statement that was repeated on the tape by the Government Agents) he was part of organized crime and a danger to society. I know for a fact my son is innocent . Anthony could not cope with the loss of his step father and dying sister and was using cocaine but he was by my side the night in question. To further prove his innocence why would Jon Minotti have five (5) different amounts of monies. Even his brother Ross Minotti was ready and willing to tell the jury Jon made it all up to save himself. Please use your wisdom and power to help my family. God bless you and guide you. in your judgment.

Thank you for your time.

With great respect I remain,
Sincerely yours,

Rosemarie K. Keefe
500 Salem Street, Unit 607
Medford, MA 02155