UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  04-10194-RCL |
| | ) | |
| | ) | |
| ANTHONY BUCCI | ) | |

**MOTION FOR FURTHER EXTENSION OF TIME IN WHICH TO FILE
SUBSTITUTE PLEADING AND TO CONTINUE THE SENTENCING DATE**

Now comes the defendant in the above-named case and respectfully moves this Honorable Court to extend the time in which he may file a substitute Rule 33 motion.  In support thereof the defendant says:

1. That his initial Rule 33 motion was timely filed pro se.

2. New counsel has ordered the trial transcript, but it is not yet fully available.  A further extension is requested so that new counsel can determine what if anything should be raised in a Rule 33 motion.

In addition, the defendant moves that his sentencing date be continued.  New counsel needs to review the trial transcript in order to properly represent the defendant at sentencing.

The government has informed counsel that it opposes this motion in its entirety.

        Respectfully submitted,
        By his attorney,

        /s/ Robert Sheketoff
        Robert Sheketoff
        BBO# 457340
        One McKinley Square
        Boston, MA 02119
        (617)-367-3449