UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>)<br>v. )<br>ANTHONY BUCCI )<br>) | NO. 04-cr-10194-RCL |

TO: JUDGE REGINALD LINDSEY

### PETITION OF INNOCENCE

In the above mentioned criminal case, the petitioners all have common knowledge that Jon Minotti set up Anthony Bucci for a crime he is actually innocent of; or that:

Jon Minotti is known to petitioners to be a liar, drug dealer, thief and a person who would do and say anything to stay out of prison.

Petitioners request the Honorable Court to provide any and all other relief it deems just, in the interest of justice, and to protect the fairness, integrity and public reputation of these judicial proceedings.

Further, that the Honorable Court exercise its supervisory power over the administration of justice to protect the defendant, Anthony Bucci's constitutional rights and ensure due process by vacating his Guilty verdict so justice can be served.

Respectfully submitted this 11th day of October, 2006.

## SIGNATURES FOR PETITION OF INNOCENCE

**Name:** Talena Bucci
**Address:** 42 Walnut Ave
Andover MA. 01810

**Comments:** My Dad Anthony Bucci in no way shape or form committed any of the outrageous crimes he has been accused of! The courts should grant him a chance to have a fair trial.

**Name:** Maral Bucci
**Address:** 42 Walnut Ave
Andover Ma 01810

**Comments:** Anthony Bucci should have had his own separate trial. It was unfair that he was tried with Officer Jordan. He deserves another trial.

**Name:** Karissa Bucci
**Address:** 42 Walnut Ave
Andover Ma 01810

**Comments:** The trial for my dad Anthony Bucci was unfair. He should have been allowed a seperate trial, therefore he deserves another trial.

**Name:** Tamar Bucci
**Address:** 42 Walnut Avenue
Andover MA 01810

**Comments:** My father, Anthony Bucci, should be acquitted of all charges. His trial was unfair, and he should be allowed one on his own. He is the most decent and gracious man that court room will ever see.

**Name:** ROSEMARIE KEEFE
**Address:** 500 SALEM ST. #607
MEDFORD, MA
02155

**Comments:** MY SON, ANTHONY BUCCI, IS INNOCENT OF THIS CRIME. JON MINOTTI LIED CONSTANTLY ON THE STAND. WE WERE ALL WITH ANTHONY WHEN MINOTTI SAID HE DROPPED MONEY OFF @ HIS HOUSE ON CHRISTMAS EVE. PLEASE GIVE HIM A CHANCE TO PROVE HIS INNOCENCE. EVERY ONE DESERVES A FAIR TRIAL. LET THE WITNESSES TESTIFY.

## SIGNATURES FOR PETITION OF INNOCENCE

Name: Nina Harrison POA
Address: 177 Dartmouth St
Lynn MA 01904

Comments: He should have been allowed to have his own individual trial. He is innocent.

Name: Larry Harrison
Address: 177 Dartmouth St.
Lynn MA 01904

Comments: Needs to have own trial.

Name: Elizabeth Speranza
Address: 22 Tamarock Terr.
Stoneham, MA 02180

Comments: He should have been allowed to have a separate trial. Ross Minotti should have been allowed to testify.

Name: ARTHUR J. SPERANZA
Address: 22 TAMAROCK TERRACE
STONEHAM MA 02180

Comments: ATTORNEYS DID NOT FILE MOTIONS IN A TIMELY MANNER. INEFFECTIVE DEFENSE. FILED TOO LATE FOR SEPARATE TRIAL

Name: Rita De Marco
Address: 1 Pond St. #3F
Winthrop, MA 02152

Comments: Jon Minotti is a bold faced liar. Anthony is innocent.

## SIGNATURES FOR PETITION OF INNOCENCE

Name: Anna Flynn
Address: P.O. Box 95
Green Harbor, Ma
02041-0095

Comments: He comes from a wonderful family. I know he is not guilty. Give him a new trial. Thank you.

Name: Judith Beyenat
Address: 20 Murdock Rd
Stoneham, Ma 02180

Comments: He is innocent and has a family who needs to be with his family

Name: Mario E. Di Meo
Address: 45 Vinton St.
Melrose, MA. 02176

Comments: He was targeted in this trial to satisfy the prosecutors. He is innocent of the charges. He is a reformed user, went thru rehab, and has been living a respectful life. He needs to prove his innocence!

Name: Wendy Golini
Address: 45 Vinton St.
Melrose, Ma. 02176

Comments: I was a key witness to his defense, I was never called to testify.

Name: Paul Joli
Address: 45 Vinton St.
Melrose, Ma.

Comments: he's innocent!

## SIGNATURES FOR PETITION OF INNOCENCE

Name: Rosemarie Caruso
Address: 410 Fellsview Terr
Apt 416C
Stoneham MA 02180
Comments: He was never allowed to call his defense witnesses at his trial. He is not guilty

Name: Joseph Caruso
Address: 410 Fellsview Terr
416c
Stoneham, MA 02180
Comments: The jury should never have heard the tape of the body wire. Not Legal

Name: Mary Delaney
Address: 10 State Rd.
Revere MA 02151
Comments: The jury never heard the testimony of the witnesses. The attorney was not adequate.

