UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,           )
                 Plaintiff,         )
                                    )
        v.                          )    CRIMINAL NO. 04-10194-RCL
                                    )
ANTHONY BUCCI,                      )
a/k/a "Gino",                       )
                 Defendant.         )

## FINAL ORDER OF FORFEITURE

**LINDSAY, D.J.**

WHEREAS, on July 6, 2004, a federal grand jury sitting in
the District of Massachusetts returned an eight-count Indictment
charging Defendant, Anthony Bucci (the "Defendant"), with the
following violations: Conspiracy to Distribute, and to Possess
With Intent to Distribute, Cocaine, in violation of 21 U.S.C. §
846 (Count One); Possession of Cocaine With Intent to Distribute,
in violation of 21 U.S.C. § 841 and Aiding and Abetting, in
violation of 18 U.S.C. § 2 (Count Two); Using or Carrying a
Firearm During and in Relation to a Drug Trafficking Crime and
Possession of a Firearm in Furtherance of a Drug Trafficking
Crime, in violation of 18 U.S.C. § 924 (c)(1)(A) and Aiding and
Abetting, in violation of 18 U.S.C. § 2 (Count Three);  and
Possession of Cocaine With Intent to Distribute, in violation of
21 U.S.C. § 841 (Count Five);

1

WHEREAS, the Indictment sought the forfeiture, as a result of committing one or more of the offenses alleged in Counts One, Two, and Five of the Indictment, of any and all property constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations, pursuant to 21 U.S.C. § 853;

WHEREAS, on September 24, 2004, the United States filed a Bill of Particulars for Forfeiture of Assets adding the following properties to the forfeiture allegations of the Indictment:

   1)One 1997 Mercedes Benz S500, Vehicle Identification Number WDBGA51G1VA349068, and Massachusetts Registration Number 3802YL, seized from Defendant, Anthony Bucci, on or about May 20, 2004; and

   2)$6,563.00 in United States currency seized from the Defendant, Anthony Bucci, on or about May 20, 2004,

(collectively the "Properties");

WHEREAS, on April 12, 2006, the Defendant was convicted by a jury of Counts One, Two, Three, and Five of the Indictment;

WHEREAS, on May 25, 2006, this Court issued a Preliminary Order of Forfeiture, forfeiting the Defendant's interest in the Properties;

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published in the Boston Herald on June 13, 2006, June 20, 2006, and June 27, 2006; and

2

WHEREAS, no petitions or claims of interest in the
Properties have been filed with the Court or served on the United
States Attorney's Office, and the time within which to do so
expired on July 28, 2006.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

1.    The United States' Motion for a Final Order of
Forfeiture is allowed.

2.    The United States of America is now entitled to the
forfeiture of all right, title, or interest in the Properties,
and the Properties are hereby forfeited to the United States of
America pursuant to the provisions of 21 U.S.C. § 853.

3.    Any parties having any right, title or interest in the
Properties are hereby held in default.

4.    The United States is hereby authorized to dispose of
the Properties in accordance with applicable law.

REGINALD C. LINDSAY
United States District Judge

Date: /0/15/06

3