(1)

DEAR JUDGE LINDSEY,

I hope and pray when you recieve my letter you and your family are in the best of health and happiness. I am writing you because I am getting sentenced November 15th and wanted to express my feelings to you on paper so you could really hear and feel what I have to say. First of all, I am a very spiritual person and believe everything in life happens for a reason. Even though I vehemently stand behind my 100% innocence, I thank GOD for still being alive. Even though this is the hardest test of my faith, being the most unfair experience in my life, it definetely saved my life for I would have overdosed.

    I have had to endure attorneys that mislead me into believing they had vast Federal Trial experience, arguments about strategy and putting on witnesses with my lawyer, informants lying to get less time, fact bargaining and the remarkable difference and disparity in treatment among co-defendants and the government manipulating their prosecution to make me look guilty when I am actually innocent. Though not fair, people where were just doing their jobs and we were out lawyered. I have let any resentment I feel go through the power of forgiveness.

I have no malice or contempt for anyone. As I have learned through the 12 step program I must live one day at a time and take responsibility for my own actions. Everyone else is also responsible for their own actions and we all have to answer to God in the end. I cannot focus on others all I can do is pray for them and my family.

    The fact that the courtroom heard false testimony that I was dropping off money the night of Jon Minotti's robbery Dec. 23, 2003 really hurt because that was a special night for my whole family. His lies, though obvious because of the "5" different money amounts I supposedly dropped off, tainted my sister's last Christmas alive. My Gracie died at 45 of ovarian cancer and my whole extended family was there celebrating her life that night. I remember hugging my sister for such a long time without one word being said. It was so real and so touching, my sister, my mother, and I all cried like babies. My mom said that hug was worth a million dollars. I would give my own life for anyone in my family, and no matter what was said no one's lies will ever take that



special night from us.
    I am writing you this letter from my heart. A "heart" that hurts so bad being away from my family. When I relapsed in 2003 to 2004 I thought I could numb the pain of losing my stepfather and the aching torture of watching my only sister die a slow painful death. My sister died in my arms and it was the worst second of my life. I am not this person the government is trying to portray. I am a very sensitive person and love my family with every cell and fiber in my body. My beautiful wife Melissa, is my soulmate, my best friend and her blood runs through my veins. My mom is my hero, the one person who has stuck by me since birth with unconditional love. My 4 year old son Dante is the air I breathe, my perfect baby boy. He watched me get violently arrested and still carries the trauma of it to this day. My daughters Talena, Tamar and Karissa are so precious to me as I watch them become women. I want to be there to walk them down the aisle. I beg you Sir to realize they all need me as much as I need them.
    Your Honor, the only thing about this case I am compelled to mention is about the gun charge. If

we alledgedly had "1" meeting (which we didn't) between the 4 of us why was the gun never brought up in any of Muolo's or Minotti's dozens of debriefings? At Minotti's Guilty Pleading in front of Judge O'toole (not you?) he said he had no knowledge of a gun and it was not in "the plan" when it came time to plead guilty to the 924(c). His Guilty Pleading then got delayed because Judge O'toole wouldn't accept it... With Francis Muolo the government dropped the 924(c)? Since both government witnesses said the gun was not in "the plan" why wasn't the charge dropped on me? No where in trial was there any testimony that I had knowledge of a gun being used. I never saw a gun or knew about a gun. I beg you to consider these facts because the jury got it wrong and if you look at it in a factual sense and the neutral eye of the law I pray you will use your power as a fair and impartial Judge to vacate the gun ~~charge~~ conviction on me.

    I could go on and on with proof of my innocence but my letter is not about that. This letter is

about letting you know what kind of man I am. Your Honor, I cannot apologize for a crime I did not commit but I can promise you I will never use drugs or risk leaving my family again if you find it in your heart to give me any kind of lieniency. There is a Latin phrase: Culpae poena par Esto; let the punishment fit the crime. I come in front of your court having never hurt anyone Sir and the sentence they want to give me is greater than murderers like Flemmi and Matorano. This would be my second strike and I give you my word on everything I love that I will live a clean crime free sober life.

There is infinetely more I want to say to you, but I guess there's only so much that can be addressed in a letter. It does seem insane to me that I can't sit down and talk for hours with a person who is making a decision about what could well be the most important years I have remaining on this earth. You have seemed like a very fair man and I hope and pray you help me and my family. Thankyou for your consideration and time. Sincerely & Respectfully,
Anthony Bucci
Anthony B.