UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Criminal No. 04-10194-RCL |
| ) | |
| ) | |
| ANTHONY BUCCI           ) | |

**DEFENDANT'S NOTICE OF APPEAL**

Now comes the defendant in the above-named case and respectfully notes his appeal to the United States Court of Appeals for the First Circuit from the judgment and sentence announced by this Honorable Court on November 15, 2006.

Respectfully submitted,
By his attorney,


/s/ Robert Sheketoff
Robert Sheketoff
BBO# 457340
One McKinley Square
Boston, MA 02119
(617)-367-3449