UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  04-10194-RCL |
| | ) | |
| | ) | |
| ANTHONY BUCCI | ) | |

**MOTION TO DISCHARGE MORTGAGES**

Now comes the defendant Anthony Bucci and respectfully moves this Honorable Court to discharge the mortgages on (1) 500 Salem Street, Unit 607 in Medford, Massachusetts and (2) 26 Upland Road in Wakefield, Massachusetts, the properties posted in support of his pre-trial release.  In support thereof the defendant says he has been sentenced and is presently incarcerated.

The government does not oppose this motion.

Respectfully submitted,
By his attorney,


/s/ Robert Sheketoff
Robert Sheketoff
BBO# 457340
One McKinley Square
Boston, MA 02119
(617)-367-3449