UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cr-10194

United States of America

v.

Anthony Bucci

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1, 6, 8, 13, 15, 17, 18, 20, 29, 32-36, 39, 40, 42, 44, 46, 47, 50, 51, 53-68, 72-74, 77-83, 86, 87, 90-93, 96, 98-105, 108-111, 113-117, 119, 122, 125-132, 139-154, 158, 164-175, 186-189, 191-196, 198-210, 215-225, 228, 229, 233, 236-238, 240, 241, 243, 245, 246, 248, 249, 254, 255, 257, 259-265, 267-271, 273-278, 281, 284-291, 293, 294, 297, 300-306, 311, 315-338, 340, 341, 343, 344, 346-351, 353

and contained in I-VII Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/15/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 14, 2006.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/15/6

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 06-2746

- 3/06