U.S. Department of Justice

Federal Bureau of Prisons

---

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

December 14, 2006

The Honorable Reginald C. Lindsay
Judge of the U.S. District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

**Re: BUCCI, Anthony**
Reg. No. 21416-038
Docket No. 1:04CR10194-001-RCL

Dear Judge Lindsay:

This is in response to the Court's recommendation that Anthony Bucci serve his term of confinement at a facility in Otisville, New York. The Court also recommended he participate in the Residential Drug Abuse Program (RDAP). Mr. Bucci was sentenced in your court to a 252-month term for Conspiracy to Possess with Intent to Distribute, Possession with Intent to Distribute, and Using or Carrying a Firearm During and in Relation to a Drug Trafficking Crime.

Unfortunately, we were unable to follow the Court's recommendations. Mr. Bucci has been classified as a low security level offender. The facility recommended by the Court houses minimum and medium security level offenders. Accordingly, Mr. Bucci has been designated to the low security level facility in Loretto, Pennsylvania. Although the RDAP is not available at this facility, staff will work closely with Mr. Bucci and encourage him to participate in a variety of substance abuse education and counseling programs offered at the facility. Should Mr. Bucci become eligible for transfer, he will be considered for a facility which offers the RDAP, if determined eligible under the established program criteria.

   Although we were unable to follow the Court's
recommendations in this case, please be assured of our continued
commitment to satisfy judicial recommendations whenever possible.

                                   Sincerely,

                                   Rebecca Tamez
                                   Chief

fbk
cc:  Warden, FCI Loretto