# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number: 2746

USDC Docket Number: 04-cr-10194

United States of America

v.

Anthony Bucci

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 377

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 10, 2007.

Sarah A. Thornton, Clerk of Court

By: _/s/ Caitlin Hamas_

Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/10/07

_/s/ Barchard_

Deputy Clerk, US Court of Appeals

- 3/06