Case 1:04-cr-10194-RCL-I    1/3/08

Dear Clerk,

I wrote to you last month for a copy of my complete Docket Entries but recieved nothing. Since then, my mother got it for me. Could you please send me the ruling on my motion for sealed proceedings which you docketed on 11/20/2007. I need this information for a new trial motion I am preparing. I Also want any docket entries from 12/10/07 until today.

Thank you,
Sincerely
Anthony B

Anthony Bucci
Federal Correctional Institution
P.O. Box 1000
Loretto, P.A. 15940


cc: Rosemarie Keefe