UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS, BOSTON

United States of America    /
                            /    1;04/cr/10194/RCL/i
                            /
v                           /
                            /    Judge R  Lindsay
                            /
Anthony Bucci               /
                            /
////////////////////////////////////////////////////////////////////////

MEMORANDUM OF JUDICIAL NOTICE

Attached to this memorandum is an Order in Re. Complaint No  429  heard by Chief Circuit  Judge Boudin. As part of this order Judge Boudin, makes specific findings pertinent to the instant case   This memorandum and attachment are filed for the purpose of perfecting the record as to serious issues related to Courtroom Closure matters in the instant case. The Defendant does not request that the court rule on the issue of Courtroom Closure  at this time. He reserves the right to request such an examination should it be necessary at some future occasion.

Defendant, particulary calls attention to Page (3) of the attachment:

> "As to the first charge--that the judge exhibited a pattern of
> unconstitutional courtroom closure--the judge has explained that
> on March 20,2006, the day of jury impanelment in the case, there
> was insufficient seating to accommodate the approximately 80
> prospective jurors and maintain the physical distance between the
> defendants and others  required by the U.S. Marshals. The judge
> therefore asked family members to wait outside during the impanel-
> ment.  When the judge was notified that  someone had complained
> about being excluded, the judge  rearranged the courtroom, moved
> the defendants  foward to the counsel table  and told his clerk
> to admit  some family members. (the judge states that he had not
> been  informed who had complained about the access issue.)"
>
> "The judge further explained  that, on March 31,2006, the tenth
> day of trial, due to the anticipated nature of the witness's
> testimony, ne needed to converse with the witness in the absence
> of the public.  accordingly, he closed the courtroom to the public
> and to family members for  approximately 15 minutes. The Defendants
> and their counsel remained. No factual information in the complaint,
> docket, or  reviewed case materials contradicts the judges'
> description of the events on March 20 and 31, 2006."

Defendant maintains that the excerpt above, is an accurate and certified recounting of the closure issues in the instant case.  Moreover, the

record of the closure issues previously transmitted to the Appellate court in case number 06-2746 First Circuit, is incomplete in that it does not contain the factual statement envince herein by Judge Lindsay, nor the Judicial notice by Judge Boudin. This matter of CourtRoom Closure is front and center in the Defendants pending appeal. As the matter is indisputable and statutorially protected under the prevailing rules and law it is necessary that the record contain a clear and concise recitation of the matter.

Defendant requests that the Clerk be directed to foward a certified copy of this filing to the Appellate court forthwith, and in all haste. There are pressing deadlines that any delay may cause substantial prejudice.

Submitted, Pro-Se

*Anthony J. B*

Dated: January 6, 2008      Defendant, Anthony Bucci

Copies of this filing and attachment are served upon the Government by U.S. mail, with sufficient postage affixed and deposited in the institution mail this date, to the address:

John T. McNeil
US Attorneys office
1 Courthouse Way, #9200
Boston, Ma. 02210