2/4/08

To: Clerk of Courts

From: Anthony Bucci #21416-038
F.C.I. Loretto
P.O. Box 1000
Loretto, PA. 15940

Re: Case # 04-10194-RCL

Dear Clerk,

Please send me a copy of Docket #365 dated 1/19/2007. Thank you once again for your appreciated assistance.

Respectfully,

*Anthony B*
Anthony Bucci

cc Rosemarie Keefe