IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, )
)  Case No.: 04-10194-RCL
      Plaintiff, )
)
vs. )
) **AFFIRMATION IN SUPPORT OF**
) **MOTION FOR AN ORDER TO**
ANTHONY BUCCI, ) **CORRECT TRIAL TRANSCRIPT**
)
      Defendant. /

**COMMONWEALTH OF PENNSYLVANIA** }
}
**COUNTY OF CAMBRIA** } SS.

Anthony Bucci as an Affirmation made under penalty of perjury (28 U.S.C. § 1746) states:

1. I am the above-mentioned Defendant-Appellant appearing *pro se*.

2. I am a federal inmate confined at the Federal Correctional Institution at Loretto, Pennsylvania.

3. This Affirmation is made in support of my Motion for an Order to Correct Trial Transcript.

4. I went to trial which lasted from March 20, 2006 until April 12, 2006.

5. I paid approximately $6,800.00 for what I thought would be a complete trial transcript.

6. I received an unsigned copy of the transcript with no certification stamp.

7. Since I am incarcerated, I asked my mother to call Debra M. Joyce, the Official Court Reporter, and ask her why the two (2) courtroom closures in question were missing. This was done in early December.

8. My mom told me Debra M. Joyce said she was familiar with the closures and would get back to her after checking on it. My mom told me she never got that return call.

9. On or about December 19th, 2007 I wrote Debra M. Joyce directly asking for the transcripts to be corrected and if it could not be done to tell me in writing.

10. My request was completely ignored. Once again, I asked my mom to call her.

11. My mom told me she reached Debra M. Joyce and was told she received my letter and would get back to her in a few days (this was around Christmas time).

12. Debra M. Joyce has to this day, February 5th, 2008 completely disregarded us.

13. The 2 courtroom closures are not in the trial transcripts and Oral Argument is set for March 4, 2008.

Dated: ___2/6___, 2008.

Respectfully Submitted By:

*Anthony* [signature]

ANTHONY BUCCI    , *pro se*
Reg. No. 21416-038
FCI-Loretto
P.O. Box 1000
Loretto, PA 15940-1000