IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS
BOSTON DIVISION

| | | |
|---|---|---|
| United States of America;<br>    Plaintiff | § § § | Case No.: 04-10194-RCL |
| v. | § § § | Judge Lindsay |
| Anthony Bucci;<br>    Defendant | § § § § | Notice of Appeal |

### NOTICE OF APPEAL

Notice is hereby given by Defendant, Anthony Bucci, of his intent to appeal the order of Judge Lindsay; "Denying" Defendant's Motion for an Order to Correct Trial Transcript pursuant to FRAP 10(e). Defendant is appealling this Order of Denial to the U.S. Court of Appeals for the First Circuit.

Submitted, Anthony Bucci

Dated: March 30 2008

### Certificate of Service

I hereby certify that I have served the U.S. of America with a copy of this Notice of Appeal, by depositing same in U.S. mail to:

AUSA Theodore Merritt
1 Courthouse Way
Boston Ma. 02210

sufficient postage affixed.

Signed, Anthony Bucci

Dated: March 30 2008