4/1/08

DEAR CLERK,
Case # 04-10194-RCL

Could you please send me my docket entries from 1/23/08 to the present time. I recently recieved on 3/25/08 a denial ruling on my "Motion to Correct TRIAL TRANSCRIPT" which was docketed on 3/17/08. There was no explanation by Judge Lindsay included in what was sent to me and I need the reason of law why he denied my motion If it exists. The trial transcripts are clearly erroneous by Judge Lindsay's own admission, so I cannot understand why my motion was denied since it is my constitutional Right to a fair appeal via an accurate transcript. I also need my Criminal Docket Completely on my 1997 Federal Case Docket # 97CR10269 from 1/10/97 when I was arrested until the case was final. Thank you so much for all you've done for me. Federal Prison Policy states I have to have you, the Court, mail Criminal Docket Sheets in directly and prohibits family members

from doing so. I hate to be a bother
but have no choice just so you know.
Once again, thank you for everything and
please send me these dockets as soon as
possible.

Respectfully,

Anthony Bucci
F.C.I Loretto
P o. Box 1000
Loretto, P.A. 15940