# United States Court of Appeals
## For the First Circuit

No. 06-2746

UNITED STATES OF AMERICA,

Appellee,

v.

ANTHONY BUCCI,

Defendant, Appellant.

**JUDGMENT**

Entered: May 13, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Anthony Bucci's convictions and sentence are affirmed.

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Mr. Merritt, Ms. Luise, Mr. Grossberg, Ms. Reed, Mr. Hollar, Ms. Chaitowitz, Mr. Gingras, Mr. Rigat, Mr. McNeil, Mr. Sheketoff, and Mr. Bucci.