# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 08-1495
MA DC No. 04-cr-10194

UNITED STATES
Appellee,

v.

ANTHONY BUCCI
Defendant -Appellant.

NOTICE
ENTRY OF APPEARANCE
ENTERED: September 8, 2008

Attorney Raymond Mansolillo hereby enters his appearance on behalf of Mr. Anthony Bucci (Defendant /Appellant) in case no. 08-1495, MA DC No. 04-cr-10194. Attorney Mansolillo has been retained and submits this notice with the required $455.00 filing fee to the clerk of the District Court in accordance with Fed. R. App. P.3(e)

Raymond Mansolillo
First Circuit Court of Appeals
Bar No. 115867
101 Federal Street, Suite 1900
Boston, MA. 02110
(617) 342-7181/ (617) 340-7080 fax
E-mail Rmansolillo@cox.net
Dated: September 8, 2008