Name: Dorothy Brunaccini
Address: 26 Everett St.
Stoneham, MA 02180
Comments: He is a very good family man and he deserves a new trial.

Name: LARRY T. BRUNACCINI
Address: 26 EVERETT St
STONEHAM MASS
02180
Comments: A VERY UNFAIR TRIAL, a very good young MAN

## SIGNATURES FOR PETITION OF INNOCENCE

Name: Carolyn J. Justice
Address: 20 Parlee Road
Chelmsford, MA

Comments: The attorney for his defense was inadequate and unprepared. John Minotti told to many lies.

Name: Ned E. Justin
Address: 20 Parlee Rd
Chelmsford, MA

Comments: Needs New Trial. Justice was not Done. Never SHOULD HAVE PLAYED BODY WIRE TAPE.

Name: Attey J. D'Neo, AIA
Address: 245 Elm Street
North Reading
Massachusetts 01864

Comments: I am sure he is innocent and he should be given a new trial.

Name: [illegible]
Address: 55 Pond St.
Stoneham, MA 02180

Comments: IT IS MY OPINION THAT HIS COUNSEL WAS INCOMPETANT. SHOULD HAVE HAD SEPARATE TRIAL.

Name: Thelma Oranzcak
Address: 22 Allston Street
Apt 212
Medford, MA 02155

Comments: He needs to have his own trial. Should never have had a co defendant. Minotti lied throughout his testimony.

## SIGNATURES FOR PETITION OF INNOCENCE

Name: MARCIA JEPSON
Address: 24 Cedar St
Everett, MA
02149

Comments: Ineffective Council

Name: Mrs Deborah Gonsalves
Address: 26 Upland Rd
Wakefield MA
01880

Comments: Anthony should have been tryed alone. Uneffective Council

✶ Name: Bryan Raftery
Address: 310 Fellsview Ter
Stoneham, Ma
02180

Comments: Wrongly Accussed setup by John Monnotti.

Name: Dennis Scannell
Address: 112 Ashland St.
Melrose MA. 02176

Comments: WRongly Accussed Needs New Council.

Name: LANDY Gonsalves II
Address: 26 Upland Rd
Wakefield ma
01880

Comments: Jury Shouldn't have heard wire taps against Anthony Bucci.

## SIGNATURES FOR PETITION OF INNOCENCE

Name: Toni Mancino
Address: 16 Rock Valley Ave
Everett, Ma 02149

Comments: InEffective Consel

---

Name: Melissa Bacci
Address: 26 Upland Rd
Wakefield, Ma 01880

Comments: Jury Shouth never heard Fady wire. Lawyer was ineffective

---

Name: [illegible signature]
Address: 5 Williams Rd
Lynnfield, MA 01940

Comments:

---

Name: Mr. D. Service
Address: 4 Winship Drive
Wakefield, Mass 01880

Comments:

---

Name: Ashley Gurrieri
Address: 43 Highland Ct.
Malden, Ma 02148

Comments: Did not put on a defense! / jury was falling asleep

## SIGNATURES FOR PETITION OF INNOCENCE

Name: Lisa Murphy
Address: 6 Maple Road
N. Reading, MA 01864

Comments: I believe Anthony Bucci deserves another trial. Especially if Jon Minotti's past & present reputation as a liar is given consideration.

Name: Ed Deao
Address: 161 Russell St.
Peabody Ma. 01960

Comments: Anthony Bucci deserves to be tried by himself. The first trial was bias

Name: Chris Deao
Address: 5 Riverview Dr.
Middleton, MA. 01949

Comments: Anthony Bucci deserves another trial. From the evidence I've heard I believe it is the right thing to do.

Name: John O'Rourke
Address: 161 Warwick St
Methuen Mass 01844

Comments: Deserve his own trial. Try him self. So Minotti is not a true _____

Name: James Lawton
Address: 32 Heritage Dr.
Tewksbury MA 01876

Comments: Anthony Deserves to be tried by Himself.

## SIGNATURES FOR PETITION OF INNOCENCE

Name: John L. Welch Jr.
Address: 10 Buckingham Dr.
Billerica MA. 01821

Comments: Please consider his children & family

Name: Mike Skelton
Address: 14 Buckingham Dr.
Billerica MA
01821

Comments: Innocent

Name: Joe Crispo
Address: 121 Fenwick Ave
Lynnfield MA.

Comments: not guilty

Name: Elizabeth Melo
Address: 10 Buckingham Dr.
Billerica MA
01821

Comments: Anthony is innocent, his family needs him at home. He is an asset to our society.

Name: Ruth Digravanni
Address: 8 Cottage St
Billerica MA
01821

Comments: please reconsider

## SIGNATURES FOR PETITION OF INNOCENCE

Name: Ismael Gonzalez
Address: 127 Brook ave
Dorchester, MA

Comments: Mr. Bucci was just a user that got set up by a Dealer, street thug, Lyar mr. John Minoti / Ruiz in order for the real drug dealers to get less time.

Name: Paul C Chambers
Address: 166 Essex St
Malden MA 02148

Comments: Mr. Bucci is a good guy

Name: Larry Long
Address: 19 Auburn st
Malden Mass 02148

Comments: This trial was full of lies from the Begining he is not a threat to society

Name: Samual Busby
Address: 33 School St
JP Mass 02119

Comments: IT'S Bull Shit

Name: Orlando Iy
Address: 782 Morton st
Mattapan MA 02126

Comments: Bucci is my Boy if he was in to something I would have Been Being down with him

## SIGNATURES FOR PETITION OF INNOCENCE

*Name: Rod [illegible] 
Address: 30 [illegible] St 
[illegible] 
Comments: He's innocent and does not deserve this [illegible]

Name: G [illegible] 
Address: 2 Ch[illegible] 
W[illegible] MA 
Comments:

Name: Darren Brown 
Address: 204 Central St 
Stoneham MA 
Comments: He's a very nice guy

Name: Chanel Lepore 
Address: [illegible] 
Saugus MA 
Comments:

Name: Ann Mayden 
Address: 10 Franklin St 
Stoneham MA 
Comments:

## SIGNATURES FOR PETITION OF INNOCENCE

✱ Name: William MAhoney
Address: 52 Summer Street
Stoneham, MASS

Comments: Jon Minotti is A Long time DRug Dealing theif. He has Been Ripping people off since the ninteen eighty's And Would lie And MAnApulAte to stAy out of JAil oR PRison.

Name: _____
Address: _____

Comments: _____

Name: _____
Address: _____

Comments: _____

Name: _____
Address: _____

Comments: _____

Name: _____
Address: _____

Comments: _____

## SIGNATURES FOR PETITION OF INNOCENCE

Name: Cheryl Montalto
Address: 44 Tufts St #2
Malden MA 02148
Comments: Deserves to be tried seperate

Name: Patricia Feeney
Address: 37 Montvale Ave
Woburn, MA
Comments: Needs his own trial by her self

Name: Rosalie Marino
Address: 76 Dunckler Ave
Stoneham, Mass
Comments: Deserves to Be Tried Seperate.

Name: Brian J Nuff
Address: 6 Mayo Rd Reading
MA 01864
Comments: Son Minotti is not telling the truth. Anthony needs his own trial

Name: Sam Oneill
Address: Wydam N.H
Comments: Tony Needs his own Trial. Son is not a stand up guy or telling the truth

## SIGNATURES FOR PETITION OF INNOCENCE

Name: Stephen DiMeo
Address: 64 Murray St.
Lynn, Ma. 01905

Comments: I am 100% sure of Anthony's innocence because as his accountant, Anthony had plenty of money and no motive to do what he is accused of doing. As Anthony's AA sponsor, I can say that he fell off the wagon, but he is not a criminal.

Name: Carmella Velluga
Address: 3920 Mystic Valley Parkway
Medford, MA 02155

Comments: Anthony is innocent - give him new trial please

Name: George Paula
Address: 3920 Mystic Valley Parkway
Medford, MA 02155

Comments: Anthony is not guilty. He needs a new trial to prove it.

Name: MOHAMMED EL HARIRI
Address: 115 Ocean Street
Lynn, MA

Comments: Anthony was at my house on Dec 24th. My brother-in-law never left my house all night. Jon Minotti lied.

Name: _____
Address: _____

Comments: _____

## SIGNATURES FOR PETITION OF INNOCENCE

Name: _[illegible]_  Comments:_____
Address: _[illegible]_

Name: Victor Mochi  Comments:_____
Address: 127 Harvard Rd.
Arlington Mass.

Name: Erik Delucho  Comments:_____
Address: 138 D Park St.
Stoneham MA.

Name: Matt Basile  Comments:_____
Address: 21 Murdock st
Stoneham MA 02180

Name: Andy Harting  Comments:_____
Address: 36 Burkley ave
Stoneham MA 02180

## SIGNATURES FOR PETITION OF INNOCENCE

Name: Janet Vones
Address: 31 Pearl St apt 2
Everett Ma. 02149

Comments: Wrongfully Accused

Name: Rich Dell'Olio
Address: 34 Plymouth St Apt 1
Cambridge Ma 02141

Comments: Innaffective Counsel

Name: _____
Address: _____

Comments: _____

Name: _____
Address: _____

Comments: _____

Name: _____
Address: _____

Comments: _____

## SIGNATURES FOR PETITION OF INNOCENCE

Name: Angel Hernandez
Address: 71 Humboldt Ave
Roxbury MA 02119

Comments: Anthony was Good Very Polite Guy ...

Name: Kevin Clark
Address: 1 Blackston Rd
Dorchester 02121

Comments: Great Guy, excellent dad

Name: James Gomez
Address: 127 Brook ave

Comments: Anthony was set up by John Minotti e ~ ~

Name: _____
Address: _____

Comments: _____

Name: _____
Address: _____

Comments: _____